| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SBN SC 9990)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>MELISSA K. BROWN (CSBN 203307) |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102-3495 |
| 6 | Telephone: (415) 436-6962<br>Facsimile: (415) 436-6748 |
| 7 | Email: melissa.brown@usdoj.gov |
| 8 | Attorneys for Federal Defendant<br>United States Postal Service |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIMMIE STRINGER,       Plaintiff,<br><br>v.<br><br>DR. VANEIDA WHITE,<br><br>       Defendant. | Case No. C 07 5516 EDL<br><br>**PROOF OF SERVICE** |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on October 30, 2007 she caused a copy of:

1) Notice of Removal filed October 30, 2007;

2) Order Setting Initial Case Management Conference and ADR Deadlines filed October 30, 2007; Standing Order for Magistrate Judge Elizabeth D. LaPorte; Standing Order re Case Management Conference; Standing Order For All Judges of the Northern District of California;

3) Notice of Assignment Of Case To A United States Magistrate Judge For Trial;

PROOF OF SERVICE
Stringer v. White                            -1-

      Consent To Proceed Before A United States Magistrate Judge; Declination to Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge;

4)    ECF Registration Information Handout;

5)    Welcome To The U.S. District Court, San Francisco;

6)    Drop Box Filing Procedures; and

6)    Proof of Service

to be served upon the persons at the place and addresses stated below, which are the last known addresses:

Jimmie Stringer, Pro Se
P.O. Box 1421
Oakland, CA 94604

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of October 2007 at San Francisco, California.

*Diann Lackey*
Diann Lackey
Paralegal Specialist

PROOF OF SERVICE
Stringer v. White       -2-