SCOTT N. SCHOOLS (SC 9990)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney
melissa.k.brown@usdoj.gov

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-6748

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIMMIE STRINGER, | No. C 07-5516 EDL |
|    Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |
| v. | |
| DR. VANEIDA WHITE | |
|    Defendant. | |

   On December 18, 2007, the Defendant's motion to dismiss came on regularly for hearing. Having considered the pleadings, papers on file, and the parties' arguments, and finding just cause the Court hereby GRANTS the motion to dismiss without prejudice.

                                                             IT IS SO ORDERED

DATED: _____        _____
                                                  HONORABLE ELIZABETH LAPORTE
                                                  United States Magistrate Judge

[PROPOSED] ORDER
[C 07-5516] EDL

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**[PROPOSED] ORDER**

<u>Jimmie Stringer v. Dr. Vaneida White</u>
C 07-5516 EDL

to be served this date upon each of the persons indicated below at the address shown:

Jimmie Stringer, Pro se
P.O. Box 1421
Oakland, CA 94604

| | |
|---|---|
| √ | **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice. |
| _____ | **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be delivered by hand to the person or offices of each addressee above. |
| _____ | **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to the person or offices of each addressee above. |
| _____ | **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or offices of each address above. |
| _____ | **BY FEDERAL EXPRESS** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 2, 2007 at San Francisco, California.

          /s/
KATHY TERRY
Legal Assistant

[PROPOSED] ORDER
[C 07-5516] EDL