UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STRINGER,<br><br>            Plaintiff,<br><br>   v.<br><br>VANEIDA WHITE et al,<br><br>            Defendant.<br>_____/ | Case Number: CV07-05516 EDL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jimmie Stringer
P.O. Box 1421
Oakland, CA 94604


Dated: November 8, 2007

                                              Richard W. Wieking, Clerk
                                              By: Lili M. Harrell, Deputy Clerk