1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CSBN 203307)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
5  Telephone: (415) 436-6962
   FAX: (415) 436-6748
6  melissa.k.brown@usdoj.gov

7  Attorneys for Defendant

8

                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12  JIMMIE STRINGER,                  )    No. C 07-5516 EDL
                                      )
13        Plaintiff,                  )    **UNITED STATES'S OPPOSITION TO**
                                      )    **PLAINTIFF'S MOTION TO REMAND**
14     v.                             )    **TO SUPERIOR COURT**
                                      )
15  DR. VANEIDA WHITE                 )
                                      )
16        Defendant.                  )
                                      )
17  _____)

    **I. INTRODUCTION**
18
         On October 30, 2007, the United States Attorney's Office filed a Notice of Removal
19
   removing  Plaintiff's case to federal district court pursuant to 28 U.S.C. § 1441 (a), 1441 (b),
20
   1441 (f) 2679 (d)(2) and 42 U.S.C. § 233 *et seq*. *See* Ex. A.  Plaintiff Jimmie Stringer
21
   ("Plaintiff") alleges claims for medical malpractice, which fall within the scope of the Federal
22
   Tort Claims Act ("FTCA"); accordingly, the only proper defendant in this action is the United
23
   States.  Actions pursuant to the FTCA should be brought in federal district court. Therefore, the
24
   United States opposes Plaintiff's Motion to Remand to Superior Court.
25
    **II. STATEMENT OF FACTS**
26
         On August 10, 2007, Plaintiff filed a form Complaint titled "Personal Injury, Property
27
   Damage, Wrongful Death" in Alameda County Superior Court against federal defendant Dr.
28

1  Vaneida White ("Dr. White") of Lifelong Medical Clinic.  *See* Ex. B Def. Motion to Dismiss.

2  Plaintiff alleges medical malpractice claims for strict liability, negligence, and gross negligence

3  against Dr. White. *Id*.  Plaintiff alleges that on or about October 17, 2006, he went to Lifelong

4  Medical Clinic and was told that Dr. White did not want to see him. Plaintiff further alleges that

5  on or about February 9, 2007, Dr. White's refusal to renew his DMV disability placard caused

6  him to lose his car and incur damages.

7     Plaintiff's complaint suffers from several fatal jurisdictional defects. Absent from his

8  complaint are any allegations that Plaintiff complied with the exhaustion requirements set forth

9  in the FTCA.  Moreover, Meredith Torres, a Senior Attorney in the General Law Division of the

10 Office of General Counsel of the Department of Health and Human Services, provided a

11 declaration stating that she searched for an administrative complaint submitted by plaintiff and

12 found none. *Id*.  In addition, Plaintiff has failed to properly serve the United States.  Although

13 the United States Attorney's Office received a copy of the Summons and Complaint from the

14 Department of Health and Human Services on October 25, 2007, as of the date of this motion the

15 United States Attorney's Office has not been properly served as required by Rule 4 of the Federal

16 Rules of Civil Procedure.

17     On November 2, 2007, the United States moved to dismiss Plaintiff's complaint.[1]

18 **III.  ARGUMENT**

19     By his complaint, Plaintiff, seeks to hold Dr. White liable for medical malpractice.  Dr.

20 White, is an employee of Lifelong Medical Clinic, which is a federally deemed health center

21 under the Federally Supported Health Centers Assistant Act ("FSHCAA"). 42 U.S.C. § 233 (g)-

22 (n).  Pursuant to the FSHCAA, a deemed health center and its employees are covered under the

23 FTCA for alleged acts of negligence while acting within the course and scope of their

24 employment. 28 U.S.C. § 2671 *et seq*. Therefore, this action must be maintained in federal

25 district court pursuant to 42. U.S.C. § 233(c) of the FSHCAA.

26

27     [1]As discussed in Defendant's Motion to Dismiss, because Plaintiff's complaint fails to
28 satisfy several jurisdictional prerequisites, such as exhaustion of administrative remedies and
   proper service; it should be dismissed without prejudice.

DEF'S OPP. TO MOTION TO REMAND TO SUPERIOR COURT
[C 07-5516] EDL

1    Additionally, this action must be maintained in federal district court pursuant to 28

2  U.S.C. § 2679(d)(2), because it is an action against Dr. White pursuant to the FTCA.  Dr. White

3  was acting within the course and scope of her employment during the time alleged in the

4  complaint.  Upon certification by the Attorney General, such an action shall be removed to the

5  district court at any time prior to trial.  Pursuant to written delegation from Scott N. Schools, the

6  duly appointed United States Attorney for the Northern District of California, the Chief of the

7  Civil Division has been authorized to exercise on behalf of the United States Attorney the

8  authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.3.  The Chief of the

9  Civil Division has certified that Dr. White was acting within the course and scope of her

10  employment with Lifelong Medical Clinic.  *See* Ex. B, Notice of Removal.  This certification is

11  conclusive for purposes of removal.  28 U.S.C. § 2679(d)(2).  Accordingly, this action should be

12  maintained in federal district court.

13    Finally, pursuant to 28 U.S.C. §§ 1441 (a), 1441 (b), 1441 (f) this action may properly be

14  removed to federal district court.

15  **IV. CONCLUSION**

16    For the foregoing reasons, Plaintiff's Motion to Remand to Superior Court must be

17  denied.

18  DATED: NOVEMBER 26, 2007          Respectfully submitted,
                                      SCOTT N. SCHOOLS
19                                    United States Attorney
20                                        /s/
21
                                      _____
22                                    MELISSA K. BROWN
                                      Assistant United States Attorney
23

24

25

26

27

28

DEF'S OPP. TO MOTION TO REMAND TO SUPERIOR COURT
[C 07-5516] EDL

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**UNITED STATES'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO SUPERIOR COURT**

Jimmie Stringer v. Dr. Vaneida White
C 07-5516 EDL

to be served this date upon each of the persons indicated below at the address shown:

Jimmie Stringer, Pro se
P.O. Box 1421
Oakland, CA 94604

√    **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____    **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be delivered by hand to the person or offices of each addressee above.

_____    **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to the person or offices of each addressee above.

_____    **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or offices of each address above.

_____    **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 26, 2007 at San Francisco, California.

/s/
KATHY TERRY
Legal Assistant

DEF'S OPP. TO MOTION TO REMAND TO SUPERIOR COURT
[C 07-5516] EDL