# EXHIBIT A

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CSBN 203307)
   Assistant United States Attorney
4

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6962
   Facsimile:  (415) 436-6748
7  Email: melissa.brown@usdoj.gov

8  Attorneys for Federal Defendant Dr. Vaneida White

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  JIMMIE STRINGER,                          CASE NO.       5516

13                    Plaintiff,

14         v.                                 NOTICE OF REMOVAL        EDL

15  DR. VANEIDA WHITE,

16                    Defendant.

17  _____

18       TO:   Clerk, Superior Court of California
               County of Alameda
19             1225 Fallon Street
               Oakland, CA 94612
20
               Jimmie Stringer, Pro Se
21             P.O. Box 1421
               Oakland, CA 94604

22       PLEASE TAKE NOTICE that on this day Case No. RG07340250 pending in Alameda

23  County Superior Court is being removed to the United States District Court for the Northern District

24  of California, pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1441(f), 2679(d)(2), and 42 U.S.C. §§ 233,

25  et seq. on behalf of federal defendant Dr. Vaneida White of the Lifelong Medical Clinic.  Upon

26  direction by the Attorney General of the United States and pursuant to 28 U.S.C. § 1446, the

27  undersigned attorneys hereby present the following facts to the Judges of the United States District

28
   NOTICE OF REMOVAL
   Stringer v. White                          1

Court for the Northern District of California.

1.  On August 10, 2007, plaintiff filed a medical malpractice suit in Alameda County Superior Court against federal defendant Dr. Vaneida White of Lifelong Medical Clinic. Plaintiff alleges that on or about October 27, 2006 plaintiff went to Lifelong Medical Clinic and was told Dr. Vaneida White did not want to see him. Plaintiff further alleges that on or about February 9, 2007, Dr. Vaneida White refused to renew plaintiff's DMV disability placard.

2.  Plaintiff states in his proof of service that the complaint was served on Dr. V. White on or about August 16, 2007.

3.  On October 25, 2007, the United States Attorney's Office received a copy of the Summons and Complaint from the Department of Health and Human Services. As of this date, this office has not been served pursuant to Rule 4, Fed. R. Civ. Proc. Copies of the state court pleadings are attached hereto as Exhibit A, which constitute the only process or pleading which have been received.

4.  This action must be removed to federal district court pursuant to 42 U.S.C. § 233(c) of the Federally Supported Health Centers Assistance Act, because the action is against Dr. Vaneida White, an employee of Lifelong Medical Clinic, a federally deemed health center. Pursuant to the Federally Supported Health Centers Assistance Act, the health center and its employees are covered under the Federal Tort Claims Act ("FTCA"). The FTCA is the exclusive remedy for alleged negligent actions caused by employees of a deemed health center.

5.  This action must also be removed to federal district court pursuant to 28 U.S.C. § 2679(d)(2), because it is an action against Dr. Vanieda White, who was acting within the course and scope of her employment during the time alleged in the complaint. Upon certification by the Attorney General, the action shall be removed to the District Court at any time prior to trial. Pursuant to written delegation from Scott N. Schools, the duly appointed United States Attorney for the Northern District of California, the Chief of the Civil Division has been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.3. The Chief of the Civil Division has certified that Dr. Vaneida White was acting

1   within the course and scope of her employment with the Lifelong Medical Clinic.  <u>See</u> Certification

2   Pursuant to 28 U.S.C. § 2679(d).  This certification is conclusive for purposes of removal.  28 U.S.C.

3   § 2679(d)(2).

4         6. Upon removal the United States is automatically substituted for federal defendant

5   Dr. Vaneida White.  This action will proceed as an action against the United States of America

6   pursuant to 28 U.S.C. § 1346(b) subject to the limitations and exceptions applicable to those actions.

7   28 U.S.C. § 2679(d)(4).

8         7. A copy of this Notice is being filed with the Clerk of the Alameda County Superior Court.

9   That filing will automatically effect the removal of the action in its entirety to this Court for all future

10  proceedings.

                              Respectfully submitted,

                              SCOTT N. SCHOOLS
                              United States Attorney


15  DATED: October 29    , 2007    By: *Melissa Brown*
                              MELISSA K. BROWN
                              Assistant United States Attorney

NOTICE OF REMOVAL
<u>Stringer v. White</u>                      3

*5910368* (1)

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*
Disable Pro. Se Jimmie T. Stringer
P.O. Box 1421 Oakland Ca. 94604
510-802-8248

TELEPHONE NO: 510-451-4270   FAX NO. *(Optional):* 981-4192
E-MAIL ADDRESS *(Optional):* 1064 16th Oakland Ca 94612
ATTORNEY FOR *(Name):* Defendant Dr White of Lifelong Medical Clinic

NAME OF COURT:
STREET ADDRESS: **ALAMEDA COUNTY SUPERIOR COURT**
MAILING ADDRESS: 1225 FALLON STREET
CITY AND ZIP CODE: OAKLAND CA 94612-4280
BRANCH NAME:

PLAINTIFF: Jimmie Stringer

DEFENDANT: Dr V. White

☐ DOES 1 TO ___ l ___

FILED
ALAMEDA COUNTY

AUG 1 0 2007

CLERK OF THE SUPERIOR COURT
By _Jasha Reinart_
Deputy

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
☐ AMENDED *(Number):*
Type *(check all that apply):*
☐ MOTOR VEHICLE   ☐ OTHER *(specify):*
☐ Property Damage      ☐ Wrongful Death
☒ Personal Injury      ☒ Other Damages *(specify):*

Jurisdiction *(check all that apply):*
☐ ACTION IS A LIMITED CIVIL CASE
   Amount demanded  ☐ does not exceed $10,000
                    ☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
   ☒ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER:
RG 07340250

1. PLAINTIFF *(name):* Jimmie Stringer

   alleges causes of action against DEFENDANT *(name):* Dr. V. White

2. This pleading, including attachments and exhibits, consists of the following number of pages: pleading 13 pgs /

3. Each plaintiff named above is a competent adult / vers: 1
   a. ☒ except plaintiff *(name):* Jimmie Stringer
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor   ☒ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☒ except plaintiff *(name):* Dr V White of Lifelong Medical Clinic
      (1) ☒ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor   ☒ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Complaint—Attachment 3.

Form Approved for Optional Use
Judicial Council of California
982.1(1) [Rev. July 1, 2002]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12

American LegalNet, Inc.
www.USCourtForms.com

SHORT TITLE: *Disable Petitioner seeks Relief in Monetary*    CASE NUMBER:

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☒ Motor Vehicle
   b. ☒ General Negligence
   c. ☒ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☒ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage *(specify)*: *school, Family*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Complaint—Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court. *for Relief in monetary Award against the Doctor Medical violation against her patient*

14. PLAINTIFF PRAYS for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages $*645,000.00*.
      (2) ☒ punitive damages *$250,000.00*
   b. The amount of damages is *(you must check (1) in cases for personal injury or wrongful death)*:
      (1) ☒ according to proof.
      (2) ☒ in the amount of: $*895,000.00*

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: *8-9-07*

*Jimmie Stinger*
_____
(TYPE OR PRINT NAME)

*[signature]*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PRO SE JIMMY T. STRINGER

1 P.O.BOX 1421

Oakland,Ca.94604

2 510-302-8243 cellpho #

3 DR.V.WHITE OF LIFELONG MED. CLINIC. INC

616 16th STREET

4 Oakland, Ca. 94612

510-451-4270 fax: 981-4192

5
                    SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

6

7                                    ) Case No.: No.
JIMMY T. STRINGER,                   ) DISABLE PETITIONER SEEKS MONETARY
8                                    ) RELIEF FOR MEDICAL MALPRACTICE,STRICT
           Plaintiff,                ) LIABILITY,GROSS NEGLIGENCE,PERSONAL
9                                    ) INJURIES PUNITIVE & COMPENSATORY
      vs.                            ) DAMAGES UNDER DISABILITY AND FEDERAL
10                                   ) TORT LAWS AS A MEMORRNDUM OF POINTS
DR.V WHITE OF LIFELONG MEDICAL       ) AND AUTHORITIES IN SUPPORT OF
11                                   ) AFIDAVIT FOR MORE DEFINITION OF
CLINIC,                              ) DECISION
12

                Defendant

13 UNDER CIVIL LOCAL RULES A GENERL DUTY JUDGE WOULD SERVE BEST CONCERNING THE

14 MATTERS OF PETITION FOR A HEARING IN A ORAL DEBATE FOR DEPUTE OVER MONETARY

15 RELIEF IN THE VOILATION OF CONSTITUTIONAL CIVIL OF RIGHTS GOVERNING BY LAW.

16 JURISDICTION IN THIS COURT MEETS THE FINDING INACCORD WITH CIV.LR,IN THE

17 STATE OF CALIFORNIA UNLIMIT AND LIMITED UNDER FEDERAL CIVIL PROCEDURE 28 USC

18 1313

19 VENUE IS APPROPIATE IN THIS COURT BECAUSE BOTH THE PLAINTIFF AND RESIDE IN

20 THIS DISTRICT AND SUBSTANTIAL AMOUNT OF THE ACTS AND OMISSIONS GIVING RISE TO

21 THIS LAWSUIT OCCURRED IN THIS DISTRICT.

22

23 NOW COME JIMMIE T. STRINGER PLAINTIFF IN THE ABOVE STYLE INCCORDANCE WITH

24 RULES AND REGULATION IS A RESIDENT OF OAKLAND CITY, COUNTY OF ALAMEDA

25

                              PRAYER FOR RELIEF - 1

1  CALIFORNIA.

2  DEFENDANT DR. WHITE OF LIFELONG MEDICAL CLINIC IS NOW AND AT ALL TIMES

3  MENTION IN THIS COMPLAINT,IS A AGENT OF CORPORATION ORGANIZED AND EXISTING

4  UNDER THE LAWS OF THE STATE OF CAIFORNIA,ITS PRINCIPAL PLACE OF BUSINESS IN

5  OAKLAND CITY COUNTY OF ALAMEDA COUNTY CALIFORNIA.

6  <u>FIRST CAUSE OF ACTION</u>

7  THIS COMPLAINT OF THE DOCTOR'S PERFORMANCE IS DUE TO CONSTANT DISBELIEF THAT

8  HAS CAUSE PLAINTIFF TO ENDURE EMOTIONAL AS WELL AS INTENSE PHYSICAL PAIN.DUE

9  TO LACK OF CARE THAT HAS BEEN SHOWN OVER AND OVER FOR NO LOGICAL REASON.

10  DR.WHITE HAS SUFFER THE DISABLE PLAINTIFF IN THIS PETITION A MANY OF TIME

11  DISREGARDING THE REASONABLE CARE THAT THE PATIENT SHOULD HAVE RECEIVED DURING

12  THE VISITS TO DR.WHITE.THE FACT THAT THE PLAINTIFF SUFFERS WITH CHARCOT-MARIE

13  TOOTH DISEASE A PROGRESSIVE DISORDER THAT AFFECTS THE BRAIN,ARMS,HANDS,LEGS

14  AND FEETS.WHICH CAUSES THE BODY TO BECOME WEAK AS WELL AS CHRONICAL PAINS

15  THAT NEVER GO AWAY.DUE TO ARTHRITIS IN THE SPINAL CORD FROM PAST INJURIES.

16  THE R-LEG IS EXACERBATING IN THE RIGHT FOOT AT THE 5TH METATARSAL AS WELL

17  AS THE TENDON OF FIBULARIS LONGUS, LATERAL MALLEOLUS THAT CONTINUE TO HURT

18  PLAINTIFF IN SEVERELY DEBILITATING CHRONICAL PAINS THAT SUFFERS THE

19  PLAINTIFF'S DUE TO NOT HAVING HIS CAR.THE ON JOB INJURY 11-01-01 CAUSED

20  PERMENANT MUSCLE INFLAMMATION IN THE SHOULDER AS WELL AS NUMBNESS IN THE HAND

21  FROM TIME TO TIME DUE TO THE REQUIREMENT OF HOME DELIEVERY AND OTHER PHYSICAL

22  JOBS THAT THE PLAINTIFF SEEM TO ENJOY,BEFORE THE INJURY IN ATLANTA Ga.,TOOK

23  OVER THE PLAINTIFF'S LIFE.THE PLAINTIFF HAD REPEATLY EXPLAIN TO DR.WHITE THAT

24  HIS TRANSPORTATION IS MUCH NEEDED FOR THE PLAINTIFF IS TO MAINTAIN IN BEING

25  ACTIVE AND PRODUCTIVE IN PARALEGAL STUDIES AS WELL AS DAY TO DAY LIVING IF

1   THE PLAINTIFF IS TO RETURN BACK TO A WORKING LIFE.THE CAR IS NOT ONLY FOR THE

2   PLAINTIFF,BUT FOR HIS 6YR OLD DAUGHTER AND HIS 9YR OLD DISABLE DAUGHTER WHO

3   IS CONFINE TO A WHEELCHAIR.WHICH IS THE REASON WHY THE PLAINTIFF DROVE 3000

4   MILES TO REGAIN COSTIDY OF HIS CHILDREN DUE TO THE EX LEAVING HIM AFTER THE

5   ON THE JOB INJURY THAT HAS LEFT PLAINTIFF TOTALLY DISABLE ESPECAILLY DURING

6   THE COLD SEASONS. DR.WHITE STATED,(I HAVE NEVER MEET ANYONE WITH YOUR KIND OF

7   MEDICAL CONDITION OUT OF THE 15 YEARS AS A DOCTOR),PLAINTIFF STATED,(KEEP

8   WORKING IN THIS FILL FOR A 100 YEARS AND YOU WILL MOST DEFINITE LEARN

9   SOMETHING NEW).

10                     COMPLIANTS FOR CAUSE OF ACTION

11  1).2/9/07 PLAINTIFF SUBMITTED FORM BEFORE THE MARCH EXPIRATION DATE FOR
    PERMENANT DISABLE HANDDICAP CARD TO ENSURE PATIENT NEED FOR MAINTAINING FOR
12  PARALEGAL STUDIES AS WELL AS FOR DAY TO DAY LIVING.DR.WHITE HAS COMMITTED A
    LACK PROFESSIONAL CARE BY REFUSING TO RENEW THE FORM BY INFORMING PATIENT
13  WITH A WRITTEN STATEMENT,LEAVING THE EMOTIONAL PATIENT TO SUFFER WITH ALREADY
    COMPOUNDING PROBLEMS BOTH MENTALLY AND PHYSICALLY.THE PLAINTIFF FEELS THE
14  SITUATION WAS COERCE TO SURCON THE TICKETING ATTACKS TO GAIN CONTROLL OF
    CAR.WHICH HAS EXACERBATE THE SEVERE CHRONIC PAINS,PLAINTIFF SUFFER WITH.

15  2).PLAINTIFF WAS FORCE TO RETURN FOR ANOTHER VISIT DUE TO DR.WHITE REFUSING
    TO SEE PATIENT ON 10-27-06.PLAINTIFF CALL IN ADVANCE TO INFORM THE CLINIC
16  THAT PLAINTIFF WAS FORCE TO WALK DUE TO NOT HAVING ANY MONEY AND THAT
    PLAINTIFF WOULD MOST LIKELY BE LATE.PLAINTIFF ARRIVED AT 10:30 AND SET THERE
17  AT THE CLINIC UNTIL 11:05 BEFORE BEING TOLD THAT DR.WHITE DO NOT WANT TO SEE
    THE PLAINITFF.WHICH PLAINTIFF EXPLAIN THAT HIS R-FOOT WAS IN SEVERE PAIN.YET
18  NO CONCERN OF THE PATIENT HEALTH WAS TAKEN CONSIDERATION IN THE MATTER THAT
    COULD HAVE BEEN AVOIDED.PLAINTIFF EXPLAIN TO DR.WHITE THAT PATIENT FEAR
19  TAKING MEDICATION DUE TO INTERNAL BLEEDING THAT PLAINTIFF WAS FORCE TO DEAL
    WITH WHILE ON 800MG AND OTHER MULTIBLE LEVELS OF PRESCRIBED MEDICATIONS.A
20  GREAT SUM OF THE STRESS THE PLAINTIFF HAS BEEN UNDER MOSTLY CONTRIBUTED FROM
    THE COERCIVE ATTACKES TO HIS CAR,TAKING OFF ITEMS;OIL CAP,PEN TO THE DRIVEBAR
21  CONNECTED TO THE L-WHEEL AND BROKEN BACK WIDOW AS WELL AS CLOTHES AND TOOLES
    TO MAINTAIN FOR THE CAR STOLEN TWICE HAS HIGHLY CONTRIBUTED TO THE STRESS

22  3).SINCE THE ON GOING ISSUES WITH THE PLAINTIFF,THE HANDS HAVE BECOME
    INCEASINGLY UNUSIBLE DUE TO NUMBNESS AND SEVERE PAINS THAT HAVE TOOK CONTROLL
23  REDUCING QUALITY USE OF THE PLAINTIFF'S HANDS WHICH ARE TRULY VITAL.

24                        STATEMENT OF FACTS

25  OVER THE YEARS THE PLAINTIFF HAS ENCOUNTER LIFE THREATING UNPERDICTABLE
    ACCIDENT FROM A CHILD TO PERSENT MOVEMENT.THE SEVERE INTERNAL PAINS HAVE PUT

LIMITATION ON THE PLAINTIFF TO WHERE CHRONICAL PAINS WILL NEVER LEAVE HIS LIFE.DUE TO HERNIATED DEGENERATIVE NEUROLOGICAL SPINAL DISORDER ALSO KNOWN AS IN THE MEDICAL FILL AS CHARCOT-MARIE TOOTH DISEASE THAT AFFECT THE MUSCLE MOBILITY OF THE PATIENT SUFFERING THIS FATAL PAINFUL LIVES.

### ACCIDENTS OVER THE YEARS

1).AGE OF 5 PLAINTIFF WAS INJURY WHEN THE DRIVER HIT THE PLAINTIFF WITH THE BACK OF HIS BUMPER OF THE CAR ROLLING OVER THE HIS BODY AS PEOPLE NEAR BY YELL AT THE DRIVER TO STOP AND PULL FORWARD UP THE DRIVEWAY UNROLLING THE PLAINTIFF WHILE HE SET ON HIS BIGWHEEL CRYING TIRED UNDER THE BUMPER OF THE CAR.AFTER THE COMMOTION THE PLAINTIFF WAS IMMEDIATELY TAKEN TO THE HOSPITAL AND DIAGNOSS WITH HEAD,NECK AND ARM INJURIES TO THE PLAINTIFF'S RIGHT SIDE OF THE BODY DUE TO THE CAR ACCIDENT.

2).AGE 6 PLAINTIFF FELL FROM 3 STORIES OR HIGHER AT THE TOP OF TREE HITTING EVERY TREE BRANCH FALLING TO THE GROUND BOUNCING OFF THE GROUND 3 TO 4 FEET AND BACK TO THE GROUND LAYING UNCONSCIOUS WHILE BEING IMMEDIATELY RUSH TO THE HOSPITAL IN A COMMA STAGE FOR A DAY AND HALF.WAS DIAGNOSS WITH INJURIES TO BRAIN,NECK,BACK AND R-LEG IN A RAPP.MONTHS LATER PLAINTIFF HURT THE SECOND FINGER IN THE R-HAND TO WHERE THE DOCTORS HAD TO REMOVE THE FINGER NAIL OUT FROM THE DAMAGE THE PLAINTIFF ENDURE WHILE PLAYING.WHICH NOW THE PLAINTIFF STILL SUFFER FROM CHRONIC PAINS TO THIS VERY MOMMENT WITHOUT USE OF MEDICINE.

3).AGE 7 PLAINTIFF SUFFER A BLOW TO THE R-SIDE OF THE HEAD TO WARE BLOOD STARTED SHOTING OUT AND WAS IMMEDIATELY RUSH TO THE HOSPITAL FOR TREATMENT.

4).AGE 9 PLAINTIFF SUFFER A TEMPORARY LOSS OF CONTROL TO THE NECK,TO WARE THE PLAINTIFF HEAD BECAME STUCK,TURN IN A RIGHT POSITION FOR WEEKS UNTIL FINALLY RETURNING BY TO NORMAL POSITION.WHICH WAS CONTRIBUTED TO THE COLD ELEMENTS FROM THE DAMAGE SUSTAIN IN THE NECK PREVIOUSLY.WHICH THE PLAINTIFF STILL SUFFER FROM WITHOUT THE HELP OF MEDICATION DUE TO FEAR OF INTERNAL BLEEDING.

5).AGE 13 PLAINTIFF AWAKE NOT REALIZING HE WAS PARALIZE FROM THE SPINAL CORD ENABLING PLAINTIFF TO MOVE FROM THE SLEEPING POSITION HE WAKE UP IN DUE TO EXTREME PAINS.PLAINTIFF CRY OUT LOUD UNTIL HIS MOTHER AND SECOND OLDEST SISTER BOTH HAD TO PICK HIM UP OFF THE TOP BUNKBED WHILE THE PLAINTIFF LAY FACE DOWN AND CARRIED TO THE FLOOR(CARPET)AND LAID A HOT WET TOWEL THAT WAS SUITABLE ENOUGH TO PUT ON HIS BACK UNTIL THE PAINS RELEASED HIM FROM THE PARALIZING POSITION THE PLAINTIFF WAS IN DUE TO COLD ELEMENT SUFFER PERVOULY.

6).AGE 15 PLAINTIFF FELL TWO AND HALF STORIES FROM THE TOP OF A LIFE LINE THAT WAS TIED FROM ONE TREE TO ANOTHER,HITTING THE GROUND ON THE R-SIDE OF THE BODY CAUSING DAMAGE TO THE HEAD,R-SHOULDER,R-HIP,R-LEG AND R-FOOT,CAUSING LOSS TEMPORARILY.WHICH WAS NOTICE RIGHT AFTER THE FALL WHEN FRIENDS HAD TO PULL WEIGHTS UP OFF THE PLAINTIFF FROM THE RIGHT SIDE BECAME OF NO USE TEMPORARILY.DUE TO THE FALL THAT THE PLAINTIFF SUSTAIN WHILE PLAYING WITH FRIENDS.

7).AGE 19 PLAINTIFF RECEIVED A BLOW TO THE R-EAR AND LATER THAT DAY A BLOW TO THE TOP LEFT SIDE OF THE HEAD WITH A BRUM HANDLE CAUSING PAINS AND TEMPORARY LOSS OF EYE SIGHT AS WELL AS SEVERE PAINS TO THE BRAIN DUE TO BLOWS TAKEN.

8).AGE 21 PLAINTIFF RECIEVED A BLOW TO THE R-SIDE OF THE FACE CAUSING BLOOD TO SHOT FROM A HOLE IN THE R-SIDE OF THE NOSITROL AND TEMPORARY LOSS OF EYE

SIGHT FROM THE SAME HIT TO THE FOREHEAD CAUSING INTENSE PAIN ALL IN ONE BLOW.

9).AGE 25 PLAINTIFF SUFFER A 103 DEGREE ATTACK FOR THREE DAYS FROM THE WORK ON THE OLYMPIC HORSE SITE THAT WAS UNDER CONSTRUCTIOIN IN CONYER,GA.IN THE HOT BLAZING SUN ON TOP OF A BRIDGE THAT LEFT THE PLAINTIFF OUT OF WORK FROM THE RESULT OF A HEAT STROKE TEMPORARILY.AND THE FIRST TIME AT AGE 16.

10).AGE 30 PLAINTIFF ON 11-01-01 SUFFERED PERMENANT MUSCLE DAMAGE TO THE DEGREE WHERE ANY PHYSICAL WORK COULD TRIGGER A PERMENANT LOST OF MUSCLE AND MOBILITY AS WELL AS BEING PARALIZE.DUE TO THE JOB'S HOME DELIEVERY REQUIREMENT LIFTTING A TOTAL OF 60,000LBS TO 100,000LBS FROM 6AM TO 9PM,5 TO 6 DAYS A WEEK FOR 10 MONTHS CAUSING SHOTING PAINS ALL OVER PLAINTIFF'S BODY.

11).AGE 31 PLAINTIFF FELL HITTING BATHROOM FLOOR SPLITTING THE BACK OF HIS HEAD OPEN FROM THE MEDICATION AND STRESS THE PLAINTIFF WAS UNDER FROM WORRIES OF HOW HE WOULD BE ABLE TO MAINTAIN FOR THE CARE OF THE HIS CHILDREN.

12).AGE 33 PLAINTIFF SUFFER ANOTHER BLACK OUT AFTER JUST WAKING UP WHILE HITTING THE SINK AND TOILET IN THE BATHROOM TO THE POINT WHERE FAMILY MEMBERS HAD TO HELP PLAINTIFF OFF THE FLOOR AND RECOVER FROM MEDICATION ATTACKS.

13).AGE 35 PLAINTIFF SUFFER WITH ANOTHER ATTACK IN THE BACK AS WELL AS HEART JUST AFTER LEAVING PARALEGAL CLASS TO THE DEGREE WHERE THE PARAMEDICS OF ALTA BATES SAVE PLAINTIFF'S LIFE FROM DIEING DUE TO THE PHYSICAL COMPLICADION THAT SUFFER'S THE PLAINTIFF.

## DELIBERATE OF CONSIDERATION

THE VERY FACT THAT THE PLAINTIFF SUFFER AND WILL MOST DEFINITLY CONTINUE TO. SHOWS NO REASON WHY THE PLAINTIFF SHOULD NOT RECEIVE MONETORY AWARDMENT FOR THE LACK OF PROFESSIONAL CARE THAT DOCTOR WHITE HAS SHOWN TOWARDS HER PATIENT IN PROVIDING FOR THE PLAINTIFF'S MEDICAL CONDITION.IN LIGHT OF THE VERY CONFLINTING ROLL THE PLAINTIFF HAS ENDURE.IT ONLY SHOWS THAT THE DISABLE ARE AMONG THE ONES WHO STILL HAVE TO DEAL WITH UNPROFESSIONALS AS IF DISABLE ARE THE MORONS AND SHOULD BE LEFT OUT IN THE COLD TO SUFFER OR DIE.DUE TO THEIR MENTAL OR PHYSICAL DISABILITIES THAT IS ALREADY EMOTIONAL ENOUGH TO DEAL WITH ESPECIALLY ONES WITH CHILDREN AND THEIR ON HANDICAPP THAT IS COMPLICATING.

## PRAYER FOR RELIEF UNDER TORT LAWS

1).FIRST CLAIM FOR RELIEF:STRICT LIABILTY AGAINST DR.WHITE FOR PATIENT LOSING CAR TO CITATION PARKING AND SHERIFF DEPARTMENT OF OAKLAND,CA.THROUGH COERCIVE TICKETING THAT PATIENT GAIN AT SCHOOL AS WELL AS A RESIDENT AT PRESENT LOCATION OF 14TH AND MLK BVLD.THERE WERE DAYS THE PLAINTIFF WAS NOT ABLE TO MAINTAIN DUE TO SEVERE PAINS ESPECIALLY DURING COLD MORNINGS. 13 TIMES THE RELIEF.

2).SECOND CLAIM FOR RELIEF:MEDICAL MALPRACTICE,IT APPLIES TO DOCTORS, HOSPITALS AND OTHER HEALTH CARE PROFESSIONALS.AS WITH GENERAL NEGLIGENCE,IT DESCRIBES CONDUCT THAT DEVIATES FROM A REAONABLE STANDARD OF CARE.IT IS USUALLY NECESSARY TO PROVE THAT DEVIATION IN THE SAME FIELD OF PRACTICE IN WHICH THE HEALTH CARE WORKER WAS ENGAGED AT THE TIME OF THE INCIDENT. DOCTOR WHITE HAS SHOWN A LACK OF PROFESSIONAL CARE BY NOT PROIVDING THROUGHT OUT TIMES PATIENT ATTENDED FOR TREATMENTS AS WELL AS ROUTINE CHECK UPS THAT WERE NOT PROVIDED.BUT DEFILED BY FALSE BELIEF THAT THE DOCTOR COERCE TO AVOIDED TREATING THE PLAINTIFF'S DEADLY ILLNESS,THAT SUFFERS THE PLAINTIFF DAY AND NIGHT WITHOUT THE HELP OF MEDICATION DUE TO INTERNAL BLEEDING FROM

MEDICATION.<u>13 TIMES THE RELIEF</u>.

3).<u>THIRD CLAIM FOR RELIEF</u>:GROSS NELGENCE IS THE LEVEL OF CAUTION, PRUDENCE OR FORETHOUGHT LEGALLY REQUIRED TO AVOID CAUSING HARM OR LOSS TO ANOTHER PERSON. IN DETERMINING LIABILITY, DEPENDING ON THE CIRCUMSTANCES AND THE RELATIONSHIP OF THE PERSONS INVOLVED.A PERSON MAY BE REGUIRED TO EXERCISE DEGREES OF CARE VARIOUSLY DESCRIBED AS "ORDINARY," "DUE," "REASONABLE," "GREAT," OR "UTMOST." FAILURE TO MEET THE APPLICABLE STANDARD CONSTITUTES A BREACH OF DUTY IN THE CORRESPONDING DEGREE  --E.G.,ORDINARY  NEGLIGENCE,  GROSS  NEGLIGENCE, RECKLESSNESS,WANTON OR WILLFUL MISCONDUCT,ETC.BY THE HANDS OF DOCTOR WHITE, THE PLAINTIFF HAS ENDURE EXTREME EXACERBATION OF PAINS IN BOTH L-R-FOOT AS WELL AS NUMBNESS IN BOTH OF THE HANDS SINCE BEING FORCE TO CRUTCHES.DUE TO REFUSING TO COMPLY WITH AMERICA DISABILITY ACT,BY NOT ALLOWING PLAINTIFF THE RIGHT TO PERMENANT DISABLE CARD TO AVOID EXTREME LEVEL OF STRESS THAT HAS COST PLAINTIFF FINANCIALLY AS WELL AS PHYSICALLY AND EMOTIONLLY THROUGHOUT. <u>13 TIMES THE RELIEF</u>.

4).<u>FOURTH CLAIM FOR RELIEF</u>: INFLICTION OF EMOTIIONAL DISSTRESS CAUSING THE PLAINTIFF TO LOSS WEIGH AS WELL AS WORRIES OF HOW PLAINTIFF WOULD SUSTAIN DAY TO DAY LIVING WITHOUT THE USE OF VEHICLE FOR FOOD, SCHOOLING AND MEDICAL NEEDS BACK AND FORTH.DUE TO PHYSICAL PAINS THAT'S MOSTLY AFFECTED WITHOUT THE HELP OF TRANSPORTATION  TO RELIEVE THE BURDEN THAT THE PLAINTIFF IS SUBJECTIVE THROUGHOUT THE DAYS IN PAIN.<u>13 TIMES THE RELIEF</u>.

5).<u>FIFTH CLAIM FOR RELEF</u>:PAIN AND SUFFERING FOR RETALIATION AGAINST A DISABLE ENTILEMENT FOR  MEDICAL TREATMENT IN THE COURSE OF PREVENTING PLAINTIFF FROM ENJOYMENT OF LIFE AND THAT OF FREEDOM WITHOUT ADDED ON SUFFERING IN THE ATTEMP TO MAINTAIN THE NEED OF DR. WHITE'S MEDICAL EXPERTIST SORTED BY THE DISABLE PLAINTIFF WITHOUT SEARCHING THAT OF ANOTHER MEDICAL DOCTOR.DUE TO THE PLAINTIFF'S ALREADY EXTREME PHYSICAL AND EMOTIONAL SUFFERING CAUSED BY THE MEDICAL ILLNESSES.<u>13 TIMES THE RELIEF</u>.

6).<u>SIXTH  CLAIM  FOR  RELIEF</u>:DISCRIMINATION  OF  RIGHTS  UNDER  AMERICAN  WITH DISABILITIES ACT FOR THE PROFILING OF A PHYSICALLY DISABLE BLACK MAN NOT OFFERING PROVEN CARE AFTER THE PLAINTIFF BROUGHT TO THE ATTENTION OF DR. WHITE THE MEDICAL RECORDS PLAINTIFF BROUGHT FROM ATLANT GA TO PREVENT ANY UNWANTON PROFILING.DUE TO THE NORMAL APPEARANCE THAT ONE WOULD BE TRULY MISSTAKEN AS A NORMAL NONDISABLE PERSON.THE VERY FACT DR.WHITE IS A BLACKWOMAN OF SIZE MAY DEMONSTRATE REASONS OF DISCRMINATION AGAINST HER PATIENT IN NOT COMPLYING TO THE LAWS OF AMERICA WITH DISABILITIES.<u>13 TIMES THE RELIEF</u>.

7).<u>SEVENTH CLAIM FOR RELIEF</u>:NEGLIGENT IN GENERAL THE FACT THAT PLAINTIFF DROVE 3000 MILES FOR THE SEARCH OF HIS TWO DAUGHTERS.WHICH THE OLDER DAUGHTER SUFFERS WITH CEREBRAL PSALMS BOND TO A WHEELCHAIR MAKING THE PLAINTIFF FEEL AS IF HE HAS FELL TO MAINTAIN FOR HIS DAUGHTERS IN THE ATTEMP OF REGAINING COSTIDY  FROM THE GRANDMOTHER WHO HAS NOT SINCE HAVING THE PLAINTIFF'S DAUGHTERS ATTEMPED TO HELP SEE THE OLDER DAUGHTER WALK.THE PLAINTIFF ALREADY FEELS IT'S HIS FAULT FOR LOSSING HIS DAUGTHERS.DUE THE TO THE ON THE JOB INJURY THE PLAINTIFF SUSTAIN WHILE PROVIDING FOR HIS AS WELL AS HIS EX TWO OLDER CHILDREN.<u>13 TIMES THE RELIEF</u>.

8).<u>EIGHT CLAIM FOR RELIEF</u>:PUNITIVE  AND COMPENSATORY DAMAGES FOR THE LOSS IN WHOLE TO MAKE UP FOR THE LOSS  OF EDUCATIONAL TIME, VEHICLE AND TO PREVENT NOT ONLY THIS TO PLAINTIFF BUT FOR FUTURE RELUCTANT BEHAVIORS THAT HAS CAUSED ADVERSE  AFFECTS UPON THE PLAINTIFF AS WELL AS THE PUBLIC AS A WHOLE IN THE ATTEMP TO GET AWAY WITH COERCIVE MENTAL SUFFERING UPON THE DISABLE THAT SEEK

PROFESSIONAL UNDERSTANDING IN THEIR DAYS OF SUFFER RATHER IT'S MENTAL OR PHYSICAL  EMOTIONAL DISTRESS.<u>13 TIMES THE RELIEF</u>.

9). NINEHT CLAIM FOR RELIEF:PERSONAL INJURY FOR THE TOTAL LOST OF CAR AND EXPENES TO REGAIN POSSESSION OF CAR.

## CALIFORNIA STATE AND FEDERAL LAWS

<u>1).212 CAL,RPTR 167 CAL,APP. 3D 21</u>:DAMAGES KEY 56.20 BODILY  INJURY CAN AND DOES RESULT FROM EMOTIONAL DISTRESS, AND THE INJURIES SO SUSTAINED MAY BE COMPENSABLE.

<u>2).IN GENERAL</u>:ON THE BASIS OF RACE, COLOR OR  NATIONAL ORGINS UNDER TITLE VI OF THE CIVIL RIGHTS ACT OF 1964 [42USCS§300X OR 300-21] SHALL BE CONSIDERED TO TOWARDS PROGRAMS AND ACTIVITIES RECEIVING FEDERAL FINANCIAL ASSISTANCE.

<u>3).PROHIBITION</u>, NO PERSON SHALL BE ON THE GROUNDS OF SEX , BE EXCLUDED FROM PARTICIPATION IN ,BE  DENIED  THE  BENEFITS  OF SERVICE OR BE SUBJECT TO DISCRIMINATION UNDER  ANY PROGRAM OR ACTIVITIES FUNDED IN WHOLE UNDER SECTION 1911 OR 1921.

<u>4).§10.01  IN  GENERAL</u>:THE BASIC STANDARD OF LIABILITY IMPOSED BY CONGRESS UNDER THE ACT IS THAT WHICH LOCAL LAW IMPOSES ON A PRIVATE  INDIVIDUAL SIMILARLY SITUATED (5) THE GENERAL STANDARD OF LIABILITY FOR TORT APPLICABLE TOPRIVATE INDIVIDUALS IS COMPENSATORY DAMAGES THAT IS DAMAGES IN SATISFACTION OF, OR IN RECOMPENSE FOR THE  OR INJURY SUSTAINED AS A PROXIMATE RESULT OF THE MISCONDUCT WHICH GIVES RISE TO THE CAUSE.(6).THE CLAIMANT IS ENTITLED TO BE  JUSTLY  AND REASONLY COMPENSATED FOR THE ELEMENTS OR ITEMS OF LOSS ,INJURY OR GRIEVANCE TO THE EXTENT RECOGNIZED BY LAW.

5). COMPENSATORY DAMAGE TORT 1 §5:2 TO :26
6). DECLARATORY RELIEF TORT 4 § 39:8-22
7).EMOTIONAL DISTRESS TORT 1 § 11:1 TO § 23:12
8).INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS TORT 1 §14:1 TO 14:6
9).MEDICAL MALPRACTICE TORT 3 § 1-3:00 REFUSAL TORT 3 § 32:9
10).DISABLED  PERSON  TORT  1  §  14:5:00  DISABILITY &  MEDICAL  CONDITION DISCRIMINATION STANDARD OF CARE REQUIRED OF 1 TORT § 1:26
11).PUNITIVE DAMAGE TORT 3 § 32:55

## UNITED STATES CODE ANNOTATED

### TITLE 28 FEDERAL RULE OF CIVIL PROCEDURE RULE 1 TO11

<u>PRO  SE  COMPLAINT  RULE  8</u>: COURT WILL  SCRUTINIZE PLEADING OF A NONLAWYER APPEARING PRO SE WITH SPEACIAL CARE TO DETERMINE WHETHER A COLORABLE CLAIM EXIST.GORDON V. CRONONLY.D.C.R.I. 1982, 554 F. SUPP. 796
<u>FEDERAL PROCEDURE §10:150</u> COMPLAINT ATTEMP TO APPREHEND USE OF EXCESSIVE FORCE-CONSPIRACY-TO DEPRIVE PLAINTIFF OF LIFE & LIBERTY [28 USCA §1331,1343; 42USCA §1983,1985 FED CIV PRO RULE 8(A)]

### 69 A.L.R. FED. 712

1).AWARD OF ATTORNEY FEE TO PRO SE LITIGANT UNDER 42 U.S.C.A 1988 OF TITLE VII ACT OF 1976.

82 A.L.R. FED.800

2). RECOUPMENT BY PRO SE LITIGANT OF ATTORNEY'S FEE UNDER EQUAL ACCESS TO JUSTICE ACT (28 USCA §2412(D),107 A.L.R. FED. 827

132 A.L.R. FED. 345

3). RIGHTS OF PREVAILING PLAINTIFFF TO RECOEVR ATTORNEY'S FEES UNDER §706(K) OF CIVIL RIGTHS ACT OF 1964 (42U.S.C.A. §2000E (K)

134 A.L.R. FED.161

4). TITLE VII FISHERVS. PROCTER & GAMBLE MFG. CO. (1980, CA5 TEX ) 613 F 2D 527 GIBNEY VS. TOLEDO BD OF EDU. 730 OHIO APP. 3D 99- IX 596. N.E. 2D 591, 76 ED. LAW REP.208 (6th DIST. LUCAS COUNTY 1991) VI
CLEVELAND BAR ASSU. VS. HERON 112 OHIO ST 3D 564 CODE OF RESP.DR 9-102 A),(B),(34)

## CALIFORNIA VEHICLE CODE

1).§22511.58 PHYSICIAN'S CERTIFICATE INFORMATION ;RELEASE TO SPECIFIED LOCAL AGENTIES REVIEW BOARD,PARAGRAPH (A)(B)

2).§ 5007 SHALL MAKE THAT INFORMATION AVAILABLE FOR INSPECTION BY THE MEDICAL BOARD OF CALIFORNIA OR THE APPROPRIATE REGULATORY BOARD.

3).§ 22511.5 DISABLE PERSONS OR DISABLE VETERANS PARKING PRIVILEGES (A)(1),(A)(B)(2)(3)(B)

4).ACESS TO TRANPORTATION (CAL.VEH.CODE §12806 & 12805 smith v.DMV(1984)163.CAL. APP 3D 321)

## DISABILITY LAWS

1).SENATE BILL 1233   PROVISIONAL OF DISABLE PARKING ACT THE MSSOURI STATE MEDICAL ASSOCIATION
2).RIGHT TO CONSENT TO MEDICAL TREATMENT (CALI.PROB.CODE §3200 ET SEQ.)
3).USCS PAGE 112,VICTIM COMPENSATION & ASSISTANCE 10601
4).USCS PAGE 126,EQUAL OPPORTINUTY FOR INDIVIDUALS WITH DISABILITIES 12001
5).1974 504 OF THE REHABILITATION IS DESIGN TO PROTECT PROVISIONS VIOLATED ENTITY AND PRIVATE UNDER 29USC SEC 794
6).Section 505 - Remedies, procedures and rights follow Title VI of the Civil Rights Act of 1964
7). IDEA (20 USCS § § 1400 et seq.) does not supersede plaintiff's right to assert claim under §  504 of Rehabilitation Act (29 USCS §  794), and disabled student may bring action asserting claims under both statutes; additionally, plaintiff is not precluded from also asserting claims under 42 USCS §  1983. Jonathan G. by & Through Charlie Joe G. v Caddo Parish Sch. Bd. (1994, WD La) 875 F Supp 352, 10 ADD 1130.

8).42 USCS §  1983, §  504 of Rehabilitation Act (29 USCS §  794), and §  302 of Americans with Disabilities Act (42 USCS §  12182) are not applicable. Glen by & Through Glen v Charlotte-Mecklenburg Sch. Bd. of Educ. (1995, WD NC) 903 F Supp 918, 12 ADD 830.

# JUDICIAL VICTIMS IN AMERICA

## WHAT JUDICIAL VICTIMS CAN DO

1. Victims Of Lawyer Theft: Research shows this is a large category and exceeds all types of formal complaints against lawyers nationwide. Theft occurs in a number of ways. Most common manner of theft is when a lawyer collects funds from his client-or on behalf of his client which are to be held in a trust account to be disbursed to a third party for a specific purpose or to be disbursed to the client. A civil and criminal action is encouraged.

2. Victims Of Lawyer Malpractice: Victims in this category are most common. A lawyer can be guilty of the sin of omission or commission and in either case create malpractice action for his client. Most malpractice transgressions occur through slothfulness of the lawyer in one form or the other. Other malpractice transgressions occur through dishonesty, fraud and a variety of actions or non-actions. A formal complaint with the state bar and generally a civil complaint is encouraged. There are about 400 lawyers nationwide who will consider malpractice lawsuits against other lawyers. Many malpractice victims will handle this lawsuit pro se simply because of the politics in the system. Be sure you get a jury for your malpractice case!

3. Right To Equal Protection Of Laws: Article XIV affords us equal protection of the laws. In the judicial system today there is a rule called "attorney privilege". There is no rule called "litigant privilege". The very existence of privilege for one and not for the other suggests a lack of equal protection of the laws

3. Complaint To State Victims Fund: At last count forty five states have a fund to partially reimburse victims of lawyer theft. Some of the funds are administered by the state and others are administered by the bar associations. First you must discover if your state has one of these funds and then if a fund is available file your complaint.

## LAWS OF FACT

Title 42 U.S.C. s 1986, also holds every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent, neglects or refuses so to do, shall be liable.

The loss of liberty, property and Constitutionally guaranteed civil rights that flowed from these persons operating under color of law, towards Thomas is therefore actionable under Civil Rights Act OF 1871, Title 42 Sections 1983. 1985. 1986, 1988 and this court has jurisdiction for all parties pursuant to 28 U.S.C. 1331 AND 1343 (a).

The state courts have held that State Judges do not have immunity. It was most eloquently stated in _Rabon v. Rowen Memorial Hosp_. Inc. 269 NSI, 13, 152 S.E.2d 485, 493 (1967) that, " immunity fosters neglect and breeds irresponsibility, while liability promotes care and caution, which caution and care is owed by the Government to its people."

In 42 U.S.C.A. 1983, and in _Shore v. Howard_, 414 F. Supp. 379 the court was definitive in saying, " There is no Judicial immunity to civil actions for equitable relief under the Civil Rights Act of 1871."

In the case of _Fireman's Ins. Co. v. Washburn County_, 2 Wis. 2d 214, 85 N. W. 2d 840 (1957), it was decided that, "Government immunity violates the common law maxim that everyone shall have a remedy for an injury done to his person or property."

Through 42 U.S.C. 1983, Congress sought "to give a remedy to a party deprived of constitutional rights, privileges and immunities by an official's abuse of his position." _Monroe v. Pope_, 365 U.S. 167, 172 (1961). Accordingly, it authorized suits to redress deprivations of civil right by person acting under color of any state statue, ordinance, regulation, custom, or usage." 42 U.S.C. 1983. The requirement of action under color of state laws means that the judicial defendants become liable for tortuous acts they commit precisely because of their authority as judicial officers.

In separate disciplinary actions announced today, the Supreme Court of Ohio permanently disbarred attorney **Michael F. Dadisman** and indefinitely suspended the license of attorney **Michael Leonard King** , both of **Independence**, and imposed an 18-month suspension on attorney **Robert Earl Garfield of Pepper Pike**.

2005-1615.Cleveland BarAssn.v.Dadisman,2006-Ohio-1929.
On Certified Report by the Board of Commissioners on Grievances and Discipline, No. 02-52. Michael F. Dadisman, Attorney Registration No. 0040997, is permanently disbarred from the practiceof law in Ohio.
Moyer, C.J., Resnick, Pfeifer, Lundberg Stratton, O'Connor, O'Donnell and Lanzinger, JJ., concur.

IN LAW FIRM'S ACTION AGAINST FORMER CLIENT FOR COLLECTION OF LEGAL FEE, LAW FIRM'S PRODUCTION REQUEST FOR MATERIALS RELATED TO PRIOR LAWSUIT AGAINST ATTORNEYS SOUGH EVIDENCE RELATED TO HABIT OR ROUTINE PRACTICE, WHICH WAS RELEVANT TO PROVE THAT CONDUCT ON PARTICULAR OCCASION WAS IN CONFORMITY WITH HABIT OR ROUTINE PRACTICE. MCLEOD, ALEXANDER POWEL & APLFFEL, PC. V. QUARLES, CA.5 (TEX.) 1990,894 F.2D 1482.

RULE 110(A.J.C.) (A) WRIT OF CRITERIA, PERMANENT INJUNCTIVE RELIEF EXTRAORDINARY LEGAL OR EQUITABLE

D).SUBCH.1GENERALLY:§1981EQUAL RIGHTS UNDER THE LAW A STATEMENT OF EQUAL RIGHTS,ALL PERSONS WIHTIN THE JURISDICTION OF THE UNITED STATES SHALL HAVE THE SAME RIGHTS IN EVERY STATE AND TERRITORY TO MAKE AND ENFORCE CONTRACTS, TO SUE, BE PARTIES, GIVE EVIDENCE, AND TO THE FULL AND EQUAL BENEFIT OF ALL LAST AND PROCEEDINGS FOR THE SECURITY OF PERSONS AND PROPERTY AS IS ENJOYED

BY WHITE CITIZENS AND SHALL BE SUBJECT TO LIKE EXACTIONS OF EVERYKIND.

## CODE OF GEORGIA ANNOTATED

SETTLEMENT: MOTION TO ENFORCE SETTLEMENT AGREEMENT WAS PROPPERLY
GRANTED.O.C.G.A. §9-15-14(B)
AMOUNT OF DAMAGE: IN ACTION FOR DAMAGES WHERE THER WAS EVIDENCE ALTHOUGH ALL
OF IT WAS NOT UNCONTRADICTED THAT PLAINTIFF HAD SUFFER PERMANT INJURIES TO
HER BACK AND SPINAL COLUMN, THAT HER EARING CAPACITY HAS BEEN REDUCED AS
RESULT OF SUCH INJURIES, THAT IN ADDITION TO HOSPITAL, DOCTOR, DRUGS AND
OTHER INCIDENTAL EXPENSES WHICH PLAINTIFF HAS ALREADY EXPANDED SHE WILL BE
FORCE TO INCUR CERTAIN EXPENSES IN THE FUTURE AS RESULT OF HER INJURIES AND
THAT HER BACK AND SPINE HAVE CONTINUED AND WILL CONTINUE IN THE FUTURE TO
GIVE HER PAINS. HELD IT CAN NOT BE SAID THAT VERDICT FOR THE PLAINTIFF FOR
$16,000.00 WAS AS MATTER OF LAW SO EXCESSIVE AS TO SHOW BIAS AND PERJUDICE.
HOLMES V.BURKETT 98 GA. APP. 189,192(3),105 S.E. 2D 236 (1958).
PAIN AND SUFFER: CHARGE THAT COMPENSATION ALLOWABLE FOR PAIN SUFFERING RESTED
WITH JURY NOT OBJECTIONABLE, AS SUGGESTING THAT JURY FIND FOR PERMNENT
INNJURIES. MAYOR & C.OF AMERICUS V. GAMMAGE,15 GA. APP. 805 (3) 84 S.E.
144(1915)

MEDIAL EXPENSE:CHARGE THAT PLAINTIFF IN PERSONAL INJURY ACTION WAS ENTITLED
TO "REASONABLE MEDICAL EXPENSE" IS PROPER EVEN THOUGH THERE IS NO EVIDENCE AS
TO WHAT AMOUNT WAS REASONABLE WHERE THERE IS EVIDENCE OF NATURE AND EXTENT OF
SUCH SERVICE AND DEFENDANT FAILED TO CROSS-EXAMINE DOCTORS AS TO AMOUNTS
CHARGED. LINBERT V.BISHOP, 96 GA. APP.652,101 S.E.2D 148(1957).

HEALTH OF PLAINTIFF:CHARGE ON MEASURE OF DAMAGES FOR IMPAIRED EARNING
CAPACITY WAS ERRONEOUS BECAUSE IGNORING CONDITION OF PLAINTIFF'S HEALTH
ETC.ATLANTA COCOA-COLA BOTTLING CO.V. HATHCOX, 45 GA. APP. 822,165.S.E. 902
(1932).

LEGAL MALPRACRICE:CROWLEY VS.TRUST COMPANY BANK OF MIDDLE GA. 219, GA.
APP.531,466 S.E. 2D 24 (1996)

ENFORCEMENT OF JUDGEMENTS §12.06
ENFORCEMENT OF MONEY JUDGEMENT § 12.07

The great irony of the case in Fulton County is that the plaintiff used
provisions of the tort reform legislation passed two years ago to exclude two
of the defense experts, and to add on roughly $4 million in attorney fees and
expenses in addition to the jury's verdict due to the defense rejection of an
offer of settlement under OCGA 9-11-68. Thus, the insurance company that
lobbied so hard for tort reform legislation is hoist upon its own pettard.

## MEDICAL EXPENSES

1).HOSPITAL VISITS EMERGENCY & NONEMERGENCY = $EXCEEDS 10,000
2).DOCTOR VISITS  EMERGENCY & NONEMERGENCY  = $EXCEEDS 10,000
3).MEDICATIONS EMERGENCY& NONEMERGENCY      = $EXCEEDS 10,000
4).TESTS; MRI, NEUROLOGY, ETC.              = $EXCEEDS 10,000

### TRANSPORTATION

| | |
|---|---|
| 1). GAS | = $EXCEEDS 10,000 |
| 2). MILAGE | = $EXCEEDS 10,000 |
| 3). REPAIRS | = $EXCEEDS 10,000 |
| 4). TIRERS WARE & TARE | = $EXCEEDS 10,000 |

### DEBTS

BANKS;
SUNTRUST BANK: $EXCEEDS    500.00
WACHIVO BANK : $EXCEEDS    500.00
LOAN         : $EXCEEDS    235.00
BILLS        : $EXCEEDS    260.00

### SETTLEMENT AGREEMENT

PROPOSED SETTLEMENT THE PLAINTIFF IS SEEKING  $500,000.00 IN THE PAIN AND
SUFFERING. AND $250,000.00 IN PUNITIVE DAMAGES FOR THE PLAINTIFF'S
INCURE LOST OF THE MARKET VALUE OF THE CAR $5926.00 OT $6000.00. ALSO TO ADD
THE EXPENSES 13 TIMES THE TOTALL AMOUNT OF TICKETS, STORAGE, WRECKER FEE
INCURED IN FINDINGS OF ACTION. THE PLAINTIFF IS ASKING FOR A TOTAL OF $
895,000.00, DUE TO MEDICAL MALPRACTICE COMMENTTED AGAINST THE DISABLE
PATIENT FOR THE ACTS DOCTOR WHITE COMMITTED IN REFUSE THE CARE NEEDED TOWARD
THE PLAINTIFF IN THE VIOLATION OF THE DISABILITIES RIGHTS, DISABLE VEHICLE
RIGHTS AND EDUCATIONAL RIGHTS. PLAINTIFF SEEK $600,000.00 TO SETTLE IF ANY
AGREEMENT WOULD COME IN THE MIST OF AVIODING A JURY TRIAL THAT WOULD NOT
ONLY GRANT THE TOTALLING AMOUNT  PLUS ADDICTIONAL MONETARY DAMAGE THAT  THE
COURT WOULD DEEM FAVORABLE TO THE DISABLE PLAINTIFF IN  THE ACTION  BROUGHT
TO THIS COURT  FOR  RELIEF.

### COMMENCEMENT OF CIVIL ACTION

§357 DISABILITY NESSITY OF EXISTENCE WHEN RIGHT OF ACTION ACCRUED.

### PLEADING IN CIVIL ACTION

§425.10 STATEMENT OF FACTS IN DEMAND FOR JUDGMENT
§425.11 PUNITIVE DAMAGES SERVICE OF STATEMENT FORM NOTICE TO DEFENFANT
DR.WHITE FROM PLAINTIFF JIMMIE STRINGER RESREVING THE TO SEEK $895,000.00 IN
ACTION AGAINST DR.WHITE FOR PAIN AND SUFFERING.SEEKS A JUDGMENT IN THE SUIT
FILE IN THIS COURT FOR AWARD OF THE PERPETRATOR ACTS.


DISABLE PETITIIONER JIMMIE T. STRINGER_____

ATTORNEY FOR OR DEFENDANT DR.V.WHITE _____

## CERTIFICATE OF SERVICE

I CERTIFY THAT PLAINTIFF HAVE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING
MONETARY SETTLEMENT AGREEMENT PETITION BY UNITED STATES POSTAL MAIL TO THE
DEFENDANT DR.WHITE OF LIFELONG MEDICAL CLINIC OF OAKALND CA. 94612


DR.V.WHITE OF LIFELONG MED. CLINIC. INC
616 16th STREET
Oakland, Ca. 94612
PHONE; 510-451-4270
FAX; 510-891-4192 OR 891-4193


                                        Dated this 10 day of
                                            AUGUST, 2007


                                        JIMMY T. STRINGER
                                        P.O.BOX 1421
                                        Oakland, Ca. 94604
                                        #510-302-8243

POS-040(D)

| SHORT TITLE: Disable Petitioner seeks Monetary Relief | CASE NUMBER: |
|---|---|

### ATTACHMENT TO PROOF OF SERVICE—CIVIL (DOCUMENTS SERVED)
*(This Attachment is for use with form POS-040)*

**The documents that were served are as follows (describe each document specifically):**

13page Petition of Complaint

Medication Description

MRI 2 Illustration

Disability Judgment & Evaluation by John Mullet

DMV Form & Dr. White's statement

Personal Reference from good hard working people

Total 2 pages with Exhibits of DMV and resulting

Bills

Form Approved for Optional Use
Judicial Council of California
POS-040(D) [New January 1, 2005]

ATTACHMENT TO PROOF OF SERVICE—CIVIL (DOCUMENTS SERVED)
(Proof of Service)

Page ____ of ____

American LegalNet, Inc.
www.USCourtForms.com

**SOCIAL SECURITY ADMINISTRATION**

Refer To:

Office of Hearings and Appeals
Atlanta Federal Center
60 Forsyth Street S.W.
Suite 2 M 15
Atlanta, GA 30303

Date: AUG 1 0 2005

Jimmy T. Stringer
241 Troy Street  Apt 13
Atlanta, GA 30314

## NOTICE OF DECISION -- FULLY FAVORABLE

I have made the enclosed decision in your case.  Please read this notice and the decision
carefully.

### This Decision is Fully Favorable To You

Another office will process the decision and send you a letter about your benefits.  Your local
Social Security office or another may first ask you for more information.  If you do not hear
anything for 60 days, contact your local office.

### The Appeals Council May Review The Decision On Its Own

The Appeals Council may decide to review my decision even though you do not ask it to do
so.  To do that, the Council must mail you a notice about its review within 60 days from the
date shown above.  Review at the Council's own motion could make the decision less
favorable or unfavorable to you.

### If You Disagree With The Decision

If you believe my decision is not fully favorable to you, or if you disagree with it for any
reason, you may file an appeal with the Appeals Council.

### How to File an Appeal

To file an appeal you or your representative must request that the Appeals Council review the
decision.  You must make the request in writing.  You may use our Request for Review form,
HA-520, or write a letter.

You may file your request at any local Social Security office or a hearing office.  You may
also mail your request right to the **Appeals Council, Office of Hearings and Appeals,
5107 Leesburg Pike, Falls Church, VA 22041-3255**.  Please put the Social Security number
shown above on any appeal you file.

See Next Page

II.    MAKING PERFORMANCE ADJUSTMENTS

Check the blocks representing the individual's ability to adjust ot a job and complete item #4.

| Ability to understand, remember and carry out | Unlimited | Good | Fair | Poor | None |
|---|---|---|---|---|---|
| 1. Complex job instructions | | ✓ | | | |
| 2. Detailed, but not complex job instructions | ✓ | | | | |
| 3. Simple job instructions | | | | | |

4. Describe any limitations and include the medical/clinical findings that support this assessment: i.e., intellectual ability, thought or organization, memory, comprehension, etc.

As can be seen from his test scores, when he is not disturbed by pain he obtains a Verbal IQ of 89. Performance IQ 97. Full Scale IQ 91; General Memory 93, Working memory 91. When distracted by pain, he is helpless.

III.    MAKING PERSONAL/SOCIAL ADJUSTMENTS

Check the blocks representing the individual's ability to adjust personally and socially.

| Ability | Unlimited | Good | Fair | Poor | None |
|---|---|---|---|---|---|
| 1. Maintain personal appearance | | ✓ | | | |
| 2. Behave in an emotionally stable manner | | ← | → | | |
| 3. Relate predictable in social situations | | | ✓ | | |
| 4. Demonstrate reliability | | ← | → | | |

5. Describe any limitations and include the medical/clinical findings that support this assessment.

This is immaturity emotionally stemming from loss of his biological brother. There is further emotional damage as a depressive reaction to his neurological disturbance. He may direct anger towards himself.

## MEDICAL ASSESSMENT OF ABILITY TO DO WORK-RELATED ACTIVITIES (MENTAL)

☐ As of patient's last visit (_____)          ☐ As of _____

STRINGER, JIMMY
           ,    720    1036933
404-794-7945       26    DIB
CDT636A 86   7444  12/01/2003

To determine this individual's ability to do work-related activities on a day-to-day basis in a regular work setting, please give us an assessment — BASED ON YOUR EXAMINATION — of how the individual's mental capabilities are affected by the impairment(s). Consider the medical history, the chronicity of findings (or lack thereof), and the expected duration of any work-related limitations, but not the individual's age, sex or work experience.

For each activity shown below:
(1)   Describe the individual's ability to perform the activity according to the following terms:

| | |
|---|---|
| **Unlimited** | Ability to function in this area is not limited by a mental impairment. |
| **Good** | Ability to function in this area is more than satisfactory. |
| **Fair** | Ability to function in this area is limited but satisfactory. |
| **Poor** | Ability to function in this area is seriously limited but not precluded. |
| **None** | No useful ability to function in this area. |

(2)   Identify the particular medical or clinical findings (I.E. mental status examination, behavior, intelligence test results, and symptoms) which support your assessment of any limitations.

IT IS IMPORTANT THAT YOU RELATE PARTICULAR MEDICAL FINDINGS TO ANY ASSESSED LIMITATION IN CAPACITY. THE USEFULNESS OF YOUR ASSESSMENT DEPENDS ON THE EXTENT TO WHICH YOU DO THIS.

I.   MAKING OCCUPATIONAL ADJUSTMENTS

Check the blocks representing the individual's ability to adjust to a job and complete item #9.

| Ability | Unlimited | Good | Fair | Poor | None |
|---|---|---|---|---|---|
| 1. Follow work rules | | ✓ | | | |
| 2. Relate to co-workers | | | ✓ | ✓ | |
| 3. Deal with the public | | | ✓ | | |
| 4. Use judgment | | | ✓ | | |
| 5. Interact with supervisors | | | | ✓ | |
| 6. Deal with work stresses | | | ✓ | | |
| 7. Function independently | | | | ✓ | ✓ |
| 8. Maintain attention/concentration | | | | | |

9. Describe any limitations and include the medical/clinical findings that support this assessment.

This claimant has a Neurological Disorder: when he experiences jabs of pain, he is temporarily out of action. He also is experiencing a general slowing as part of his illness.

 #873

## APPLICATION FOR
## DISABLED PERSON PLACARD OR PLATES

A Public Service Agency

(NOTE: For lost, stolen, or mutilated disabled person or disabled veteran license plates or placard, please complete an Application For Replacement Plates, Stickers, and Documents (form REG 156 available on DMV Web)).

**Please check at least one of the following boxes:**

☒ Permanent Parking Placard     No Fee          ☒ Disabled Person License Plates     No Fee
☐ Temporary Parking Placard     $6              ☐ Travel Parking Placard             No Fee

Travel Parking Placards are issued to applicants with **permanent disabilities.** A California resident, applying for a Travel Parking Placard, must have a permanent parking placard or disabled person or disabled veteran license plates, but not both. Travel Parking Placards are issued to non-residents for no more than 90 days and to California residents for no more that 30 days.

All applicants must complete sections A, B and E. Disabled Person License Plate applicants must also complete section C.

### A. APPLICANT'S TRUE FULL NAME (PLEASE PRINT)

| LAST NAME | FIRST NAME | MIDDLE NAME | OR ORGANIZATION NAME | DATE OF BIRTH (NOT REQUIRED FOR ORGANIZATIONS) |
|---|---|---|---|---|
| *Stringer* | *Jimmie* | | | Month    Day    Year |

RESIDENCE OR ORGANIZATION ADDRESS APT/SPACE                          DRIVER LICENSE/ID NUMBER (NOT REQUIRED FOR ORGANIZATIONS)

| CITY | STATE | ZIP CODE | DAYTIME TELEPHONE NUMBER |
|---|---|---|---|
| *Oakland* | *Ca* | *94604* | (*510*) *355-2273* |

| MAILING ADDRESS | APT/SPACE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| *P. O. Box 1421* | | *Oakland* | *Ca.* | *94604* |

### B. Were you ever issued Disabled Person or Disabled Veteran License Plates or a Permanent Parking Placard in California?

☐ **YES** – A doctor's disability certification is **NOT** required, unless the placard was canceled by the department or is no longer on record. The disabled person or veteran license plates or permanent placard number is _____ *675489*

☐ **NO** – A doctor's certification is required. The doctor must complete sections F and G on the reverse side.

### C. IF YOU ARE APPLYING FOR DISABLED PERSON LICENSE PLATES please describe the vehicle that is registered to and which you will use. The disabled person license plates are:

| LICENSE PLATE NUMBER | VEHICLE IDENTIFICATION NUMBER | MAKE |
|---|---|---|
| *5WEH527* | *JH4CC2559MC019350* | *Acura Vigor 92* |

### COMMERCIAL VEHICLE EXEMPTION

I am requesting an exemption from weight fees for the vehicle described above. It weighs less than 8,001 pounds unladen and is the only commercial vehicle for which I have requested this exemption. ☒ Yes ☐ No

### D. IMPORTANT INFORMATION - PLEASE READ

**IT IS ILLEGAL**
- To allow someone to use your placard, if you are not in the vehicle.
- For an individual to have more than one permanent placard.
- To provide false information to obtain a placard or disabled person plates.
- To possess or display a counterfeit placard.
- To alter a placard or placard identification card.
- To forge a doctor's signature.

**IMPORTANT**
- The only legal use of a placard is its display by the person to whom it is issued. The disabled person does not have to own or drive the vehicle to use the placard.
- Placard abuse or misuse can result in the **cancellation and revocation** of the placard and loss of the privileges it provides.
- Placard and disabled person license plate abuse is a misdemeanor punishable by a fine of not less than $250, not more than $1,000, or by imprisonment in a county jail for not more than 6 months, or by both fine and imprisonment. The court may also impose a civil penalty of not more than $1,500, for each conviction.
- To alter, forge, counterfeit or falsify a plate is a felony punishable by 16 months to 3 years in a state prison or up to 1 year in the county jail.
- A person who forges, counterfeits, falsifies or passes, attempts to pass, acquires, possesses, sells, or attempts to sell a genuine or counterfeit placard, or a person who displays with fraudulent intent, or causes or permits to be displayed a forged, counterfeit or false placard is guilty of a misdemeanor and upon conviction shall be punished by imprisonment in the county jail for 6 months or by a fine of not less than $500 or more than $1,000, or by both fine and imprisonment. The court may also impose a civil penalty of not more than $3,500 for each conviction.
- The plate and/or placard must be surrendered to DMV within 60 days of the death of the disabled person.
- Any information contained in this application will be available to local public law enforcement or the local agencies responsible for the enforcement of parking regulations.

### E. APPLICANT'S SIGNATURE AND CERTIFICATION

☒ I have read the "Important Information" in section D and I fully understand and take responsibility for the use of the disabled person placard or plates that are issued to me.

I certify under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct and that I am a disabled person per CVC 295.5 (as defined in section F) and that I am
☒ **Permanently** or ☐ **Temporarily disabled due to:** *Total Disability*

| EXECUTED AT (CITY, STATE) | DATE | SIGNATURE OF APPLICANT |
|---|---|---|
| *Oakland Ca.* | *1-29-07* | *Jimmie D Stringer* |

REG 195 (REV. 5/2005)

MR
AP

*(handwritten margin notes, partially legible:)*
MR
Jimmie Stryker
Need met
Complete
or I'll do
P neuro sees pt
of medicated
My advise pt.
VD White
2/21/07

# PLICATION FOR
## SON PLACARD OR PLATES

sabled veteran license plates or placard, please complete an Application For
156 available on DMV Web]).

☒ **Disabled Person License Plates**    *No Fee*
☐ **Travel Parking Placard**    *No Fee*

ermanent disabilities. A California resident, applying for a Travel Parking
bled person or disabled veteran license plates, but not both. Travel Parking
days and to California residents for no more that 30 days.

ed Person License Plate applicants must also complete section C.

| ATION NAME | DATE OF BIRTH (NOT REQUIRED FOR ORGANIZATIONS) | | |
| --- | --- | --- | --- |
| | Month | Day | Year |

DRIVER LICENSE/ID NUMBER (NOT REQUIRED FOR ORGANIZATIONS)
5 W E H 5 2 7

| E | ZIP CODE | DAYTIME TELEPHONE NUMBER |
| --- | --- | --- |
| | 94604 | (510) 355-2273 |

| SPACE | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| | Oakland | Ca. | 94604 |

d Veteran License Plates or a Permanent Parking Placard in California.

red, unless the placard was canceled by the department or is no longer on
s or permanent placard number is 675489
must complete sections F and G on the reverse side.

LICENSE PLATES. Please describe the vehicle that is registered to you or

| UMBER | MAKE |
| --- | --- |
| 59MCO19350 | Acura Vigor 92 |

CIAL VEHICLE EXEMPTION.

ehicle described above. It weighs less than 8,001 pounds unladen and is the
exemption. ☒ Yes ☐ No

INFORMATION - PLEASE READ.

| the vehicle. | • To possess or display a counterfeit placard. |
| lacard. | • To alter a placard or placard identification card. |
| bled person plates. | • To forge a doctor's signature. |

on to whom it is issued. The disabled person does not have to own or drive the

h and **revocation** of the placard and loss of the privileges it provides.

misdemeanor punishable by a fine of not less than $250, not more than $1,000,
months, or by both fine and imprisonment. The court may also impose a civil

unishable by 16 months to 3 years in a state prison or up to 1 year in the county

attempts to pass, acquires, possesses, sells, or attempts to sell a genuine or
dulent intent, or causes or permits to be displayed a forged, counterfeit or false
n shall be punished by imprisonment in the county jail for 6 months or by a fine
of not less than $500 or more than $1,000, or by both fine and imprisonment. The court may also impose a civil penalty of not more
than $3,500 for each conviction.
- **The plate and/or placard must be surrendered to DMV within 60 days of the death of the disabled person.**
- Any information contained in this application will be available to local public law enforcement or the local agencies responsible for the
enforcement of parking regulations.

**APPLICANT'S SIGNATURE AND CERTIFICATION**

☐ I have read the "**Important Information**" in section D and I fully understand and take responsibility for the use of the
disabled person placard or plates that are issued to me.

I certify under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct and
that I am a disabled person per CVC 295.5 (as defined in section F) and that I am

☒ Permanently or ☐ Temporarily disabled due to: Total Disability

| EXECUTED AT (CITY, STATE) | DATE | SIGNATURE OF APPLICANT |
| --- | --- | --- |
| | 1-29-07 | |

Lifelong Medical Care
Downtown Oakland Clinic
616 16th Street
Oakland, CA 94612
Phone: (510) 451-4270    Fax: (510) 451-4285

Patient _Jimmie Snipes_    Provider _Dr. White_

Comments:
☑ Medical Short / Long    ☐ Labs    ☐ Fasting
☐ Psych-Social New / Follow Up    ☐ Other:

Please make an appointment in _____ days / wks / mos
☐ OK TO DOUBLE BOOK

Ex. 1

PLEASE BRING A LIST OF YOUR PRESCRIPTIONS

Your appointment is with / Su cita es con:

Provider: _____ Reason: _CPX / Eval_

Date/Fecha: _____ Time/Hora: _1:30_ AM / PM

NOTICE / NOTA
**Please give us 24 hour notice if you cannot keep your
appointment and need to cancel.

---

re
Jimmie Snifer

neuro meet
complete
OR P.M & O.

P neuro see pt
of medicated
Pt. dense pt.
Dr. White
2/9/07

EX 3

---

Lifelong Medical Care
Downtown Oakland Clinic
616 16th Street
Oakland, CA 94612
Phone: (510) 451-4270    Fax: (510) 451-4285

Patient _Jimmie Snipes_    Provider: _White_

Comments:
☐ Medical: Short / Long    ☐ Labs    ☐ Fasting
☐ Psych-Social: New / Follow Up    ☐ Other:

Please make an appointment in _____ days / wks / mos
☐ OK TO DOUBLE BOOK

PLEASE BRING A LIST OF YOUR PRESCRIPTIONS

Your appointment is with / Su cita es con:

Provider: _Dr. White_ Reason: _Physical_

Date/Fecha: _11/03/06_ Time/Hora: _2:00_ AM / PM

NOTICE / NOTA
**Please give us 24 hour notice if you cannot keep you

Ex. 2

---

1) Exhibit (1) is reference to the
act of refusing to see patient-
and Exh. (2) would indicate the
rescheduled time + date.

2) Exh. (3) is the statement Dr. White
wrote for the patient

STRINGER ,JIMMIE                              Radiology
------------------------------------------------------------PAGE   1
--------------------------------------------------------------------
MRI Spin  01/29/07 15:55      --
MRI C SPINE WO/CON                     01/29/07 03:55PM
FULL REPORT:    MRI, cervical spine.
MRI of cervical spine was performed axial and sagittal T1 and T2.
There is disc space narrowing at C4-5, 5-6, and 6-7 with minimal
bulging posteriorly at these levels as well as C3-4 upon the ventral
subarachnoid space of the cervical canal. No spinal cord abnormality
apparent.
Neural foramina: C2-3 normal, C3-4 minimal narrowing on the right,
C4-5 minimal narrowing bilaterally, C5-6 moderate narrowing, left,
and C7-T1 not visualized on the axial.
IMPRESSION:   Disc degeneration and mild spinal stenosis, as
described.
Interpreted by: Arthur T. Gronner, M.D.
Electronically Signed by: Arthur T. Gronner, M.D.
Disc degeneration and mild spinal stenosis, as
described.
Electronically Signed by: Arthur T. Gronner, M.D.

RADIOLOGY REPORT
GRADY HEALTH SYSTEM
80 Butler Street SE
Atlanta, Georgia 30335-3801

d00014560031          3297306
Jimmie T Stringer

                              Time of Exam:          Floor/Clinic:
MRI TSPINE WO CONTRAST

Michael B Jones             Paul Carpenter

216-307

RADIOLOGY REPORT
GRADY HEALTH SYSTEM
80 Butler Street SE
Atlanta, Georgia 30335-3801

000014560031            3297306
Jimmie T Stringer                        Time of Exam:      Floor/Clinic:
                                         16Apr2002 17:24    NEURO
 (Pt. Type: 01 00 00)

---

Procedures Requested By: Dr James Bicksel            Id:99114
Attending Physician:     Dr James Bicksel            Id:99114
    MRI, CSPINE WO CONTRAST
    MRI TSPINE WO CONTRAST

Procedures Performed:
   Same as above.

Date Dictated: 17Apr2002            Date Transcribed: 17Apr2002


MRI, CSPINE WO CONTRAST
    History: Shooting pains within the thoracic spine

    Technique: Multi-planar MRI was performed of the cervical and
    thoracic spine

    Findings: Vertebral body heights and marrow signal are
    preserved throughout. Alignment remains anatomic. The spinal
    cord demonstrates normal configuration and signal
    characteristics throughout all imaged levels. Disc spaces are
    normal in appearance throughout the spine with the exception
    of the following levels:

    C3-4: Prominent left disc osteophyte causing moderate neural
    foraminal compromise on the left but minimal effect on the
    spinal canal.

    C4-5, C5-6, C6-7: Minimal dorsal disc osteophyte formation
    with hypertrophy of the joints of Luschka causing mild neural
    foraminal compromise on the left, but no canal compromise.

    T2-3, 3-4 and T9-10 degenerative disc changes with mild
    dorsal disc displacement causing mild effacement of the
    thecal sac at T9-10, and to a lesser degree at T2-3. The cord
    is not affected. Neural foramina are patent at all imaged
    levels.


IMPRESSION:
    Impression:

    1. Mild-to-moderate chronic cervical and thoracic
    degenerative disc changes as described, most severe at C3-4
    where there is moderate left neuroforaminal compromise.
    2. No evidence of pathology which could account for a
    thoracic radiculopathy.

    This study was personally reviewed by Dr. Paul Carpenter, the
    attending radiologist in this case.

                    (CONTINUED ON NEXT PAGE)

RADIOLOGY REPORT
GRADY HEALTH SYSTEM
80 Butler Street SE
000014560031          3297306          Atlanta, Georgia 30335-3801
Jimmie T Stringer

Time of Exam:          Floor/Clinic:

MRI TSPINE WO CONTRAST

Michael B Jones          Paul Carpenter

NAME: _____    MRN: _____    DATE: _____    DR _____

| MEDICATION | am | afternoon | evening | |
|---|---|---|---|---|
| Neurontin 800mg 12/18 - 12/25 | 0 | 0 | 1/2 | |
| 12/26 - 1/3 | 0 | 1/2 | 1/2 | |
| 1/4 - 1/11 | 1/2 | 1/2 | 1/2 | |
| 1/12 - 1/19 | 1/2 | 1/2 | 1 | |
| 1/20 - 1/27 | 1/2 | 1 | 1 | |
| 1/28 - 2/5 | 1 | 1 | 1 | |
| | | | | |
| | | | | |
| | | | | |

| GENERIC NAME | TRADE NAME | COMMON PILL SIZES |
|---|---|---|
| carbamazepine | Tegretol | 100mg, 200mg |
| carbamazepine-XR | Tegretol-XR | 100mg, 200mg, 400mg |
| clonazepam | Klonopin | 0.5mg, 1mg, 2mg |
| felbamate | Felbatol | 400mg, 600mg |
| gabapentin | Neurontin | 100mg, 300mg, 400mg |
| lamotrigine | Lamictal | 25mg, 100mg, 150mg, 200mg |
| phenobarbital | phenobarbital | 15mg, 30mg, 60mg |
| phenytoin | Dilantin | 30mg, 50mg, 100mg |
| primidone | Mysoline | 50mg, 250mg |
| topiramate | Topamax | 25mg, 100mg, 200mg |
| valproic acid or valproate | Depakote | 250mg, 500mg |

ocument Name: untitled

NODE:HNAA-0271    ENV:325    USERNAME:PHYSICIAN/NURSE

PNS    (00000)14560031

STRINGER, JIMMIE T                    S225
        Result not available                        33 YRS  M DOB
ANSLEY, JOSEPH D

.1 A Oxycodone-APAP 325-5mg Tab
2 A Ibuprofen 600mg (Q) Tab UPJ                ORAL
3 A Venlafaxine 37.5mg Tab WYE                ORAL
                                              ORAL

4 D Diazepam 5mg Tab                10 mg/2 Tab
5 D Oxycodone-Acetaminophen 5-3. 2 Tab/2 Tab   ORAL PYXIS    P   05/22 05/22
6 D Oxycodone-Apap 5-325 TAB MA                ORAL PYXIS    P   05/22 05/22
7 D Sertraline 50mg (Q/I) Tab P                ORAL                03/24a
8 D Ibuprofen 800mg TAB  *                     ORAL                03/24a*
9 D Clonazepam 0.5mg TAB TEV 10                ORAL                03/24a
1 D Gabapentin 800mg (Q) Tab PA                ORAL                03/24a*
  D Oxycodone-Apap 5-325 TAB MA                ORAL                03/24a*
  D Oxycodone-Acetaminophen 5-3 1 Tab/1 Tab    ORAL                11/04a
          * * * more data * * *                ORAL PYXIS    P   10/12 10/12

he number:

ument Name: untitled

NODE:HNAA-0174    ENV:325    USERNAME:PHYSICIAN/NURSE

PNS    (00000)14560031

STRINGER, JIMMIE T              M158        -          31 YRS  M DOB (
                Result not available
Sum    nka    Prof   rxHist   Frm


A 005701613 Gabapentin 300mg (F)        360.0      3.0  04/12 04/12 U-R
R 005701614 Amitriptyline 25mg (*        30.0      3.0  04/12 04/12 U-R
R 005690037 Diazepam 5mg TAB ESI         55.0      2.0  03/29 03/29 GHS-PH
R 005690036 Gabapentin 300mg (F)        180.0      2.0  03/29 03/29 GHS-PH
R 005665399 Cyclobenzaprine 10mg         60.0      2.0  02/28 02/28 GHS-PH
R 005665398 Ibuprofen 400mg (F) T        70.0      2.0  02/28 02/28 GHS-PH
D 005627191 Hydrocodone-Apap 5-50        10.0      0.0  01/12 01/12 UC
D 005627177 Penicillin 250mg TAB         80.0      0.0  01/12 01/12 U-R
D 005627178 Hydrochlorothia 25mg         10.0      0.0  01/12 01/12 UC
D 005621413 Ibuprofen 800mg (F) T        60.0      0.0  01/05 01/05 UC


————

                                              available

Standard Register ®    ZIPSET®

**KAISER PERMANENTE®**

Patient Name
Identification

Jimmy Stringer

125600857

IMPRINT AREA

**VISIT VERIFICATION/FAMILY LEAVE Health Care Provider Certification**

(This section must be completed and determined by treating provider only)

**THE ABOVE NAMED PERSON:**

☐ **NO**, does not have a "Serious Health Condition" (see reverse for further information) **OR**

☐ **YES**, has a "Serious Health Condition", as defined below (check one):

- 1. ☐ Hospital care
- 2. ☐ Absence plus treatment
- 3. ☐ Pregnancy
- 4. ☑ Chronic condition requiring treatment
  - ☑ is currently incapacitated
  - ☐ is not currently incapacitated
- 5. ☐ Permanent/long-term condition requiring supervision
- 6. ☐ Multiple treatments (non-chronic condition)

☐ Has a "Serious Health Condition" and requires a family member to take time off from work to provide basic medical, personal or safety needs, transportation, or psychological comfort. The probable frequency and duration of this need is _____

☐ Estimated date of Surgery/Procedure/Delivery: _____

☐ Diagnosis (Complete on patient request only): _____

**THE ABOVE NAMED PERSON:**

☑ Was seen at this office on: **7/1/07**        ☐ Has been given telephone advice on: _____

☑ Has been ill and unable to attend work/school/physical education **7/1/07** through **7/10/07**

☐ States he/she has been ill and unable to attend work/school/physical education _____ through _____

☐ Can return to full duties with NO RESTRICTIONS on _____        **OR**

☐ Can participate in a modified work program starting _____ and continuing to _____

    (Please note: If modified work is not available, this patient is then unable to work for this time period.)

☐ Restrictions: _____ hours per day        _____ hours per week

**BASED ON AN 8-HOUR DAY EMPLOYEE CAN:**

| | | | | |
|---|---|---|---|---|
| stand/walk | _____ minutes per hour | _____ total hours | ☐ no restrictions |
| sit | _____ minutes per hour | _____ total hours | ☐ no restrictions |
| drive | _____ minutes per hour | _____ total hours | ☐ no restrictions |

**LIFT/CARRY** (Occasionally = up to ⅓ workday. Frequently = up to ⅔ workday):

| | not at all | occasionally | frequently | no restrictions |
|---|---|---|---|---|
| 0-10 lbs. | ☐ | ☐ | ☑ | ☐ |
| 11-25 lbs. | ☐ | ☐ | ☑ | ☐ |
| 26-40 lbs. | ☐ | ☐ | ☑ | ☐ |

Can lift/carry up to _____ lbs.

**EMPLOYEE IS ABLE TO:**

| | not at all | occasionally | frequently | no restrictions |
|---|---|---|---|---|
| bend | ☐ | ☐ | ☑ | ☐ |
| squat | ☐ | ☐ | ☑ | ☐ |
| kneel | ☐ | ☐ | ☑ | ☐ |
| climb | ☐ | ☐ | ☑ | ☐ |
| reach above shoulders | ☐ | ☐ | ☑ | ☐ |
| perform repetitive hand motions | ☐ | ☐ | ☑ | ☐ |

**ASSISTIVE DEVICES?** (e.g., cast, brace, crutches) _____

RESTRICTIONS: _____

OTHER: _____

TREATMENT PLAN: _Needs to see his Primary Care Physician and work with him to get his chronic condition tracked._

☐ Medication effects which could impair performance: _____

☐ Physical therapy required. Frequency: _____

**NOTE:** If patient is **industrial, physician** signature is **REQUIRED.**

SIGNATURE AND TITLE _____        DATE _____

Standard Register ®    ZIPSET®

**KAISER PERMANENTE®**

**VISIT VERIFICATION/FAMILY LEAVE Health Care Provider Certification**

(This section must be completed and determined by treating provider only)

Patient Name
*Jimmy Stringer*

*12560857*

IMPRINT AREA

**THE ABOVE NAMED PERSON:**

☐ **NO,** does not have a "Serious Health Condition" (see reverse for further information) **OR**

☐ **YES,** has a "Serious Health Condition", as defined below *(check one):*

1. ☐ Hospital care    4. ☑ Chronic condition requiring treatment
2. ☐ Absence plus treatment    ☐ is currently incapacitated
3. ☐ Pregnancy    ☐ is not currently incapacitated
   5. ☐ Permanent/long-term condition requiring supervision    6. ☐ Multiple treatments (non-chronic condition)

☐ Has a "Serious Health Condition" and requires a family member to take time off from work to provide basic medical, personal or safety needs, transportation, or psychological comfort. The probable frequency and duration of this need is _____

☐ Estimated date of Surgery/Procedure/Delivery: _____

☐ Diagnosis (Complete on patient request only): _____

**THE ABOVE NAMED PERSON:**

☑ Was seen at this office on: **7/1/07**    ☐ Has been given telephone advice on: _____

☑ Has been ill and unable to attend work/school/physical education    **7/1/07**    through **7/10/07**

☐ States he/she has been ill and unable to attend work/school/physical education _____ through _____

☐ Can return to full duties with NO RESTRICTIONS on _____ **OR**

☐ Can participate in a modified work program starting _____ and continuing to _____
   **(Please note: If modified work is not available, this patient is then unable to work for this time period.)**

☐ Restrictions: _____ hours per day    _____ hours per week

**BASED ON AN 8-HOUR DAY EMPLOYEE CAN:**

stand/walk _____ minutes per hour    _____ total hours    ☐ no restrictions
sit _____ minutes per hour    _____ total hours    ☐ no restrictions
drive _____ minutes per hour    _____ total hours    ☐ no restrictions

**LIFT/CARRY** (Occasionally = up to ⅓ workday. Frequently = up to ⅔ workday):

| | | | |
|---|---|---|---|
| 0-10 lbs. | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| 11-25 lbs. | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| 26-40 lbs. | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |

Can lift/carry up to _____ lbs.

**EMPLOYEE IS ABLE TO:**

| | | | |
|---|---|---|---|
| bend | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| squat | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| kneel | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| climb | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| reach above shoulders | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| perform repetitive hand motions | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |

ASSISTIVE DEVICES? (e.g., cast, brace, crutches) _____

RESTRICTIONS: _____

OTHER: _____

TREATMENT PLAN: *Needs to see his Primary Care Physician and work with him to get his chronic/condition tracked.*

☐ Medication effects which could impair performance: _____

☐ Physical therapy required. Frequency: _____

**NOTE: If patient is industrial, physician signature is REQUIRED.**

SIGNATURE AND TITLE _____    DATE _____

Alameda Co Medical Center == Highland Campus Emergency Dept
1411 East 31st St., Oakland, CA 94602 == (510) 437-4559

Pt Name: Stringer, Jimmie
Pt Accnt: 1008391318    MR#: 016553315

Pt Name: Stringer, Jimmie
MD ED: Singh A.
Res/PA/NP: None

DI Prntd: 6/27/2007 1720
RN Eval: Deirdre A.

## AFTERCARE INSTRUCTIONS

We are pleased to have been able to provide you with emergency care. Please review these instructions when you return home in order to better understand your diagnosis and the necessary further treatment and precautions related to your condition. Your diagnoses/prescriptions today are:

Dx 1: possible stress fracture of base of right 5th metatarsal
Rx 1: Vicodin (Hydrocodone & Acetaminophen)
Dose/Conc: 5mg/500mg                                       Disp: #15 tablets
Freq/Rte: 1-2 tablet by mouth every 4 to 6 hours as needed
Rx 2: Motrin (Ibuprofen)
Dose/Conc: 600mg                                           Disp: #30 tablets
Freq/Rte: 1 tablet by mouth every 8 hours as needed, with food

Rx Print Lctr ACMC Pharmacy
  Please bring this to the Hospital Outpatient Pharmacy "Drop-Off" window to process your prescription(s),
"Por favor lleve este papel ala Farmacia y delelo en la ventanilla "Drop-Off" para que su receta sea procesada."

Follow-up 1 Date: referral requested
Follow-up 1: Podiatry Clinic (K-7)                         F/U 1 Ph: _____
             1411 East 31St Street
             K Bldg. 7Th Floor
             Oakland           CA    94602

Other Instr: _____
             _____
             _____
             _____

EKGs and X-Rays: If you had an EKG or X-Ray today, it will be formally reviewed by a specialist the next business day. If there is any change from today's Emergency Department reading, you will be notified.

IMPORTANT NOTICE TO ALL PATIENTS: The examination and treatment you have received in our Emergency Department have been rendered on an emergency basis only and will not substitute for definitive and ongoing evaluation and medical care. A follow-up physician has been designated for you. It is essential that you make arrangements for follow-up care with that physician as instructed. Report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or disease in a single Emergency Department visit. *Significant changes or worsening in your condition may require more immediate attention. The Emergency Department is always open and available if this becomes necessary.*

BILLING AND/OR FINANCIAL COUNSELING:
For billing inquiries and/or Financial Counseling, our specialists are available Monday-Friday, 8am - 430pm in the Admitting Office, window #6. After-hours you may leave a voicemail message at (510)437-4961.
Your call will be returned within 48 hours.

ALAMEDA COUNTY MEDICAL CENTER ADVICE NURSE TELEPHONE CARE PROGRAM: (510) 437-8341
There is a new way for Alameda County residents to access the Alameda County Medical Center and all of its services . . . the telephone! The Telephone Care Nurse will answer Basic Health related questions, refer to health care services and answer questions regarding medications for adults.
Hours of Operation: 8:30am to 4:30pm Monday-Friday-- Phone (510) 437-8341

TO WHOM IT MAY CONCERN.

Mr, Stringer is a student in my CIS 105 class , and I have really enjoyed having him in the class .

He is hardworking , respectful  and very committed to his studies.

I have witnessed Mr. Stringer go out of his way to give a helping hand to some of his classmates, after he has finished his own work . He is punctual ,  helpful and has a strong sense of discipline.

I will strongly recommend him to anybody.

Mr. Albert Baah.
CIS  Instructor.

July 28, 2003

To whom it May Concern:

    This letter is to report that Mr. Stringer is a student in my Psychology 191 class. Mr. Stringer possesses good behavioral skills and is an active class participant.  He adds interest and constructive views to class discussions, group and individual presentations. Mr. Stringer is alert, focused and provides and accepts feedback from his peers.  It is a pleasure to have Mr. Stringer in my class.

Sincerely,

Marlene Y. Le Mon
Instructor

August 1, 2003

To Whom It May Concern,

I've known Mr. Stringer
for at least 10 yrs. Within in those 10 yrs, we've
work togethes, and have communicated with
as friends throughout the years. Mr. Stringer
has never show any form of violence, or
having a temper. He has shown neither
but kindness towards me & family members.
If there is any problems, are you need to
contact me the number is (706) 687-6244,

Sincerely,
Mozelle Bailee

Dear Mr. Embree

I'm A Childhood Friend of Jimmy Stringer My name is Sheldon Taylor. When we where fifthteen years old Jimmy fell out of a tree two Stories High falling on his right Side, also hitting his head on the ground. After making sure he was alright we Started lifting weights and his right Side just Collapsed and we had to grab the weights off of him.

Over a two year spand I've seen Jim Jimmy Stringer grab his head and also his heart I've also witness Jimmy Stringer take alot of medication. Also listening to Jimmy Stringer on how this has effected his life taking taking of the fact that he is unable to work to provide for his family. Not able to get the things he needs as well as some of the things he wants. And that's a lot to deal with when you are Used to working but can't because you have an An dissability.

Sincerely
Sheldon Taylor

**KAISER PERMANENTE**®

Oakland Medical Center
Health Education Department

Name: _____

MR#: _____

## REFERRAL FOR ORTHOPEDIC PRODUCTS PURCHASE

IMPRINT AREA

| REFERRING MD *Sharpton* | DEPARTMENT *Med* |
|---|---|
| EXTENSION *264 96* | DATE *8/7/07* |

**STEP #1**   **To Patients:**   Go to the indicated cast room FIRST for fitting and instructions.

**To Physicians:**   Select product for purchase and check in the gray area.

---

✓ For items listed below, go to:

**Orthopedics Cast Room**
**1st Floor of the Main Hospital**

**Ankle Support with Wrap**
☐ Med    ☐ Lg    ☐ XLg

**Back Support**
☐ Sm/Med    ☐ Lg/XLg

**Elastic Knee Support**
☐ Sm    ☐ Med    ☐ Lg    ☐ XLg

**Wrist Support** (circled)

*Right* (circled)
☐ ~~XSm~~    ☐ Sm    ☐ Med    ☐ Lg

*Left* (circled)
☐ XSm    ☐ Sm    ☐ Med    ☐ Lg

**Cervical Collar**
☐ Sm    ☐ Med    ☐ Lg

**Thumb Spica** - No fitting needed
☐ Right    ☐ Left

**Tennis Elbow Band** - No fitting needed
☐ One-size

---

✓ For the items listed below, go to:

**Podiatry Cast Room**
**Ground Floor of 3772 Howe Street**

**Heel Lifts**
☐ 2 x 3/16    ☐ 2 x 5/16
☐ 2 1/2 x 3/16    ☐ 2 1/2 x 5/16    ☐ 2 1/2 x 7/16
☐ 3 x 3/16    ☐ 3 x 5/16

**Metatarsal Pads**
☐☐ Sm    ☐ Med    ☐ Lg

**Pedi Foam Sleeves**
☐ Sm    ☐ Med    ☐ Lg

**Toe Crest Pads**
*Right*
☐ Sm    ☐ Med    ☐ Lg
*Left*
☐ Sm    ☐ Med    ☐ Lg

**Scaphoid Pads**
☐ Sm    ☐ Med    ☐ Lg

For cast room use only

---

**STEP #2**   **To Patient:** To purchase the product go to:

Health Education Center, 3772 Howe Street, Ground Floor
Open Monday - Friday, 9 a.m. - 4:30 p.m.
We accept cash, check, or charge. We do not bill.

| HEC STAFF | DATE |
|---|---|

03979-002 (5-03)





**Thomas Sharpton, MD**

## My Contact Information

**Office:**

Adult Medicine
3801 Howe Street
Oakland, CA 94611

**Phone:**

Call 510-752-1190 to schedule an
appointment, speak with an advice nurse,
or leave me a message. These services
are available 24 hours a day.

**E-mail and home page:**

kp.org/mydoctor/thomassharpton
Go to my home page to e-mail me your
health questions, learn more about me,
and find health information that my
colleagues and I have reviewed.

From my home page you can also:

- Schedule appointments
- Request prescription refills
- Browse our health and drug
  encyclopedias

## Useful Phone Numbers

For questions about your health plan
benefits and coverage:
800-464-4000
800-777-1370 (TTY)

For prescription refill requests:
510-752-7651

To cancel an appointment:
510-752-1190

September 2, 2006                8.5 Qbm 3-B

Dear Jimmy T Stringer,

Welcome to my practice!    20-752-7682

At Kaiser Permanente, we believe that your relationship with a
personal physician is central to your health care experience. As your
personal physician, I will partner with you to meet your adult health
needs. Here's some information about me and other resources that
will help you get acquainted with our Department of Adult Medicine
at the Oakland Medical Center.

I graduated from medical school at Stanford University in Stanford,
CA. I attended residency training at Veterans Administration Medical
Center in Martinez, CA. I am board certified in Internal Medicine by
the American Board of Internal Medicine.

In 1980, I joined Kaiser Permanente and am proud of our 60-year
history of providing high quality, evidence-based medicine. One of
the great benefits of practicing medicine in Kaiser Permanente is that
I can focus on my patients without having to worry about insurance
authorizations and paperwork. Also, with so many excellent physicians
working together in the same integrated system, I can call on the
expertise and experience of my colleagues should you need care
from a specialist.

Finally, I'm excited to let you know about my home page and
encourage you to visit kp.org/mydoctor/thomassharpton. From my
home page you can e-mail me your health questions and can usually
expect a response from me within two business days. To e-mail me,
schedule routine appointments, or refill prescriptions online, go to
my home page and register for a secure password. The password
will be mailed to your home address in three to seven business days.

I look forward to being your personal physician and helping you to
achieve your health goals.

Sincerely,

*T. Sharpton MD*

Thomas Sharpton, MD

🟎 **KAISER PERMANENTE**®

**NOTTE & KREYLING, P.C.**
*ATTORNEYS AT LAW*
11770 HAYNES BRIDGE ROAD 205 - 104
ALPHARETTA, GEORGIA 30004

July 10, 2007

GP

JIMMIE STRINGER
P O BOX 1421
OAKLAND, CA 94604-

Re:    Georgia Power Company ("Georgia Power")  Account No.: 4130745045
       Amount Due: $ 260.08

Dear JIMMIE STRINGER,

Your account with Georgia Power is seriously past due and has been referred to my firm.  It is imperative that you take prompt action to clear this balance.  I strongly urge you to contact Georgia Power and make arrangements to voluntarily pay your past due debt.

Unless you notify Georgia Power that you dispute the validity of the debt or any portion of it, within thirty (30) days after receiving this notice, Georgia Power will assume this debt is valid and shall continue its pursuit of this account even during the thirty (30) day period.  If you notify Georgia Power in writing within thirty (30) days of receiving this notice, Georgia Power will provide you with verification of the debt, if it has not already been done. There has been no judgment to date and none is currently being sought.

Please be advised that Georgia Power, the original and current creditor on this debt, is attempting to collect this debt and will use any information acquired for that purpose.  Finally, if payment arrangements are not made with Georgia Power within thirty (30) days, additional steps may be taken by Georgia Power to collect this debt.  If the debt remains unpaid, then litigation on the claim may be undertaken by Georgia Power.  Should such court action prevail, you may be subject to court costs and, in some cases, attorney's fees.

Georgia 30348, Phone 1-800-494-0385.                                   POWER COMPANY, P.O. Box 105537, Atlanta,

Any checks or payments must go directly to GEORGIA POWER COMPANY, 96 Annex, Atlanta, Georgia 30396-0001

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.  THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Very truly yours,

Gregg Notte

GN/kk

REPORT-ID: 50-A
RUN-DATE : 04/09/2007
RUN-TIME : 10:36    $JRP

CITY OF OAKLAND - PARKING
MULTIPLE TICKET LIST

PAGE 1
AS OF: 04/09/2007

LICENSE 5WEH527 CA A AUTOMOBILE    VIN NO: JH4CC2559NC019350    DMV: 92 ACUR 4D EXP: 08/14/2007

OWNER'S NAME: STRINGER JIMMIE

| TICKET NO | ISSUED DATE | TIME | OFFCR | VIOLATION(S) | LOCATION | MAKE | TYPE | COLOR | CD | DESC | STATUS DATE | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00153018693 | 01/16/2007 | 12:48 | 10 | 10.28.240 | 2341 VALLEY ST | ACUR | 4DR | WHT | 44 | DSMD | 02/26/2007 | .00 |
| 00928573174 | 01/18/2007 | 09:41 | 18 | 10.28.240 | 3732 ALLENDALE AVE | ACUR | 4D | WHI | 20 | NTFY | 03/05/2007 | 125.00 |
| 00858802545 | 02/06/2007 | 12:34 | 12 | 10.28.240 | 620 14TH ST | ACUR | 4DR | WHI | 20 | NTFY | 03/05/2007 | 96.00 |
| 00828029805 | 02/21/2007 | 11:57 | 346 | 10.36.050 | 1404 MLK ST | ACUR | 4D | WHI | 20 | NTFY | 03/23/2007 | 35.00 |
| 00828294978 | 02/23/2007 | 11:11 | 345 | 10.36.050 | 1413 MLK JR WAY | ACUR | 4D | WHI | 20 | NTFY | 04/06/2007 | 35.00 |
| 00828976093 | 02/24/2007 | 14:01 | 256PC | 10.36.050 | 610 14TH ST | ACUR | 4D | WHI | 20 | NTFY | 04/06/2007 | 35.00 |
| 00153335232 | 02/27/2007 | 09:53 | 328PC | 10.36.050 | 1402 MARTIN LUTHER K | ACUR | 4D | WHI | 20 | NTFY | 03/23/2007 | 35.00 |
| 00153335299 | 03/02/2007 | 09:47 | 328 | 10.36.050 | MARTIN LUTHER KING K | ACUR | 4D | WHI | 15 | NTCP | 04/06/2007 | 35.00 |
| 00153335347 | 03/03/2007 | 10:43 | 328 | 10.36.050 | MARTIN LUTHER KING JR WY | ACUR | 4DR | WHI | 20 | NTFY | 03/12/2007 | 70.00 |
| 00828204256 | 03/06/2007 | 16:56 | 328 | 10.36.050 | 1401 MARTIN LUTHER KING JR WY | ACUR | 4DR | WHI | 20 | NTFY | 03/12/2007 | 70.00 |
| 00828933908 | 03/08/2007 | 05:20 | 329PC | 10.36.050 | 1416 MLK JR WAY | ACUR | 4DR | WHI | 20 | NTFY | 04/06/2007 | 70.00 |
| 00828933919 | 03/08/2007 | 12:33 | 170 | 10.28.190 | 1404 MLKJRWAY | ACUR | 4D | WHI | 20 | NTFY | 04/06/2007 | 35.00 |
| 00828934030 | 03/09/2007 | 08:07 | 170 | 10.36.050 | 1404 MLKJRWAY | ACUR | 4D | WHI | 15 | NTCP | 04/06/2007 | 40.00 |
| 00828934546 | 03/14/2007 | 08:43 | 170 | 10.36.050 | 1404 MLKJRWAY | ACUR | 4D | WHI | 15 | NTCP | 04/06/2007 | 40.00 |
| 00829207511 | 03/16/2007 | 10:23 | 170 | 10.36.050 | 1411 MLKJRWAY | ACUR | 4D | WHI | 15 | NTCP | 04/09/2007 | 35.00 |
| 00829207522 | 03/16/2007 | 10:25 | 170 | 10.28.190 | 1411 MLKJRWAY | ACUR | 4D | WHI | 15 | NTCP | 04/09/2007 | 35.00 |

TOTAL TKTS/DUE:    17                     826.00

OWNER'S NAME: 5WEH527

| TICKET NO | ISSUED DATE | TIME | OFFCR | VIOLATION(S) | LOCATION | MAKE | TYPE | COLOR | CD | DESC | STATUS DATE | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00150923817 | 03/23/2007 | 22:40 | 328 | 10.36.050 | MARTIN LUTHER KING WY | ACUR | 4DR | WHT | 50 | LINV | 03/29/2007 | 35.00 |
| 00153922325 | 03/26/2007 | 09:14 | 323 | 10.36.050 | MARTIN LUTHER KING WY | ACUR | 2DR | WHT | 50 | LINV | 03/29/2007 | 35.00 |
| 00153929359 | 03/27/2007 | 14:25 | 323 | 10.36.050 | MARTIN LUTHER KING WY | ACUR | 4DR | WHT | 50 | LINV | 03/29/2007 | 35.00 |
| 00150624881 | 03/27/2007 | 14:19 | 325 | 10.28.190 | 154 10TH ST | ACUR | 4DR | WHT | 50 | LINV | 04/02/2007 | 40.00 |

TOTAL TKTS/DUE:    4                      145.00

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CSBN 203307)
   Assistant United States Attorney
4
     450 Golden Gate Avenue, Box 36055
5    San Francisco, California 94102
     Telephone: (415) 436-6855
6    Facsimile:  (415) 436-6748
     Email:  joann.swanson@usdoj.gov
7
   Attorneys for Federal Defendant Dr. Vaneida White
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  JIMMIE STRINGER,

13                         Plaintiff,        Case No. C 07 5516

14          v.                               CERTIFICATION PURSUANT
                                             TO 28 U.S.C. § 2679(d)
15  DR. VANEIDA WHITE,
                                                          EDL
16                         Defendant.

17

18        I, Joann M. Swanson, hereby certify as follows:

19        1.    I am the Chief of the Civil Division of the United States Attorney's Office for the

20  Northern District of California.  Pursuant to written delegation from Scott N. Schools, the duly

21  appointed United States Attorney for the Northern District of California, I have been authorized to

22  exercise on behalf of the United States Attorney the authority vested in him by the Attorney General,

23  pursuant to 28 C.F.R. § 15.3, to certify pursuant to 28 U.S.C. § 2679(d) that a federal employee named

24  as a defendant in a civil action was acting within the course and scope of his or her employment with

25  reference to the matters alleged in the suit.

26        2.    I have reviewed the complaint in the above-captioned action.  Dr. Vaneida White is an

27  employee of the Lifelong Medical Clinic, a federally deemed health center.  Pursuant to the Federally

28

Certification Pursuant to
28 U.S.C. § 2679(d) - Dr. Vaneida White          1

1    Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n), Dr. White is covered under the

2    Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2401(b), 2671-80.  On the basis of those citations and

3    certain other information provided to me, pursuant to the provisions of 28 U.S.C. § 2679(d) and by

4    virtue of the authority vested in me as set forth above, I hereby certify that Dr. Vaneida White was acting

5    within the course and scope of her employment with the Lifelong Medical Clinic.

6

7    Dated: October 29, 2007

JOANN M. SWANSON
Assistant United States Attorney
Chief, Civil Division

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certification Pursuant to
28 U.S.C. § 2679(d) - Dr. Vaneida White          2