**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**November 28, 2007**

**CASE NUMBER:  CV 07-05516 EDL**
**CASE TITLE:  JIMMIE STRINGER-v-VANEIDA WHITE**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Susan Illston** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/28/07

FOR THE EXECUTIVE COMMITTEE:

_____
                          Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 11/28/07ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA