1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
4  MELISSA K. BROWN (CSBN 203307)
   Assistant United States Attorney
5  melissa.k.brown@usdoj.gov

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6962
       FAX: (415) 436-6748
8
   Attorneys for Defendant
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
   JIMMIE STRINGER,                )    No. C 07-5516 SI
14                                  )
       Plaintiff,                   )    **[PROPOSED] ORDER GRANTING**
15                                  )    **MOTION TO DISMISS**
       v.                           )
16                                  )
   DR. VANEIDA WHITE                )
17                                  )
       Defendant.                   )
18 _____ )

19     On January 4, 2008, the Defendant's motion to dismiss came on regularly for hearing.

20 Having considered the pleadings, papers on file, and the parties' arguments, and finding just

21 cause the Court hereby GRANTS the motion to dismiss without prejudice.

22

23                                       IT IS SO ORDERED

24
   DATED: _____          _____
25                                   HONORABLE SUSAN ILLSTON
                                     United States District Court Judge
26

27

28

   [PROPOSED] ORDER
   [C 07-5516] SI

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

<u>Jimmie Stringer v. Dr. Vaneida White</u>
C 07-5516 EDL

to be served this date upon each of the persons indicated below at the address shown:

Jimmie Stringer, Pro se
P.O. Box 1421
Oakland, CA 94604

| √ | **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice. |
|---|---|
| ___ | **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be delivered by hand to the person or offices of each addressee above. |
| ___ | **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to the person or offices of each addressee above. |
| ___ | **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or offices of each address above. |
| ___ | **BY FEDERAL EXPRESS** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 28, 2007 at San Francisco, California.

                         /s/
                         KATHY TERRY
                         Legal Assistant

[PROPOSED] ORDER
[C 07-5516] SI