IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JIMMIE STRINGER,   No. C 07-05516SI

    Plaintiff,   **NOTICE**

v.

VANEIDA WHITE,

    Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion to dismiss has been continued to Friday, January 25, 2008, at 9:00 a.m.

The initial case management conference shall occur on Friday, February 22, 2008, at 2:00 p.m. All parties shall comply with the attached order when preparing for the conference.

Dated: November 29, 2007            RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk