IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STRINGER,<br><br>             Plaintiff,<br><br>   v.<br><br>VANEIDA WHITE,<br><br>             Defendant. | No. C 07-05516 SI<br><br>**ORDER RE: ORAL ARGUMENT** |

The motion by the United States to substitute the government as the defendant and to dismiss plaintiff's complaint for failure to exhaust his administrative remedies is currently scheduled for hearing on Friday, January 25, 2008. It has come to the Court's attention that in addition to plaintiff's tort claims, he also alleges a violation of the Americans with Disabilities Act ("ADA"). The Court asks the United States to be prepared to discuss at oral argument the question whether plaintiff's ADA claim or claims are embraced by the motion to dismiss and whether the United States is the proper defendant as to these potential claims.

**IT IS SO ORDERED.**

Dated: January 23, 2008

SUSAN ILLSTON
United States District Judge