# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 2/22/08

Case No.   C-07-5516 SI          Judge:   SUSAN ILLSTON

Title: JIMMIE STRINGER  -v- WHITE

Attorneys: J. Stringer (pro se)

Deputy Clerk:  Tracy Sutton   Court Reporter: J. Gonzalez

## PROCEEDINGS

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                     PART

Case continued to __ @ 2:30 p.m. for Further Case Management Conference

Case continued to __ @ 9:00 a.m.  for Motions
(Motion due , Opposition  Reply )

Case continued to __ @ 3:30 p.m. for Pretrial Conference

Case continued to __ @ 8:30 a.m. for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The Court will review plaintiff's amended complaint and will schedule a further case management, if needed.