JIMMIE T. STRINGER
P.O. Box 1421
Oakland, Ca. 94604
HP#510-451-3052

JACOBS, SLAWSKY & BARNETT LAW FIRM
1950 EQUITABLE BUILDING
100 PEACHTREE STREET NW.
ATLANTA, GA 30303
PHONE: (404) 522-4280
FAX:   (404) 527-5907

LIFELONG ADMINISTRATIVE GRIEVANCE OFFICE
P.O. Box 1421 Berkeley, California 94712

UNITED STATES
JOSEPH P. RUSSONIELLO
U.S. Attorney
JOANN M. SWANSON
Chief, Civil division
MELISSA K. BROWN
Assistant United States
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6962
Fax: (415) 436-6748

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF SAN FRANCISCO CALIFORNIA DIVISION

| | |
|---|---|
| JIMMY T STRINGER<br><br>          Plaintiff,<br><br>     vs.<br><br>LIFELONG MEDICAL ADULT CLINIC, of<br><br>OAKLAND, CALIFORNIA, Defendant<br><br>JACOBS, SLAWSKY & BARNETT law firm,<br><br>of   ATLANTA, GEORGIA   Defendant<br><br>UNITED STATES, Defendant | Case No.: No.C-07-5516 SI<br><br>EXHIBIT OF EVIDENCE CHRONOLOGICALLY PRETAINING TO THE FOLLOWING LISTED AS DEFENDANTS FOR DISCRIMINATION TOWARD THE DISABLE CLAIMANT UNDER ADA. |

Summary of Pleading - 1

**EXHIBIT - A**

## FACTS RELATING TO LAWERY AND CLIENT

### SIGNATURE of AGREEMENT

Part 1). Plaintiff sign on 8-2000 acknowledging that agreement to suit against company for labor violation.

### CD

Part 2). Plaintiff has the Attorney and Secretary committing perjury on CD, to validate claim.

### MAILED NOTICES

Part 3). Plaintiff has attempted to settled by making numberst attempts by phone as well as by mail and the Attorney still refuses to pay his disable client his portion of the settlement.

### BAR ASSOCIATION

Part 4). Plaintiff has alerted the Atlanta Bar Association and no clarity in the attempt to help relieve plaintiff of issues that's still on going.

### BANK

Part 5). On 4-17-2003 Sun Trust Bank of Atlanta Ga.30308 acknowledge the Bank received the money transfer to them on behalf of the settlement Jacobs, Slawsky and Barnett retrieve on behalf of the plaintiff. But they can make donations

1       **EXIHIBIT - B-1**

2                                                          **FACTS RELATING TO**

3   **DOCTOR AND PATIENT**

4   **PRESCRIPTION**                                          Part 1).Plaintiff was

5   Prescribe pain medication as well as a cane, hand brace for both hands and a

6   foot brace for the r-foot from Kaiser Permanente and a psychiatry for stress

7   as it appear in the following exhibit of prescriptions.        Part

8   2).Plaintiff was prescribe pain medication from Alta Bates.         Part

9   3).Plaintiff was prescribe a back brace by lifelong but still unable to

10  attain a back brace from medical merchants outlets.

11  Part 4).Plaintiff was prescribe pain medication from Highland Hospital.

12  All the following Hospitals prescribe the Plaintiff with Percocet or vicoden

13  to help relieve the physical pain the Plaintiff suffers with day and night.

14

15  **EX-B-2**

16                              **DOCTOR'S STATEMENTS**

17  Part 1).Dr.Bricksel, MD of Grady Neurology, Dept. of Atlanta, Ga.

18  Part 2).Dr.Bowen Y.Wong,MD of Neurology of Professional Corporation of

19  Oakland, Ca.

20  Part 3).Highland Emergency diagnosis on spasm in muscles of Oakland, Ca.

21  Part 4).6-17-07 Kaiser Permanente diagnosis Ankle pains of Oakland, Ca.

22  Part 5).Alta Bates Summit diagnosis back pains of Oakland, Ca.

23  Since the Plaintiff became indigent from the job, these issues have been what

24  the Doctors has explain to the Plaintiff about the condition he will most

25  likely continue to suffer with now and in the future as it relates to the

1  Plaintiff's medical issues.

2  EX-B-3

3  **APPOINTMENTS**

4  <u>Part 1)</u>. On 10-27-06. Plaintiff call in advance to inform the clinic that
5  Plaintiff was force to walk due to not having any money and that Plaintiff
6  would most likely be late. Plaintiff arrived at 10:30 and set there at the
7  clinic until 11:05, before being told that Dr.White do not want to see you.
8  Which Plaintiff explain that his r-foot was in severe pain. Yet Plaintiff was
9  force to return on 11-03-06.

10 <u>Part 2)</u>. 2/9/07 Plaintiff submitted form before the March expiration date for
11 permanent disable handicap plate to ensure Patient need for maintaining for
12 Paralegal Studies as well as for day to day living. Dr.White refuse by two
13 ways.

14 <u>Continual Part 1 of paragraph 2)</u>.Dr.White then wrote the Plaintiff a
15 statement on a peace of a paper on 2-9-07.

16 <u>Continual Part 2 of paragraph 2)</u>.Dr.White then wrote the Plaintiff an
17 appointment to justify why he should get the other doctor to relieve
18 problems. Which did not make since when Dr.White approve the Plaintiff for a
19 temporary handicap plate card

20 EX-B-4

21 **APPLICATION FOR DISABLE PLATE**

22 <u>Part 1)</u>.Plaintiff submitted application and in response the Doctor left the
23 form uncompleted for another Doctor to complete knowing the Plaintiff needed
24 the plates to maintain before the expiration date began.
25 <u>Part 2)</u>.Plaintiff offers a copy of the Temporary Place Card #675489

1 As Plaintiff has shown that behavior is concurrent with present issues.

2 **EXHIBIT-C**

3 <u>**DAMAGES TO VEHICLE**</u>

4 <u>Part 1)</u>.On 2-06-06 Plaintiff reported his car was stolen, which was no

5 surprise when the police took almost 3 hours before any came. And the cameras

6 on the street could not render any assistance why is exactly what I like to

7 know when the streets are suppose to render help in keeping surveillance.

8 <u>Part 2)</u>.On 12-05-06 Plaintiff was force to replace the left side of the

9 passenger window.

10 <u>Part 3)</u>.Plaintiff has been force to receive tickets amounting over $2000.00

11 as well as storage, toeing fees that the City Parking Tickets, Police and

12 Sheriff Dept. of Oakland City of Alameda County, California.

13 <u>Part 4)</u>.Plaintiff has been force to replace the damages that has occurred to

14 his vehicle due overwhelming issues that have amounted to out of packet

15 expenses that cost the Plaintiff physically and financially.

16 **EXHIBIT-D**

17 <u>**DEBTS**</u>

18 Part 1).**Bank of America**            = $1000

19 Part 2).**Bank of Wachovia**           = $722.47

20 Part 3).**Bank of Sun Trust**          = $420.oo or more

21 Part 4).**Money Mart Express Loan**    = $235.00

22 Part 5).**CCS INC.**                   = $846.95

23 Part 6).**Post Office Box**            = $35.00 mthly

24 Part 7).**Rent**                       = $265.mthly

25 Part 8).**Phone bill**                 = $135.

1  This is part of the Plaintiff monetary issues.

2  **EXHIBIT-E**

3  <u>**PLAINTIFF'S SUPPLEMENTAL SECURITY INCOME**</u>

4  <u>**VERIFICATION FORM**</u>

5  Part 1).On 8-05-05 Plaintiff was Awarded his disability claim due to the on

6  job injury Plaintiff sustain while in the course of his job requirement.

7  <u>**CENTER FOR CAREER EVALUATIONS**</u>

8  Part 1).On 2-20-07 Plaintiff underwent Career Evaluations part - 1.

9  Part 2).On 2-20-07 Plaintiff underwent Vocational Evaluation part - 2.

10  <u>**FOOD ASSISTANCE**</u>

11  Part 1).On 1-22-08 Plaintiff enter the department of Social Service for

12  'EMERGENCY FOOD ASSISTANCE', and denial help even after explaining that he

13  had not eaten for about 2 to 3 before forcing himself to plead for food. Due

14  to Plaintiff living condition and need for the medical cannabis that allows

15  the Plaintiff to maintain due to his reaction to pill medication. Plaintiff

16  feels the situation he faces with, is due partly because his body appears

17  normal in people eyes that could prevent profiling until they notice the

18  constant jerking and jumping the Plaintiff force to endure, due to chronic

19  pains that will continue to suffer the Plaintiff no matter he what does in

20  life.

21  **EXHIBIT-F**

22  <u>**SCHOOL**</u>

23  Part-1).**Merritt College**

24  part-2).**Atlanta Technical College**

25  Since the legal issue have occurred, Plaintiff has suffer in grades as well

1  as attempting to make it back and forth, which is now causing Plaintiff pain.
2  **EXHIBIT-H**
3  <u>**FAMILY**</u>
4  Part-1).**Jada R. Stringer** Disable from Birth.
5  Part-2).**Jauna R. Stringer**
6  Plaintiff drove 3000miles to regain custody of his daughters, which the Court
7  of Atlanta & Columbus, Georgia and Oakland, Ca. Have purposely abuse the
8  right of the disable Plaintiff's life to show him that he has no rights under
9  the law. Stating to Plaintiff that he has not the fatherly rights to his
10 children and that Grandmother be giving 18yrs custody since the Mediation and
11 Family Social Service have also made it clear to that I have no rights. This
12 why Plaintiff intend to continue study of Paralegal since Plaintiff can't see
13 his daughters due to the HATE from the Grandmother and the Courts. Just as
14 one White Masonic Brother put it, 'Jimmy you Know the Courts don't want to
15 see a Blackman with his kids. Plaintiff's baby daughter Jauna ask, 'Daddy why
16 you don't come and see us.' 'Plaintiff could only say that things will be
17 better baby don't worry Daddy LOVE YOU' this occurred at her school. The fact
18 the Grandmother doesn't want to allow the Plaintiff association with his
19 daughters demonstrate abusive behavior to cause the Plaintiff and his
20 daughters unwanted suffering mentally show a pattern of what the Grandmother
21 has done to her daughter April by displacing the same behavior in the attempt
22 to out the father by lies and hate. As Plaintiff will the determination to
23 regain what's at stake. Plaintiff can only assert that these issues could
24 have been avoided,but no one seem to care what happen to rights of Plaintiff.
25

```
 1
 2
 3
 4                                        Dated this 26th day of February, 2008
 5                                                  Jimmy Stringer
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Summary of Pleading - 8