*Exhibit - A*

*Part - 1*

It is agreed that Attorneys have made no guarantees regarding the successful termination of this matter, and that any expression relative thereto, is a matter of opinion only.

Attorneys are authorized to associate, for the performance of any act pursuant to this retainer, any licensed attorney or firm in Attorney's discretion, with notice to the Client. No additional fee shall be charged if additional attorneys are associated.

Attorneys shall have full power and authority to settle, compromise, or take such other action as Attorneys might deem proper for the best of interests of the Client, provided that no settlement shall be made without the consent of Client. The Attorneys, as attorney-in-fact, shall have full power to execute any and all instruments and documents to consummate the settlement on behalf of or in the name of Client. In particular, Attorneys are authorized to negotiate any checks or other instruments that are payable to Client, and Attorneys may deduct from such amounts any fee to which they may be entitled. Attorneys are further authorized to pay from the proceeds of said recovery any and all expenses which are unpaid at the time of disbursement of the proceeds.

The parties have evidenced their agreement to this contract by their signatures below.

This ___8___ day of ___30___ , 2000.

Mr. Jimmy T. Stringer
3020 Sylvan Road
Hapeville, GA 30254
(404) 305-0097

JACOBS AND SLAWSKY, P.A.

BY: _____
NORMAN J. SLAWSKY

ret.con

3

*Part 5*

## CERTIFICATE OF SERVICE

I certify that I have served a true and correct copy of the foregoing Notice of Dismissal upon the below listed counsel of record by first class mail, postage prepaid:

Carl H. Trieshmann, Esq.
Schnader, Harrison, Segal & Lewis, LLP
SunTrust Plaza, Suite 2800
303 Peachtree Street
Atlanta, GA 30308-3252

Catherine M. Banich, Esq.
Stites & Harbison, PLLC
3350 Riverwood Parkway
100 Riverwood Building, Suite 1700
Atlanta, GA 30339

This the 17th day of April, 2003.

Norman J. Slawsky

Part-3 Notice-5516-SI

*1t4/0* COPY

*Exhib. E - A*

GEORGIA

FULTON COUNTY

SUPERIOR

COURT OF FULTON COUNTY
(Civil Division)

JIMMY T. STRINGER

P.D. Box 1421

Oakland Ca. 94604

(Plaintiff's Name and Address)

vs.

ETORUCY DEBULER SLAWSKY

1950 Equitable Alg 100 Peachtree

Street Atlanta Ga. 30303-1916

(Defendant's Name and Address)

**SUMMONS**

| TYPE OF SUIT | | AMOUNT OF SUIT | |
|---|---|---|---|
| ☐ Account | Principal | $25,702,970.30 |
| ☐ Contract | | |
| ☐ Note | Interest | $ 470 |
| ☒ Tort | | |
| ☐ Trover | Atty. Fees | $ excur cost suits complaint |
| ☐ Special Lien | | |
| ☐ Foreign Judgment | Ct. Costs | $ open to Adjust ment |
| ☒ Personal Injury | | |

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit: settlement $25,702,970.30

Jimmy Stringer

(Name)

P.D. Box 1421

(Address)

510-452-3052

(Phone No.)

an answer to the complaint which is herewith served on you, within (30) days after service on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. This _____

_____

Deputy Clerk

DEFENSE MAY BE MADE, AND JURY TRIAL DEMANDED, if desired, in the Clerk's Office at **TG100, 185 Central Avenue, SW, (Between MLK, Jr. Drive and Mitchell Street), Atlanta, Georgia 30303.**

If the sum claimed in the suit, or value of the property sued for, is $300.00 or more Principal, the defendant must admit or deny the paragraphs of plaintiff's petition by making written Answer. Such paragraphs undenied will be taken as true. If the plaintiff's petition is sworn to, or if suit is based on an unconditional contract in writing, then the **DEFENDANT'S ANSWER MUST BE SWORN TO.**

If the principal sum claimed in the suit, or value of the property sued for, is less than $300.00 and is on a note, unconditional contract, account sworn to, or the petition sworn to, defense must be made by filing a sworn Answer setting up the facts relied on as a defense.

SERVED: This __31__ day of ____Jan____, 20_08_.

_____

DEPUTY MARSHAL STATE COURT OF FULTON COUNTY

(Staple to front of SERVICE COPY of complaint)

14-014-1094

PRAYER FOR RELIEF

## CERTIFICATE OF SERVICE

I CERTIFY THAT PLAINTIFF HAVE SERVED A TRUE AND CORRECT COPY OF
THE FOREGOING MONETARY SETTLEMENT AGREEMENT PETITION. BY
THE UNITED STATES POSTAL MAIL TO THE FOLLOWING: ATTORNEY
SLAWSKY, SUPERIOR COURT OF FULTON COUNTY GEORGIA AND JUDGE
DEMPSEY JR.

ATTORNEY SLAWSKY
1401 PEACHTREE STREET, SUITE 283
ATLANTA, GA. 30309

TIME: _10:50 am //2:07 pm_
DATE: _1-29-07 /2d. May (8:200?_
DELIVERY CONFIRMATION# _7006 2/50 0005 0354 2954_
_zd onc = :_
_7006 3450 0001 6406 6527_

JUDGE ALFORD J.DEMPSEY JR.
SUITE 5855
**JCT-**JUSTICE CENTER TOWER
185 CENTRAL AVENUE, SW
ATLANTA, GA 30303

TIME: _1:31 pm_
DATE: _May 07,2007_
DELIVERY CONFIRMATION# _2305 0270 0001 8563 0040_

CLERK OF FILING DEPARTMENT
FULTON COUNTY SUPERIOR COURT
136 PRYOR STREET, SW
ATLANTA, GA, 30303

TIME: _12:07 pm_
DATE: _May 07,2007_
DELIVERY CONFIRMATION# _7006 3450 0001 6406 6510_

DATE:_____

_JIMMY T. STRINGER_
P.O.BOX 1421
OAKLAND, CA. 94604
_510-302-8243_

PRAYER FOR RELIEF                                               11



**UNITED STATES POSTAL SERVICE®**

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 2150 0005 0354 2954**
Status:

Your item was delivered at 10:50 am on January 29, 2007 in ATLANTA,
GA 30309. A proof of delivery record may be available through your local
Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) ⓣ    ( Return to USPS.com Home > )



Track & Confirm

Enter Label/Receipt Number.

( Go > )

POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Received by *(Please Print Clearly)*    B. Date of Delivery
   SANTIAGO

C. Signature 
X _____    ☐ Agent
                            ☐ Addressee

1. Article Addressed to: Norman Slavsky
   bar # 652225
   1401 Peachtree St.
   Suit 238

   Atlanta Ga. 30309

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*        7006 2150 0005 0354 2954

PS Form 3811, March 2001          Domestic Return Receipt          102595-01-M-142

8/23/2007





**UNITED STATES POSTAL SERVICE**®

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 2305 0270 0001 8563 0040
Status:

Your item was delivered at 1:31 pm on May 07, 2007 in ATLANTA, GA 30303. The item was signed for by A DAILEY.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )



**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.  ( Go > )





POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**U.S. Postal Service Signature Confirmation Receipt**

Postage and Signature Confirmation fees must be paid before mailing.

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access Internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail® Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

Article Sent TO: (To be completed by mailer)

PS Form 153, January 2005

SIGNATURE CONFIRMATION NUMBER:

2305 0270 1000 6533 0040

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Norman Slawsky
1401 Peach Tree St.
Suite 283
Atlanta, Ga. 30309

Return Receipt
3811 A After Mailing

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addres
B. Received by (Printed Name)   C. Date of Deliv
SANTIAGO
D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandi
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7006 3450 0001 6406 6527

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Clerk of Filing Dept.
Fulton County Superior Court
136 Pryor St. SW.
Atlanta. Ga. 30303
CV32406224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addresse
B. Received by (Printed Name)   C. Date of Deliver
5-7-07
D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
R. Thomson

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandis
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7006 3450 0001 6406 6510

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Norman Slawsky
Bar # 652225
1401 Peachtree St
Suit 238
Atlanta Ga. 30309

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
SANTIAGO
C. Signature
X _____  ☐ Agent  ☐ Addressee
D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes



**UNITED STATES POSTAL SERVICE®**

Track & Confirm          FAQs

# TRACK & CONFIRM

## Search Results

Label/Receipt Number: **7006 2150 0005 0354 2954**
Status:

Your item was delivered at 10:50 am on January 29, 2007 in ATLANTA, GA 30309. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)   ( Return to USPS.com Home > )



Track & Confirm

Enter Label/Receipt Number.

( Go > )

**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Received by (Please Print Clearly) | B. Date of Delivery
SANTIAGO

C. Signature
X _(Nata Santiago)_
☐ Agent
☐ Addressee

1. Article Addressed to: Norman Slawsky
Bar # 652225
1401 Peachtree St.
Suit 238
Atlanta Ga. 30309

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7006 2150 0005 0354 2954

PS Form 3811, March 2001          Domestic Return Receipt          102595-01-M-1424

8/23/2007 2:5

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Norman Slawsky
   bar # 652225
   41 Peachtree st.
   Atlanta, Ga. 30309

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Please Print Clearly)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 2150 0005 0354 2954

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1429

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Norman Slawsky
   bar # 652225
   41 Peachtree st.
   Atlanta, Ga. 30309

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 3450 0001 6406 6527

PS Form 3811, February 2004   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Clerk of Atlanta dept.
   Fulton County Superior Court
   136 Pryor st. SW.
   Atlanta, Ga. 30303
   CO 324062224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Address

B. Received by (Printed Name)   C. Date of Delive

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandi
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 3450 0001 6406 6510

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

---

**UNITED STATES POSTAL SERVICE**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

POSTAL CUSTOMER:
Postage and Signature Confirmation fees must be paid before mailing.
Article Sent To: (To be completed by mailer)

Delivery Signature Confirmation Receipt

SIGNATURE CONFIRMATION NUMBER:
2305 0270 0000 8554 0400


UNITED STATES
POSTAL SERVICE®



Track & Confirm       FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0001 6406 6527**
Status:

Your item was delivered at 12:07 pm on May 08, 2007 in ATLANTA, GA
30309. A proof of delivery record may be available through your local Post
Office for a fee.

Additional information for this item is stored in files offline.

( **Restore Offline Details >** ) (?)     ( **Return to USPS.com Home >** )

**Track & Confirm**

Enter Label/Receipt Number.

( **Go >** )



**POSTAL INSPECTORS**     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

---

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ □ Agent  □ Addressee <br> B. Received by (*Printed Name*)  ANTAGO  C. Date of Delivery |
| 1. Article Addressed to: Norman Slawsky <br> 1401 Peach Tree St. <br> Suite 283 <br> Atlanta, Ga. 30309 <br>  Return Recpt <br> 3811 After Mailing | D. Is delivery address different from item 1?  □ Yes <br> If YES, enter delivery address below:  □ No |
| | 3. Service Type <br> □ Certified Mail  □ Express Mail <br> □ Registered  □ Return Receipt for Merchandise <br> □ Insured Mail  □ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)  □ Yes |
| 2. Article Number <br> (*Transfer from service label*) | 7006 3450 0001 6406 6527 |
| PS Form **3811**, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

8/23/2007 2:48 PM

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Norman Slawsky
1401 Peach Tree St.
Suite 285
Atlanta, Ga. 30309
3811A Return Receipt After Mailing

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)  SANTIAGO
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7006 3450 0001 6406 6527

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Norman Slawsky
Bar # 652225
401 Peachtree St
Unit 238
Atlanta Ga. 30309

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  SANTIAGO   B. Date of Delivery
C. Signature
X _____ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number
(Transfer from service label)
7006 2150 0005 0354 2954

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-142

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to: Clerk of Filing Dept.
Fulton County Superior Court
136 Pryor St. SW.
Atlanta. Ga. 30303
03 2406224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery  5-7-07
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
R. Thomson

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number
(Transfer from service label)
7006 3450 0001 6406 6510

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™ Signature Confirmation™ Receipt**

Postage and Signature Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access Internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE: (POSTAL USE ONLY)
☐ Priority Mail® service
☐ First-Class Mail® parcel
☐ Package Services parcel

SIGNATURE CONFIRMATION NUMBER:

0H00 H75b T000 05Z0 50E3

Part-4
1c·2,

# STATE BAR OF GEORGIA
## OFFICE OF THE GENERAL COUNSEL

**WILLIAM P. SMITH, III**
*General Counsel*

**Bar Counsel**
**ROBERT E. McCORMACK**
*Deputy General Counsel*
**JOHN J. SHIPTENKO**
*Assistant General Counsel*



**Disciplinary Counsel**
**PAULA J. FREDERICK**
*Deputy General Counsel*
**JENNY K. MITTELMAN**
**JONATHAN HEWETT**
*Sr. Assistant General Counsel*

**GENE CHAPMAN**
**ELIZABETH M. WILLIAMSON**
**KELLYN O. McGEE**
*Assistant General Counsel*
**REBECCA A. HALL**
*Grievance Counsel*

August 25, 2004

*Bill Smith*
*Director*

*Katy Smith*

CONFIDENTIAL
Mr. Jimmie Stringer
1843 Markone Street, N.W.
Atlanta, GA 30318

Re: Grievance filed against Mr. Norman J. Slawsky, Bar# 652225
1950 Equitable Bldg 100 Peachtree Street, Atlanta, GA 30303-1916

Dear Mr. Stringer:

Enclosed is a copy of Mr. Slawsky's response to your grievance. At this time I invite you to
rebut the response and add any additional facts to the file that you believe may be relevant.

Please send your response no later than September 12, 2004.

Thank you for your cooperation during the informal investigation of this grievance.

Sincerely,

*Rebecca A. Hall*

Rebecca A. Hall
Grievance Counsel

RAH:chp
cc: Norman J. Slawsky

*Katy Smith*
*ass*

# STATE BAR
## OF GEORGIA



*CONSUMER ASSISTANCE PROGRAM*

November 19, 2004

<u>CONFIDENTIAL</u>

Mr. Jimmie Stringer
1843 Markone Street
Atlanta, GA  30318

Dear Mr. Stringer,

Thank you for your letter received November 18, 2004.  The State Bar of Georgia has no jurisdiction in this matter.  I suggest you consult with legal counsel in your area about your concerns.

The Consumer Assistance Program (CAP) keeps correspondence for only thirty days.  After that, it is destroyed.

Sincerely,

Steven E. Conner
Assistant Director, CAP

SEC/bd

## CERTIFICATE OF SERVICE

I certify that I have served a true and correct copy of the foregoing Notice of Dismissal upon the below listed counsel of record by first class mail, postage prepaid:

Carl H. Trieshmann, Esq.
Schnader, Harrison, Segal & Lewis, LLP
SunTrust Plaza, Suite 2800
303 Peachtree Street
Atlanta, GA 30308-3252

Catherine M. Banich, Esq.
Stites & Harbison, PLLC
3350 Riverwood Parkway
100 Riverwood Building, Suite 1700
Atlanta, GA 30339

This the 17th day of April, 2003.

Norman J. Slawsky

*Exhibit-A*

# CampaignMoney.com

   

| Enter a Zip Code | **GO** | *See $$$ Contributors From Your Zip Code* | ✉Email this P |

| Home | Money Search | Presidential Candidates | About | Data Updated |

**BuyBarnett**
and small-production CA wines
National direct shipping
www.porthos.com

**Automated Voter Calls**
Lowest price. Huge capacity.
Instant set up. 800-962-0126
www.voiceshot.com

**McCain Huckabee Landslide**
Imagine Noivember headlines.
GOP McCain Huckabee win by a
landslide.
www.capitolshoppingmall.com

**Know Your Customers**
Retail marketing database system
Hosted campaign mgmt. for
retailers
www.CentricData.com

# Norman Slawsky
# Political Campaign Contributions
# 2004 Election Cycle

### Contribution Totals

**Download Data**
Download all contribution records for this person
from 1999 to present
*To a Spreadsheet or Other File Type*

**Locate This Person**
Current address and phone available. Search free.
www.usa-people-search.com

| | |
|---|---|
| **2008** Contribution Count/Amount | 0/$0 |
| **2006** Contribution Count/Amount | 0/$0 |
| **2004** Contribution Count/Amount | 5/$2,204 |
| **2002** Contribution Count/Amount | 3/$1,250 |
| **2000** Contribution Count/Amount | 0/$0 |

**Buy Barnett Wines**
and small-production CA wines National direct shipping
www.porthos.com

**100 Signs $120 Completed**
Print & Ship The Same Day, Free Quick Design Proof, No Set-up
Fee
www.YardSignWholeSale.com

**Automated Voter Calls**
Lowest price. Huge capacity. Instant set up. 800-962-0126
www.voiceshot.com

**Download Data**
Download all contribution records for this person
from 1999 to present
*To a Spreadsheet or Other File Type*

Se
Contributo
Name
Employe
City
County
Zip Code
State
Candidates
Name
Party
State
Committee
Name
Category
"527" Org
Contribut
Contribut
Organiza
Lobbyists:
Name
Client
Dire
Top $$$
Contribut
Candidat
Committe
527 Orga
Re
Celebrity C
Aaron So
Andrew I
Arnold Pa
Arnold
Schwarzen
Ben Affle
Bill Cosb
Bill Gate:
Calvin Kl
Dennis K
Donald T
George S

## Norman Slawsky Contribution List in 2004

| Name & Location | Employer/Occupation | Dollar Amount | Date | Primary/ General | Contibuted To |
|---|---|---|---|---|---|
| Slawsky, Norman ATLANTA, GA 30303 | Jacobs Slawsky & Barnett/Attorney | $250 | 10/27/2004 | G | FRIENDS OF JOHN BARROW - Democrat |

Slawsky,
Norman
ATLANTA, GA
30306          Attorney                    $204 09/27/2004 P    DNC SERVICES CORPORATION/DEMOCRATIC
                                                                NATIONAL COMMITTEE - Democrat

Slawsky,
Norman J
ATLANTA, GA    Attorney/Jacobs Slawsky &
30306          Barnett                     $500 07/16/2004 P    JOHN KERRY FOR PRESIDENT INC - Democrat

Slawsky,
Norman
ATLANTA, GA
30306                                       $250 07/01/2004      FRIENDS OF DAVID WORLEY - Democrat

Slawsky,
Norman J
ATLANTA, GA    Attorney/Jacobs Slawsky &
30306          Barnett                    $1,000 04/21/2004 P    JOHN KERRY FOR PRESIDENT INC - Democrat

Hugh Het
Jack Grul
Jeff Skilli
John Gris
John Riga
Ken Lay
Martha S
Mel Gibso
Oprah W
Ralph La
Richard S
Rush Lim
Sam Wak
Scott Sul
Steven S
Tom Crui
Tommy H
**Industry C**
  CEO/Chie
  College F
  Journalis
  Trial Law
  Mortgage
  Futures E
  Stock Bro
  Options I
  Life Insu
  Health Ir
  Auto Insu
  Securitie
  Mortgages
  Banks
  Boats & Yach
  Commercial
  Tax Exempt
  Patents
  Government
  Fuel Econom
  Government
  Executive Co
  Aircraft Sale
  Software
**Baseball Co**
  New Yorl
  Boston R
  Chicago (
**Notable Po**
  George V
  John Ker
  Ralph Na
  Hillary Cl
**Companies**
  Microsoft
  CNN
  Apple Co
  New Yorl
  News Co


Tax**ACT**

# What will you do with your refund?

## NEWS.

AMERICA'S MOST POPULAR CAMPAIGN DONOR SEARCH ENGINE

| Donor Search | Candidates | Hall of Fame | Web Search | 2008 Watch |
| --- | --- | --- | --- | --- |

**CAMPAIGN CONTRIBUTION SEARCH** *(individual donations of $200 or more since 1978)*

| Contributor last name | First name (optional) | State | | | Show all donors by zip |
| --- | --- | --- | --- | --- | --- |
| Slawsky | Norman | United States | | **or** | 30306 |

*Hall of Fame* David Crosby ($4,500)   Toni Morrison ($1,000)   Linda Gray ($6,500)   P

### Norman Slawsky » GA » 30306

| Contributor | Candidate or PAC | Amount | Date | FEC Filing |
| --- | --- | --- | --- | --- |
| Slawsky, Norman<br>Atlanta, GA 30306<br>Jacobs Slawsky &<br>Barnett/Attorney | BARROW, JOHN J (D)<br>House (GA 12)<br>FRIENDS OF JOHN BARROW | $200<br>general | 08/09/06 | |
| Slawsky, Norman<br>Atlanta, GA 30306<br>Jacobs Slawsky &<br>Barnett/Attorney | BARROW, JOHN J (D)<br>House (GA 12)<br>FRIENDS OF JOHN BARROW | $250<br>general | 10/27/04 | |
| Slawsky, Norman<br>Atlanta, GA 30306<br>Attorney | DNC SERVICES<br>CORPORATION/DEMOCRATIC<br>NATIONAL COMMITTEE (D) | $204<br>primary | 09/27/04 | |
| Slawsky, Norman J<br>Atlanta, GA 30306<br>Attorney/Jacobs<br>Slawsky & Barnett | KERRY, JOHN F (D)<br>President<br>JOHN KERRY FOR PRESIDENT INC | $500<br>primary | 07/16/04 | |
| Slawsky, Norman<br>Atlanta, GA 30306 | WORLEY, DAVID JAMES (D)<br>House (GA 13)<br>FRIENDS OF DAVID WORLEY | $-250 | 07/01/04 | |
| Slawsky, Norman J<br>Atlanta, GA 30306<br>Attorney/Jacobs<br>Slawsky & Barnett | KERRY, JOHN F (D)<br>President<br>JOHN KERRY FOR PRESIDENT INC | $1,000<br>primary | 04/21/04 | |
| Slawsky, Norman<br>Atlanta, GA 30306<br>Jacobs Slawsky &<br>Barnett/Attorney | WORLEY, DAVID JAMES (D)<br>House (GA 13)<br>FRIENDS OF DAVID WORLEY | $250 | 02/08/02 | |
| Slawsky, Norman<br>Atlanta, GA 30306<br>Jacobs Slawsky &<br>Barnett/Attorney | WORLEY, DAVID JAMES (D)<br>House (GA 13)<br>FRIENDS OF DAVID WORLEY | $500<br>primary | 02/08/02 | |
| Slawsky, Norman<br>Atlanta, GA 30306<br>Jacobs Slawsky &<br>Barnett/Attorney | WORLEY, DAVID JAMES (D)<br>House (GA 13)<br>FRIENDS OF DAVID WORLEY | $500<br>primary | 11/29/01 | |

Receive an alert every time new records are added to this search for Norman Slawsky.

Your Email

Data Provided by the Federal Election Commission as of 2/4/08 — 14,278,043 records.
All of the information provided here is as reported to the FEC by the campaigns and committees. Reports and statements filed by political committees may be inspected and copied by anyone. The names and addresses of individual contributors, however, may not be sold or used for any commercial purpose or to solicit any type of contribution or donation, such as political or charitable contributions. 2 U.S.C. ¤438(a)(4); 11 CFR 104.15. This restriction applies to Federal reports and statements. Any person who violates this restriction is subject to the penalties of 2 U.S.C. ¤437g.



# Rent Movies From Netflix

RATATOUILLE

## FREE TRIAL

Click here

### NEWSMAKERS

political donations of today's newsmakers

| | |
| --- | --- |
| Bill Belichick | Meg Whitman |
| Stevie Wonder | George Clooney |
| will.i.am | Dr Phil |
| Sylvester Stallone | Nolan Ryan |
| Sean Young | Maria Shriver |
| Tony Rezko | Caroline Kennedy |

### 2008 DELEGATE COUNT   as of 02/11/08

REPUBLICANS (1,191 needed to win)

| | | |
| --- | --- | --- |
| John McCain | 723 | 58% |
| Mitt Romney | 286 | 23% |
| Mike Huckabee | 217 | 17% |
| Ron Paul | 16 | 1% |

DEMOCRATS (2,025 needed to win)

| | | |
| --- | --- | --- |
| Hillary Clinton | 1,148 | 50% |
| Barack Obama | 1,121 | 49% |
| John Edwards | 26 | 1% |
| Mike Gravel | 0 | 0% |

tally includes superdelegates                    source: CNN.com

### US WAR SHEET

| | Iraq | Afghanistan | |
| --- | --- | --- | --- |
| Days | 1,790 | 2,318 | |
| GIs Killed in Action | 3,216 | 282 | DoD |
| Non-Hostile GI Deaths | 734 | 132 | DoD |
| GIs Severely Wounded | 13,013 | 1,133 | DoD |
| Current Troop Deployment | 158,000 | 30,000 | Brookings, AP |
| Total Cost (approved through Sept 2008) | $488 Bln | $156 Bln | |
| Cost Per Day (Avg) | $241 Mil | $61.2 Mil | |

casualty status updated February 7, 2008

| | | | |
|---|---|---|---|
| HUDDLESTON, CHARLES T | ARNALL GOLDEN GREGORY LLP | $300 03/06/2002 P | ERSKINE BOWLES FOR US SENATE - Democrat |
| NEWTON, KENNETH | | $500 03/05/2002 P | FRIENDS OF MAX CLELAND FOR THE US SENATE INC - Democrat |
| Malmborg, Robert | American Court Reporting/Owner | $250 03/05/2002 P | FRIENDS OF DAVID WORLEY - Democrat |
| Mary Davis | CH2Hill/CONSULTANT | $1,000 03/04/2002 P | GEORGIA FEDERAL ELECTIONS COMMITTEE |
| BALLOUN, J. MARK Mr. | Delta Air Lines Inc./Vice President | $1,000 02/21/2002 P | DELTA AIRLINES INC POLITICAL ACTION COMMITTEE |
| Lauth III, Thomas | Long Aldridge and Norman/Attorney | $1,000 02/20/2002 P | DARDEN FOR CONGRESS - Democrat |
| Hollis, Julius H. | Hollis & Company LLC/President/ CEO | $1,000 02/19/2002 P | DAVID SCOTT FOR CONGRESS - Democrat |
| Hollis, Julius H. | Hollis & Company LLC/President/ CEO | $1,000 02/19/2002 G | DAVID SCOTT FOR CONGRESS - Democrat |
| EDISON, MARGARET | ATLANTA PUBLIC SCHOOL SYSTEM | $500 02/19/2002 P | FRIENDS OF MAX CLELAND FOR THE US SENATE INC - Democrat |
| ANDERSON, LOUIS | PHYSICIAN | $900 02/19/2002 P | FRIENDS OF MAX CLELAND FOR THE US SENATE INC - Democrat |
| Witcher, Thomas M. | | $250 02/14/2002 P | MAJETTE FOR CONGRESS INC - Democrat |
| Pararo, Stephen W. Mr. | Pineapple House/Designer | $600 02/13/2002 P | HUMAN RIGHTS CAMPAIGN FUND POLITICAL ACTION COMMITTEE |
| FULLER, SHERI M | MIRANT CORPORATION/PRESIDENT & CEO | $416 02/13/2002 P | MIRANT CORPORATION PAC INC. |
| John Hutcheson Jr | The Research Group Inc./CONSULTANT | $400 02/12/2002 P | GEORGIA FEDERAL ELECTIONS COMMITTEE |
| TRYBA-COFRIN, CHRISTINE | | $500 02/12/2002 P | CHELLIE PINGREE FOR US SENATE - Democrat |
| Ellis, Elizabeth Dr. | Self/Psychologist | $500 02/11/2002 P | EMILY'S LIST |
| Ellis, Elizabeth Dr. | Self/Psychologist | $500 02/11/2002 P | EMILY'S LIST |
| Ellis, Elizabeth M. | Self/Psychologist | $500 02/11/2002 P | FRIENDS OF MARGARET WORKMAN - Democrat |
| Collins, Jeffrey J | | $250 02/11/2002 P | LIBERTARIAN NATIONAL COMMITTEE INC |
| Ellis, Elizabeth M | Self/Psychologist | $500 02/11/2002 P | RIVERS FOR CONGRESS - Democrat |
| Slawsky, Norman | Jacobs Slawsky & Barnett/Attorney | $250 02/08/2002 | FRIENDS OF DAVID WORLEY - Democrat |
| Slawsky, Norman | Jacobs Slawsky & Barnett/Attorney | $500 02/08/2002 P | FRIENDS OF DAVID WORLEY - Democrat |
| Witcher, Thomas M. | Self-Employed/Attorney | $250 02/08/2002 P | MAJETTE FOR CONGRESS INC - Democrat |
| Huddleston, Charles T. | Arnall Golden Gregory LLP/Attorney | $500 02/04/2002 P | MAJETTE FOR CONGRESS INC - Democrat |
| BACCUS, SANDRA A | HOMEMAKER | $1,000 02/04/2002 P | RON KIRK FOR U S SENATE - Democrat |

Exhibit B

Part-1,2,3,4

*Exhibit B*

*Prescriptions*

**KAISER PERMANENTE®**

*labels 1 to 11*

Name

MR #

## DME 20% COPAYMENT WORKSHEET

IMPRINT AREA

Your Health Plan coverage includes a copayment for the equipment that has been prescribed to you.

Please take this form to the Outpatient Registration Desk.

The copayment is due at the time of your visit. A $5 administrative fee is assessed when payment is not made at the time of your non-Emergency Department visit.

Please note: copay is non-refundable.

| ✔ | | Durable Medical Equipment | If Foundation Systems Benefit Service equals: | Then DME Copay is: | Reg Plus Record Ancillary |
|---|---|---|---|---|---|
| | | | | | Service Code |
| | 1 | **Crutch(es)** | DME DMEBASE 20.0% | $3.00 | K6 |
| 2 | 2 | **Cane,** Wood | DME DMEBASE 20.0% | $1.00 | K6 |
| ✓ | 3 | **Cane,** Aluminum | DME DMEBASE 20.0% | $5.00 | K6 |
| | 4 | **Overdoor Traction Unit** | DME DMEBASE 20.0% | $3.00 | K6 |
| | 5 | **Ankle/Foot Orthosis,** Standard | P&O P&OFORM 20.0% | $6.00 | K6 |
| | 6 | **Ankle/Foot Orthosis,** Super Lite | P&O P&OFORM 20.0% | $4.00 | K6 |

## To be Completed by Receptionist:

☐ Paid      ☐ Billed, plus $5 administrative fee      ☐ ED, billed, no administrative fee

---

PRINT REG PLUS USER ID

1. Receptionist retains Member/Receptionist copy.

**THIS IS NOT A RECEIPT.**

Member/Receptionist

01/05 SRC

KAISER PERMANENTE #98445
Kaiser Foundation Health Plan Pharmacy (510)752-1033
3801 Howe St, 3rd FL OAKLAND    Refill:(510)752-7651
**Rx# 116 960752**    Dr: SHARPTON, THOM
CYCLOBENZAPRINE 10MG TABLETS
For: FLEXERIL    Qty: 100 TABS
film-coated yellow round tablet "PLIVA/563"

Take 1 tablet orally 3 times a day when
needed for muscle spasm

50111-0563-01

STRINGER, JIMMY T.    26Dec07
**Refills Left: 0** Please call 48 hours in advance
Mfg: PLIVA, INC    Discard After:
Caution: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed

Caution: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed

**57 HIGH  03/03 END**
New: 03   Refill: 00   TI:13:59  In:14:00
**STRINGER, JIMMY T.**
Cl Ck#: A 07360 01085    **MR# XXXX0857**

| JIMMY | u&c | * | 116 960750 | $ | 62.25 NM |
| JIMMY | u&c | * | 116 960751 | $ | 21.75 NM |
| JIMMY | u&c | * | 116 960752 | $ | 23.20 NM |



RTS'd. —
non member

26Dec07  **Total Price:    $107.20**



Rx: 116 960752   U&C    $23.20
CYCL10    Qty: 100    PLIVA
TD: 26Dec07   LF:    DW: 26Dec07
DOB: 19Jan71   Sex: M   NEW RX
RAR: N    BC:    Form: Y    MD: DR T
RemQty: 0 TAB    Cov MD: N
Days Supp: 33    SB: N  EF: N  SD: N
Input by: .E    SA: Y  Pkg: 100  CP:
NDC: 50111-0563-01

CC Comments: A 07360 01085

COUNSEL 

OBTAIN MEDICAL ADVICE
BEFORE TAKING NONPRESCRIPTION
DRUGS. SOME MAY AFFECT THE
ACTION OF THIS MEDICATION.

MAY CAUSE DROWSINESS.
ALCOHOL MAY INTENSIFY THIS EFFECT.
USE CARE WHEN OPERATING A CAR
OR DANGEROUS MACHINERY.

**MAY CAUSE
HEADACHE.**

**Rx Notes: 116 960752**

**Patient Notes: MR#: 12560857  STRINGER, JIMMY T.**
**M:$   22.20 W:$  18.52 DAW/SC:N**

CLINICAL CHECKING FOR:  Rx#116 960752    MR#12560857 STRINGER, JIMMY T.    PERFORMED
  **CYCLOBENZAPRINE 10MG TABLETS**

NDC: 50111-0563-01    QTY: 100



KAISER PERMANENTE
Kaiser Foundation Health Plan Pharmacy (510)752-1033
3801 Howe St, 3rd FL OAKLAND   **Refill:(510)752-7651**
**Rx# 116 960750**   Dr: SHARPTON, THOM
NORTRIPTYLINE 10 MG CAPSULES
For: PAMELOR/AVENTYL        Qty: 100 CAPS
white green oblong capsule "NORTRIPTYLINE/DAN  10mg"
**Take 1 capsule orally daily at bedtime**

**57  HIGH  01/03**
New: 03   Refill: 00   TI:13:59  In:14:00
STRINGER, JIMMY T.
CI Ck#: A 07360 01085    MR# XXXX0857

| JIMMY | u&c | * | 116 960750 | $ | 62.25 NM |
| JIMMY | u&c | * | 116 960751 | $ | 21.75 NM |
| JIMMY | u&c | * | 116 960752 | $ | 23.20 NM |

00591-5786-01

STRINGER, JIMMY T.          26Dec07
**Refills Left: 3** Please call 24 hours in advance
Mfg: WATSON PHA    Discard After:
Caution: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed

26Dec07   **Total Price:    $107.20**



Caution: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed

Rx: 116 960750   U&C              $62.25
PAME10      Qty: 100                      WATS
TD: 26Dec07   LF:              DW: 26Dec07
DOB: 19Jan71   Sex: M   NEW RX
RAR: N      BC:      Form: Y    MD: DR T
RemQty: 300 CAP      Cov MD: N
Days Supp: 100        SB: N   EF: N   SD: N
Input by: .E          SA: Y  Pkg: 100  CP:
NDC: 00591-5786-01

CC Comments: A 07360 01085



COUNSEL

**Provide
MedGuide**

IT IS VERY IMPORTANT THAT YOU TAKE
OR USE THIS EXACTLY AS DIRECTED.
DO NOT SKIP DOSES OR DISCONTINUE
UNLESS DIRECTED BY YOUR DOCTOR.

**MAY CAUSE
DIZZINESS**

♀

WARNING: DO NOT USE
WHILE YOU ARE BREASTFEEDING.
CONSULT YOUR DOCTOR OR PHARMACIST.

**Rx Notes: 116 960750**

**Patient Notes: MR#: 12560857  STRINGER, JIMMY T.**
M:$  19.00 W:$  6.95 DAW/SC:N

---

CLINICAL CHECKING FOR:  Rx#116 960750    MR#12560857 STRINGER, JIMMY T.                    PERFORMED
  **NORTRIPTYLINE 10 MG CAPSULES**

  **Potential Drug Food/Alcohol Interactions...**
    CLINICAL CHECKING FAILED - CHECK PROFILE
  **Drug-Drug Interactions...**                                                             Qty      Days
    CLINICAL CHECKING FAILED - CHECK PROFILE
  **Duplications...**                                                                        Qty      Days
    CLINICAL CHECKING FAILED - CHECK PROFILE

---

NDC: 00591-5786-01    **QTY: 100**



1411 E 31ST S....
Phone# 510 – 437 – 42...
12/15/06       17:33         Ticket# ...

**PATIENT RECEIPT**

**JIMMIE STRINGER**
**1128 15TH ST**
**OAKLAND CA 946063854**

Rx# H73939          REF: 0 OF 0

**PREDNISONE TABS 10MG TAB**        QTY: 27
NDC: 53489 – 0139 – 10                    $ 7.58

Rx# H73943          REF: 0 OF 1

**HYDROCOD/APAP 5 – 500MG TAB**     QTY: 30
NDC: 00406 – 0357 – 05                    $ 7.85



IGHLAND HOSPITAL OUTPATIENT PHARMACY
tx: 2    Expected to be ready:                  # 46630
         09:00 AM  Sat, 12/16/2006

# 46630

\*46630\*

* SAVE this ticket and present it for faster pick – up * *

THE PERMANENTE MEDICAL GROUP, INC.          0412210067

Patient Name

Address

Medical Record

Date of Birth:

Phone No.

Gender:
☐ Male  ☐ Female

☐ N/A  ☐ Applicable
☐ No Known
   Allergies
☐ Allergies
   List on Reverse
   (optional)

| | Medication, Strength (Put Integer Left of Decimal) and Directions for User "Sig" | Initial Quantity | Initial Quantity | # of Refills or circle "No Refills" | Refill Quantity | Refill Quantity | Initial as Applicable |
|---|---|---|---|---|---|---|---|
| #1 ☐ Do Not Substitute | | | ☐1-24 ☐25-49 ☐50-74 ☐75-100 ☐101-150 ☐151 & over | "No Refills" | ☐1-24 ☐25-49 ☐50-74 ☐75-100 ☐101-150 ☐151 & over | | Worker's Comp |
| #2 ☐ Do Not Substitute | | | ☐1-24 ☐25-49 ☐50-74 ☐75-100 ☐101-150 ☐151 & over | "No Refills" | ☐1-24 ☐25-49 ☐50-74 ☐75-100 ☐101-150 ☐151 & over | | Worker's Comp |
| #3 ☐ Do Not Substitute | | | ☐1-24 ☐25-49 ☐50-74 ☐75-100 ☐101-150 ☐151 & over | "No Refills" | ☐1-24 ☐25-49 ☐50-74 ☐75-100 ☐101-150 ☐151 & over | | Worker's Comp |

NUMBER OF ITEMS PRESCRIBED: _____    (All prescriptions void if number of items not noted.)    ☐ Spanish Label

Unless respective space is initialed, a Pharmacist may adjust "Sig" prn and dispense Pharmacy & Therapeutic Committee approved alternate.
☐ Generic,    ☐ Pkg. Size / Qty.,    ☐ Dosage Form/Strength or    ☐ Therapeutic Equivalent.

DENNIS A. CONYERS, M.D.
EMERGENCY • (510)752-7667
280 W. MACARTHUR BLVD.
OAKLAND, CA 94611
CA LIC NO G-48582 • DEA NO AC-1363364
RESOURCE NO 2958336

X _____    DATE _____

☐ KP Formulary Code _____ or initial _____ if NE intended          RX-1252 (7-04)

256335-001 (12-04)
THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. ☐ HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING AUTHENTICITY.



**Wheelchair Access to the Main Hospital.** There are two wheelchair accessible entrances to the Main Hospital. One is on the corner of Mac Arthur Blvd. and Howe Street. The other is on Howe Street, just before the Emergency parking lot.

**Making an Appointment**
- If you are within the facility, use a house phone and dial just the last five digits.
- If outside the facility, dial the full phone number.

| Self-Referral Appointment Numbers | Physician Referral Appointments |
|---|---|
| Allergy ................................. 752-1150 | Cardiology ............................. 752-6474 |
| Behavioral Health Classes ................... 752-1075 | Dermatology .......................... 752-1145 |
| Chemical Dependency Recovery | Gastroenterology (GI) ........................ 752-1282 |
| Program (CDRP) ................................. 251-0121 | Head & Neck Surgery .......................... 752-1115 |
| Health Education Classes .................... 752-6150 | Neurology ............................. 752-1088 |
| Health Education Center ..................... 752-6204 | Occupational Health Svcs ................... 752-1244 |
| Medicine ................................. 752-1190 | Oncology ............................. 752-1295 |
| Nutritional Services ............................ 752-6097 | Orthopedics .......................... 752-1155 |
| Ob/Gyn ................................. 752-1080 | Podiatry ................................. 752-1231 |
| Ophthalmology/Optometry (Eye) ...... 752-1235 | Pulmonary/Renal ................................ 752-1282 |
| Pediatrics ................................. 752-1200 | Rehabilitation Svcs ............................... 752-6179 |
| Psychiatry ............................. 752-1075 | Surgery ................................. 752-1105 |
| | Urology ................................. 752-6789 |

### Member Services (800) 464-6000



**KAISER PERMANENTE®**

Oakland Medical Center



**Wheelchair Access to the Main Hospital.** There are two wheelchair accessible entrances to the Main Hospital. One is on the corner of Mac Arthur Blvd. and Howe Street. The other is on Howe Street, just before the Emergency parking lot.

### Making an Appointment
- If you are within the facility, use a house phone and dial just the last five digits.
- If outside the facility, dial the full phone number.

| Self-Referral Appointment Numbers | Physician Referral Appointments |
|---|---|
| Allergy ........................................ 752-1150 | Cardiology ............................. 752-6474 |
| Behavioral Health Classes ............ 752-1075 | Dermatology .......................... 752-1145 |
| Chemical Dependency Recovery Program (CDRP) ...................... 251-0121 | Gastroenterology (GI) ............ 752-1282 |
| Health Education Classes ............. 752-6150 | Head & Neck Surgery ............. 752-1115 |
| | Neurology .............................. 752-1088 |
| Health Education Center ............. 752-6204 | Occupational Health Svcs ...... 752-1244 |
| Medicine .................................... 752-1190 | Oncology ............................... 752-1295 |
| Nutritional Services .................... 752-6097 | Orthopedics ........................... 752-1155 |
| Ob/Gyn ..................................... 752-1080 | Podiatry ................................. 752-1231 |
| Ophthalmology/Optometry (Eye) ... 752-1235 | Pulmonary/Renal ................... 752-1282 |
| Pediatrics .................................. 752-1200 | Rehabilitation Svcs ............... 752-6179 |
| Psychiatry .................................. 752-1075 | Surgery .................................. 752-1105 |
| | Urology .................................. 752-6789 |

## Member Services (800) 464-6000



**KAISER PERMANENTE®**

Oakland Medical Center

PRESCRIPTION HAS AN ENCRYPTED MICROPRINT "BACKGROUND - NANOCOPY™"

00210

Tanisha Medlock, M.D.
LIC#A91707 • DEA#BM9302376
California Pacific Medical Center
Emergency Department
2333 Buchanan St.
San Francisco, CA 94115
(415)600-3333 • Fax (415)600-3124

VOID APPEARS WHEN COPIED

Rx  Name    Jimmie Shaker    D.O.B. 11/9/71

Address    0655900    1416 Franklin, SF CA

1) Vicodin 7.5tabs po q 4/6 hr
   dispense x 20 tabs  p-pain

Quantity: ☒1-24  ☐25-49  ☐50-74
☐75-100  ☐101-150  ☐151 and over
Units____ Refills 2  0 - 1 - 2 - 3 - 4 - 5
☐ Do not substitute  Initial____

2)

Quantity: ☐1-24  ☐25-49  ☐50-74
☐75-100  ☐101-150  ☐151 and over
Units____ Refills____  0 - 1 - 2 - 3 - 4 - 5
☐ Do not substitute  Initial____

3)

Quantity: ☐1-24  ☐25-49  ☐50-74
☐75-100  ☐101-150  ☐151 and over
Units____ Refills____  0 - 1 - 2 - 3 - 4 - 5
☐ "o not substitute  Initial____

Prescription is void if the number of drugs prescribed is not noted.

X_____    Date  8/8/06    ☐1 ☐2 ☐3

TOUCH OR BREATHE ON TOUCHSAFE® FINGERPRINT TO VALIDATE

FB22EN

NOTE: SECURITY BACKPRINT • NUMBERING • SAFETY PAPER



SECURITY KEY IS PRINTED ON THE REVERSE SIDE



SECURITY KEY IS PRINTED ON THE REVERSE SIDE

**Downtown Oakland Clinic (DOC)/Supportive Housing (SHP)**
*A division of LifeLong Medical Care*
**616 16th Street Oakland, CA 94612**
**(510) 451-4270; Fax (510) 451-4285**

☐ Alfred Adams, MD         ☐ Susan Ferguson, MD
CA Lic. # G51928           CA Lic. # A68471
DEA # BA8753130            DEA # BF7688394/XBF7688394

☐ Anna Villena, NP    ☐ Leonard Kaku, NP      ☐ Britta Nelson, PA
CA Lic. # 10087       CA Lic. # 10411         CA Lic. # PA18211
DEA # MV054963        DEA # Pending           DEA # MN1353894

FOR: Stringer, Jimmie

DATE: 1/25/07
RX:
Back Brace, Upper        #1
                         1 RF

Refills 0 1 2 3 4 5 6

( ) Non-Refillable

_____
Provider Signature
( ) Label in Spanish         Oneida White, MD
( ) Authorization given for dispensing by non-proprietary name unless
checked here.                G78429

NAME: _____  MRN: _____  DATE: ____  DR _____

| MEDICATION | am | afternoon | evening | |
|---|---|---|---|---|
| Neurontin 800mg 12/18-12/25 | 0 | 0 | 1/2 | |
| 12/26- 1/3 | 0 | 1/2 | 1/2 | |
| 1/4 - 1/11 | 1/2 | 1/2 | 1/2 | |
| 1/12 - 1/19 | 1/2 | 1/2 | 1 | |
| 1/20 - 1/27 | 1/2 | 1 | 1 | |
| 1/28 - 2/5 | 1 | 1 | 1 | |
| | | | | |
| | | | | |
| | | | | |

| GENERIC NAME | TRADE NAME | COMMON PILL SIZES |
|---|---|---|
| carbamazepine | Tegretol | 100mg, 200mg |
| carbamazepine-XR | Tegretol-XR | 100mg, 200mg, 400mg |
| clonazepam | Klonopin | 0.5mg, 1mg, 2mg |
| felbamate | Felbatol | 400mg, 600mg |
| gabapentin | Neurontin | 100mg, 300mg, 400mg |
| lamotrigine | Lamictal | 25mg, 100mg, 150mg, 200mg |
| phenobarbital | phenobarbital | 15mg, 30mg, 60mg |
| phenytoin | Dilantin | 30mg, 50mg, 100mg |
| primidone | Mysoline | 50mg, 250mg |
| topiramate | Topamax | 25mg, 100mg, 200mg |
| valproic acid or valproate | Depakote | 250mg, 500mg |

ocument Name: untitled

---

NODE:HNAA-0271     ENV:325   USERNAME:PHYSICIAN/NURSE

PNS     (00000)14560031

STRINGER, JIMMIE T          S225        -          33 YRS  M DOB 01/19/71
    Result not available
ANSLEY, JOSEPH Ð

```
1 A Oxycodone-APAP 325-5mg Tab                      ORAL
2 A Ibuprofen 600mg (Q) Tab UPJ                     ORAL
3 A Venlafaxine 37.5mg Tab WYE                      ORAL                           *

4 D Diazepam 5mg Tab              10 mg/2 Tab       ORAL PYXIS    P   05/22 05/22
5 D Oxycodone-Acetaminophen 5-3  2 Tab/2 Tab        ORAL PYXIS    P   05/22 05/22
6 D Oxycodone-Apap 5-325 TAB MA                     ORAL                    03/24a
7 D Sertraline 50mg (Q/I) Tab P                     ORAL                    03/24a*
8 D Ibuprofen 800mg TAB   *                         ORAL                    03/24a
9 D Clonazepam 0.5mg TAB TEV 10                     ORAL                    03/24a*
  D Gabapentin 800mg (Q) Tab PA                     ORAL              .     03/24a*
  D Oxycodone-Apap 5-325 TAB MA  ,                  ORAL                 ┤  11/04a
  D Oxycodone-Acetaminophen 5-3 † Tab/1 Tab         ORAL PYXIS    P   10/12 10/12
                    * * * more data * * *
```

he number:

:ument Name: untitled

---

NODE:HNAA-0174    ENV:325    USERNAME:PHYSICIAN/NURSE

PNS    (00000)14560031

STRINGER, JIMMIE T          M158          -          31 YRS    M DOB 01/19/71
      Result not available
Sum    nka    Prof    rxHist    Frm


A 005701613 Gabapentin 300mg (F)       360.0     3.0    04/12 04/12 U-R
R 005701614 Amitriptyline 25mg (*       30.0     3.0    04/12 04/12 U-R
R 005690037 Diazepam 5mg TAB ESI        55.0     2.0    03/29 03/29 GHS-PH
R 005690036 Gabapentin 300mg (F)       180.0     2.0    03/29 03/29 GHS-PH
R 005665399 Cyclobenzaprine 10mg        60.0     2.0    02/28 02/28 GHS-PH
R 005665398 Ibuprofen 400mg (F) T       70.0     2.0    02/28 02/28 GHS-PH
D 005627191 Hydrocodone-Apap 5-50       10.0     0.0    01/12 01/12 UC
D 005627177 Penicillin 250mg TAB        80.0     0.0    01/12 01/12 U-R
D 005627178 Hydrochlorothia 25mg        10.0     0.0    01/12 01/12 UC
D 005621413 Ibuprofen 800mg (F) T       60.0     0.0    01/05 01/05 UC


                                                                available

Parts = 1 to 6

# Doctor's Statement

**Grady Health System**

80 Butler Street, SE
Atlanta, Georgia 30335-3801

7/15/08

To Atlanta Housing Authority

Please take this as verification that
Mr. Jimmy Stringer is disabled due to
Charcot-Marie-Tooth Disease, also known
as Hereditary Sensorimotor Polyneuropathy
Type I. This has been verified by
Electromyography & clinical exam. This
causes slow but steady nerve degeneration
& prevents him from physical labor

Please call with questions

Dr. Richard, MD
Bickford 99114D, 18132
Grady Neurology Dept

## Bowen Y. Wong, MD
## Neurology

October 18, 2007

Jaime Cortes, MD
2647 International Blvd.
Oakland, CA 94601

RE: Jimmie Stringer                    DOB: 1/19/1971

Dear Jaime Cortes, MD,

This gentleman was scheduled to see me today for electrodiagnostic examination. I learned from Mr. Stringer that he already had extensive testing when he was still living in Atlanta, Georgia and was diagnosed with Charcot Marie Tooth's disease at Grady Hospital. He had extensive testing in 2002, 2003, or 2004. His cousin has it too. For the most part, there is no treatment for this diagnosis. Given that he is already diagnosed, there is no need to duplicate the prior extensive testing he already had. Apparently he recalls the name of Dr. Habib. *Therefore no electrodiagnostic examination was performed today. Perhaps it would be better if you retrieve his prior medical records first to avoid subjecting him to this uncomfortable test. He only recently moved to the East Bay.*

He also mentions right knee arthritis for an injury from electrical work. He further states "My metatarsal bone is hurting too much." It seems that he has a pain syndrome causing disability and need for a cane. This sounds like an orthopedic problem. If he needs further pain management, I suggest a referral to a pain management specialist.

Please contact me if you have any questions or concerns.

Sincerely,

*Bon Won*

Bowen Y. Wong, MD
BYW: Dictated Using Dragon Naturally Speaking

**Bowen Y. Wong, MD a Professional Corporation**
**3100 Telegraph Avenue, #1000, Oakland, CA 94609, (510) 663-6658, Fax (510) 986-1751**

Alameda Co Medical Center == Highland Campus Emergency Dept    Pt Name: **Stringer, Jimmie**
1411 East 31st St., Oakland, CA 94602 == (510) 437-4559    Pt Accnt: <u>1008111484</u>    MR#: <u>016553315</u>

Pt Name: <u>Stringer, Jimmie</u>    DI Prntd: <u>5/15/2007 1845</u>
MD ED: <u>Snoey E.</u>    RN Eval: <u>Deirdre A.</u>
Res/PA/NP: <u>Moran M.</u>

**AFTERCARE INSTRUCTIONS**

We are pleased to have been able to provide you with emergency care. Please review these instructions when you return home in order to better understand your diagnosis and the necessary further treatment and precautions related to your condition. Your diagnoses/prescriptions today are:

Dx 1: <u>Spasm of Muscle</u>
Misc Instr 1: <u>HIV Negative</u>

**General Information on MUSCLE CRAMPS**

DEFINITION - Muscle cramps are painful involuntary contractions of muscles caused by abnormalities of the nervous system or exercise-related changes in muscle-cell chemistry.

BODY PARTS INVOLVED - Muscles; Nervous System.

SEX OR AGE MOST AFFECTED - All ages, both sexes.

SIGNS & SYMPTOMS - Painful, involuntary contractions of muscles, usually in the leg. Swimming, more than other sports, causes leg cramps in athletes during exercise.

CAUSES
* Vigorous physical activity.
* Inadequate warm-up before engaging in strenuous physical activity.
* In swimmers, the cause of leg cramps is frequently unknown, and their presence does NOT suggest an underlying disorder.

RISK INCREASES WITH
* Calcium deficiency.
* Nerve disorders, such as pressure on nerve roots near the spinal cord, or abnormalities of nerve fibers near where they leave the spinal cord.
* Enzyme deficiency (temporary).
* Diabetes, alcoholism, chronic kidney disease, a variety of medications, Buerger's disease, all of which can cause damage to the peripheral nerves and thereby cause muscle cramps.

HOW TO PREVENT
* Undertake a slow, thorough conditioning program prior to beginning vigorous physical activity, including swimming.
* Consult your doctor if you take any medicine and develop cramps. Discontinuing or modifying the dosage may prevent recurrent cramps.
* If you have an enzyme deficiency, there is no treatment except to reduce sports activities below the level that produces cramps.
* Don't smoke. Avoid polluted air while exercising. Both may decrease oxygen flow to the muscles. Oxygen is needed in the muscles to avoid cramps.

*WHAT TO EXPECT*

APPROPRIATE HEALTH CARE - Physical therapy, including warm soaks, applications of heat or ice, whirlpool or gentle massage that may help with residual pain and soreness in cramped muscles.

DIAGNOSTIC MEASURES

**After Visit Summary - PATIENT
CONFIDENTIAL**

Jimmy T Stringer (MRN110012560857)

| Visit Information | Date & Time<br>02/11/2008 8:50<br>AM | Provider<br>THOMAS<br>SHARPTON MD | Department<br>Oak-Fb3b >Main<br>Campus | Dept Phone<br>510-752-1030 X1030 |
|---|---|---|---|---|

| Your Primary Care<br>Providers | Provider<br>THOMAS SHARPTON MD | | PCP Type<br>General | |
|---|---|---|---|---|

| Vitals - Last<br>Recorded | BP<br>138/83 | Pulse<br>58 | Temp (Src)<br>98.2 °F (36.8<br>°C) (Oral) | Ht<br>5' 11" | Wt<br>174 lbs (78.926 kg) |
|---|---|---|---|---|---|

| BMI Data | Body Mass Index<br>24.27 (kg/m^2) | | Body Surface Area<br>1.99 (m^2) |
|---|---|---|---|

BMI or Body Mass Index is a way of correcting weight for different individual heights, giving doctors a way of comparing individuals.Then an assessment can be made about whether the patient is at a healthy weight, is overweight or has serious obesity.

A BMI of 25 or less is considered a healthy weight.

A BMI of 25 to 30 is overweight.

A BMI of 30 and above is obese. Obesity is a medical term and is not derogatory or judgmental. Patients with a BMI over 30 are encouraged to begin serious weight management.

A BMI over 40 is morbidly obese. There are medical problems associated with a BMI over 40 and patients should discuss treatment strategies with their physicians.

| Pharmacy | Pharmacy Name<br>OAK FAB B 3RD FL |
|---|---|

| Pharmacy Address<br>and Hours | Address<br>3801 Howe St<br>OAKLAND, CA 94611 | Hours<br>M - F 0900 - 1715, cl 1245 - 1345 |
|---|---|---|

| Allergies as of<br>2/11/2008 | (No Known Allergies)<br><br>Date Reviewed: 2/11/2008 |
|---|---|

| Patient Instructions | None |
|---|---|

| Future<br>Appointments | Date<br>2/11/08 | Time<br>8:50<br>AM | Visit Type<br>OFFICE VISIT | Department<br>OAK-FB3B >MAIN<br>CAMPUS | Provider<br>SHARPTON,<br>THOMAS (M.D.) | Length<br>20 |
|---|---|---|---|---|---|---|

**KAISER PERMANENTE®**

☐ Inpatient Medical Record
☐ Outpatient Chart

MR #: KAISER FOUNDATION HOSPITAL
. JIMMY T
Name: 56085    01/19/71
-1

IMPRINT AREA

## EMERGENCY SERVICES
## AFTER-CARE INSTRUCTIONS

The Emergency Department (ED) gives care to patients requiring immediate medical attention. These instructions can help you get any further care that may be needed. **If the condition you were treated for worsens, if unexpected problems arise, or if you are not able to get the recommended follow-up treatment, phone or return to the Emergency Department (752-7667).**

Your diagnosis: _ankle pain._

The doctor(s) who treated you in the ED: _J Wong_

☐ Please contact your regular doctor for follow-up. You should communicate with your doctor by phone or e-mail, or see them, within _____ days. Many doctors are reached easily via e-mail. You can look up your doctor's home page and send them e-mail at permanente.net/doctor

☐ An appointment has been scheduled for you in the _____ Department with Dr. _____ as follows: Date: _____ Time: _____

☐ A referral (eConsult) has been made for you to the _____ Department. You should be contacted _____. If you have not been contacted by then, please call that department.

☐ Please call the department below and make an appointment. You should be seen in about _____ days.
   **Please bring this sheet with you to any future appointments.**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Dermatology | 752-1145 | ☐ Occupational Medicine | 752-1244 | ☐ Psychiatry | 752-1075 |
| ☐ ENT/HNS | 752-1115 | ☐ Orthopedics | 752-7484 | ☐ Surgery | 752-1105 |
| ☐ Eye | 752-1235 | ☐ Chemical Dependency | 251-0121 | ☐ Urgent Care | 752-1190 |
| ☐ Internal Medicine | 752-1190 | Rehab Program (CDRP) | | ☐ Urology | 752-6789 |
| ☐ Neurology | 752-1088 | ☐ Pediatrics | 752-1200 | ☐ Other: _____ | |
| ☐ Ob/Gyn | 752-1100 | ☐ Podiatry | 752-1231 | | |

☐ The following printed instructions have been given to you: _____

Please read them carefully now. Ask the ED staff for any further explanation before you leave.
☐ **eRx** ☐ **Paper prescription** for:
_____

was sent to this pharmacy: ☐ Discharge ☐ Fabiola 1 ☐ _____. You may pick it up now.
☐ Try to cut back or stop smoking completely. For more information and support, call Health Education at 752-6150.
☐ Blood pressure check within 1 week. Call your regular doctor or Urgent Care to set up an appointment.
☐ **X-ray reading in the ED is preliminary.** We'll contact you within 48 hours if the final reading changes your treatment.
☐ **Warning:** You received a drug in the ED that may cause drowsiness. Do not drive or take alcohol for the next ____ hrs.
☐ For fever/pain try ibuprofen (Motrin/Advil): _____ pills mgs mls tsps every _____ hrs for _____ days
☐ For fever/pain try acetaminophen (Tylenol): _____ pills mgs mls tsps every _____ hrs for _____ days
☐ Return to the ED for **recheck/suture removal** in _____ hours/days.

**I, the undersigned, acknowledge receipt of all the instructions checked above, with special instructions noted below.**

| INSTRUCTIONS ISSUED BY (PRINT NAME) | INSTRUCTIONS REVIEWED BY (PRINT NAME) |
|---|---|
| J. Wong | GREEN |

Special instructions: _Return if new w/ worse symptoms_

| PATIENT OR GUARDIAN SIGNATURE | PHONE NUMBER | DATE | TIME |
|---|---|---|---|
| X | | 1/7/07 | 2149 |

DISTRIBUTION: WHITE – PATIENT • CANARY – CHART • PINK – ED CHART

## EMERGENCY DEPARTMENT AFTERCARE INSTRUCTIONS

The examination and treatment that you received in the Emergency Department have been rendered on an emergency basis only. They are not intended to be a substitute for, or an effort to provide, complete on-going medical care. In most cases you must let your own doctor check you again. Tell your doctor about any new or lasting problems. It is impossible to recognize and treat all injuries and illnesses in a single Emergency Department visit. If you had x-rays or other special tests, they will be reviewed. If a change in your treatment or follow-up is required, you will be contacted.

### IT IS ESSENTIAL THAT YOU CAREFULLY FOLLOW THE INSTRUCTIONS BELOW:

**Lab test results:** ☐ Lab pending   Call 204-7708 for lab results in _____ days, between 11 am and 11 pm

**Your diagnosis is:** _____ Back Pain _____

**Your Emergency Physician has been:** _____ Liu _____ **Physician Assistant:** _____

**Your current medications (if any) have been reviewed today. There is:**
☐ **No change in your medications**   ☐ **New medications have been added (see below)**
☐ **Stop the following medications** _____
☐ **Change the dose of the following medications** _____

**Follow-Up Instructions:** If you notice any worsening of your symptoms, promptly call your referral doctor or return to the Emergency Department.
 ☑ Call as soon as possible to arrange for a follow-up appointment in __2__ days. ☐ If needed
 Dr._____ Phone _____ ☐ See clinic list on back of sheet
 ☐ Recheck in the Emergency Department in _____ days.
**Instruction sheets:** _____ Back Pain _____ ☑ Computer instructions
**Additional instructions:** _____

**If you have been given a sedative or narcotic medication, do not drive, drink alcohol or operate machinery for 8 hours. I received and understand the above instructions:**
X _____ X _____ Jhley N _____ Date _11/22/6_ D/C Time _0110_
 **Patient or Representative**       **Hospital Staff**


*Alta Bates Summit Medical Center*   **Emergency Department School/Work Excuse:**
_____ was seen in the Emergency Department on _____.
He/She should be able to return to work/school on _____ with the following restrictions: _____
_____.   _____ MD / PA-C

**Emergency Department Prescription**    2450 Ashby Avenue, Berkeley, CA 94705   (510) 204-2500
Name:_____    Address: _____    Date:_____

| Medication | Mg. | Disp | Sig |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

DEA # _____  Signature _____  MD/PA-C  Print Name (and circle on reverse side) _____  CA Lic # _____

8528 (06/06)

*Alta Bates Summit Medical Center*
Alta Bates Campus

**EMERGENCY DEPARTMENT AFTERCARE INSTRUCTIONS**

STRINGER, JIMMIE
1031268   0632501260   AER
35Y   M  01/19/71   X   ERA
LIU,MICHAEL Y   ERA
km17086



COPIES:  WHITE-PATIENT  YELLOW-MEDICAL RECORD

## LifeLong Medical Care

P.O. Box 11247
Berkeley, CA 94712

**Date:**

*Appointments* 02/09/2007

DOWNTOWN OAKLAND CLINIC

JIMMIE T STRINGER
PO BOX 1421
OAKLAND, CA 94604

**Your appointment for:**         NEUROLOGY

**has been scheduled for:**       WEDNESDAY 03/14/2007 02:00PM  ------------

**at the following office or hospital:**
RICHARDSON,BRIAN/NEURO/BERKELE
3000 COLBY ST #201
BERKELEY, CA 94705
510-849-0499

*2850 T*
*110*

**On the day of your appointment:**

1)  Please arrive at the location 20 minutes early to register.

2)  Bring this reminder letter and <u>all your medications</u> with you to the office.

3)  Bring your current insurance card - the office will need a copy

If you have questions about this appointment, please
contact:        DOWNTOWN OAKLAND CLINIC                    510/451-4270 x*4624*

Say that you are calling about referral number:        033228

**If you need to change the date or time of this appointment
please call the office or hospital at the above phone number**

Thank you.

*The doctor's office
will mail you a
registration packet,
please bring with
you to the appointment*

*Bring Medical &
Medicare cards
Bring all attach
documents
Bring photo ID*

*Appointments*

Lifelong Medical Care
Downtown Oakland Clinic
616 16th Street
Oakland, CA 94612

Phone: (510) 451-4270    Fax: (510) 451-4285

Patient: Jimmie Stringer    Provider: White

Comments: ~~Call to Dr for appt~~

☐ Medical: **Short / Long**    ☐ Labs    ☐ Fasting

☐ Psych-Social: **New / Follow Up**    Other: _____

Please make an appointment in _____ days/wks/mos

☐ OK TO DOUBLE BOOK

**PLEASE BRING A LIST OF YOUR PRESCRIPTIONS**

Your appointment is with / Su cita es con:

Provider: _____    Reason: _____

Date/Fecha: ___/___/___   Time/Hora: _____ AM/PM

**NOTICE / NOTA**
**Please give us 24 hour notice if you cannot keep you
appointment and need to cancel.
**Por favor denos un aviso de 24 horas si usted no puede
asistir a su cita y necesita cancelar.

re
Jimmie Stringer

Neuro most
complete
or I'll do

P neuro sees pt
if indicated
Pls advise pt.
White
2/2/07

Lifelong Medical Care
Downtown Oakland Clinic
616 16th Street
Oakland, CA 94612

Phone: (510) 451-4270        Fax: (510) 451-4285

Patient: _Jimmie Stringer_ Provider: _White_

Comments:

☐ Medical: **Short / Long**    ☐ Labs    ☐ Fasting

☐ Psych-Social: **New / Follow Up**    ☐ Other: _____

Please make an appointment in _____ days/wks/mos
                    ☐ OK TO DOUBLE BOOK

**PLEASE BRING A LIST OF YOUR PRESCRIPTIONS**

Your appointment is with / Su cita es con:

Provider: _Dr. White_ Reason: _Physical_

Date/Fecha: _11_ / _02_ / _06_ Time/Hora: _2:00_ AM/**PM**

**NOTICE / NOTA**

**Please give us 24 hour notice if you cannot keep you appointment and need to cancel.

**Por favor denos un aviso de 24 horas siusted no puede asistir a su cita y necesita cancelar.

_To This day_

---

Lifelong Medical Care
Downtown Oakland Clinic
616 16th Street
Oakland, CA 94612

Phone: (510) 451-4270        Fax: (510) 451-4285

Pt  STRINGER, JIMMIE T        087328
    M DOB: 01/19/1971  404-227-8231
Co  B-MEDICARE (255276925A) A
    017-WHITE, /NOT ASSIGN 11/03/06

☐  ☐ ...sting

☐ Psych-Social: **New / Follow Up**    ☐ Other: _____

Please make an appointment in _2_ days/wks/mos
                    ☐ OK TO DOUBLE BOOK

**PLEASE BRING A LIST OF YOUR PRESCRIPTIONS**

Your appointment is with / Su cita es con:

Provider: _____ Reason: _____

Date/Fecha: _ / _ / _ Time/Hora: _____ AM/PM

**NOTICE / NOTA**

**Please give us 24 hour notice if you cannot keep you appointment and need to cancel.

**Por favor denos un aviso de 24 horas siusted no puede asistir a su cita y necesita cancelar.



rejected plaintiff that day
10-17-06

Lifelong Medical Care
Downtown Oakland Clinic
616 16th Street
Oakland CA 94612

Phone: (510) 451-4270

Pt STRINGER, JIMMIE T      087328
M DOB: 01/19/1971 404-227-8231
Com B-MEDICARE (255276925A) A
N.01 (WHITE) NOT ASSIGN 08/11/05

☐ Psych-Social: New/Follow Up      Other:

Please make an appointment in 2-4 days/wk/mos

☐    OK TO DOUBLE BOOK

**PLEASE BRING A LIST OF YOUR PRESCRIPTIONS**

Your appointment is with / Su cita es con:

Provider: _____  Reason: _____

Date/Fecha: __/__/__    Time/Hora: ___ AM/PM

**NOTICE / NOTA**

* Please give us 24 hour notice if you cannot keep you
appointment and need to cancel.

** Por favor denos un aviso de 24 horas siusted no puede
asistir a su cita y necesita cancelar.

**Appointment Confirmation**
We have made the following appointment for you:

**Patient:** JIMMY T. STRINGER

**Your Medical Record Number is:  12560857**

Date / Time :    **Tuesday, December 4, 2007, at 9:00 a.m.**
With         :    **N KY DPM**
Location     :    **PODIATRY**
                  **3772 HOWE STREET- BASEMENT**

**CANCELLATION INFORMATION:**

To cancel only              : (510) 752-6516    Mon–Fri   9:00 a.m. to 4:30 p.m.

To cancel and reschedule  : (510) 752-1231    Mon–Fri   9:00 a.m. to 4:30 p.m.

3772 HOWE ST. BASEMENT. PLEASE BRING  HEALTH PLAN CARD
AND PHOTO ID.

NOTE   THIS IS A HEELPAIN CLASS PLEASE REGISTER 3772 HOWE ST.
       BASEMENT.

                                                    11/13/07

Highland Hospital
Clinic Scheduling Unit
1411 E. 31st St
Oakland, CA 94602

You have an appointment with
PODIATRY (M/W) 7 FL K BLDG

on 10/01/2007 at 08:30AM

JIMMIE STRINGER
644 14TH ST #APT 14
OAKLAND, CA 94606

PARKING WILL BE AVAILABLE FOR $1.25/HR
UP TO 5 HOURS THEN $10.00/DAY

IF YOU WISH TO CANCEL OR RESCHEDULE YOUR APPOINTMENT, CAL
ORTHOPEDICS               ALL OTHER CLINICS
437-8538                  437-8500

## A
### ALAMEDA COUNTY MEDICAL CENTER
### HIGHLAND HOSPITAL CAMPUS

ADULT MEDICINE CLINIC
## APPOINTMENT SLIP

TRANSLATOR NEEDED?
YES ☐ NO ☐
LANGUAGE NEEDED

Return to _Dr. Palms_ Clinic

Dr. _Re Pr_

AM. ☐ _____ PM ☐

1 2 3 4 (5) 6  ☐ days
              ☑ weeks
              ☐ months

Patient's Phone No.: _____

Today's Date: _10/1/07_

## B
### TYPE OF APPOINTMENT

☐ Return
☐ Overbook
☐ SDA
☐ Nurse Visit
☐ Other _____

PLEASE BRING YOUR HOSPITAL
IDENTIFICATION CARD, ANY INSUR-
ANCE INFORMATION, MEDICARE/
MEDI-CAL OR GREEN FINANCIAL
STATUS CARD WITH YOU TO THE
CLINIC.

APPOINTMENT CENTER
(510) 437-8500

## C

IF YOU ARE UNABLE TO KEEP YOUR
APPOINTMENT, PLEASE CALL THE
APPOINTMENT CENTER FOR A NEW
TIME AND DATE.
(510) 437-8500

PLEASE BRING THIS APPOINTMENT
SLIP WITH YOU AND ARRIVE
30 MINUTES BEFORE YOUR
APPOINTMENT TIME.

**PLEASE BRING ALL OF YOUR
MEDICATIONS WITH YOU.**

An appointment has been made with

Dr. _____ Clinic

In the _____

DATE _____ _Mon_
mo.      day    day of week

Time: _____ AM / PM

Location: _____

STRINGER, JIMMIE
AKA
1008989392 MR 01655331S
01/19/71  M  ENGLISH  HPO
ADM DT 10/01/07    R

White - Patient        Yellow - Department