Exhibit 184

*DMV*
A Public Service Agency

# APPLICATION FOR
## DISABLED PERSON PLACARD OR PLATES

(NOTE: For lost, stolen, or mutilated disabled person or disabled veteran license plates or placard, please complete an Application For Replacement Plates, Stickers, and Documents [form REG 156 available on DMV Web]).

**Please check at least one of the following boxes:**

| | | |
|---|---|---|
| ☒ Permanent Parking Placard | No Fee | ☒ Disabled Person License Plates — No Fee |
| ☐ Temporary Parking Placard | $6 | ☐ Travel Parking Placard — No Fee |

Travel Parking Placards are issued to applicants with **permanent** disabilities. A California resident, applying for a Travel Parking Placard, must have a permanent parking placard or disabled person or disabled veteran license plates, but not both. Travel Parking Placards are issued to non-residents for no more than 90 days and to California residents for no more than 30 days.

All applicants must complete sections A, B and E. Disabled Person License Plate applicants must also complete section C.

## A. APPLICANT'S TRUE FULL NAME (PLEASE PRINT)

| LAST NAME | FIRST NAME | MIDDLE NAME OR ORGANIZATION NAME | DATE OF BIRTH (NOT REQUIRED FOR ORGANIZATIONS) |
|---|---|---|---|
| Stringer | Jimmie | | Month    Day    Year |

RESIDENCE OR ORGANIZATION ADDRESS APT/SPACE            DRIVER LICENSE/ID NUMBER (NOT REQUIRED FOR ORGANIZATIONS)

| CITY | STATE | ZIP CODE | DAYTIME TELEPHONE NUMBER |
|---|---|---|---|
| Oakland | Ca | 94604 | (510) 865-2273 |

| MAILING ADDRESS | APT/SPACE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| P O Box 142 | | Oakland | Ca | 94604 |

## B. Were you ever issued Disabled Person or Disabled Veteran License Plates or a Permanent Parking Placard in California?

☐ **YES** – A doctor's disability certification is **NOT** required, unless the placard was canceled by the department or is no longer on record. The disabled person or veteran license plates or permanent placard number is ___675489___.

☐ **NO** – A doctor's certification is required. The doctor must complete sections F and G on the reverse side.

## C. IF YOU ARE APPLYING FOR A DISABLED PERSON LICENSE PLATES, please describe the vehicle that is registered to you on which you will put the disabled person license plates.

| LICENSE PLATE NUMBER | VEHICLE IDENTIFICATION NUMBER | MAKE | |
|---|---|---|---|
| 5WH527 | JH4CC2559MC019350 | Acura | V/uar 92 |

## COMMERCIAL VEHICLE EXEMPTION

I am requesting an exemption from weight fees for the vehicle described above. It weighs less than 8,001 pounds unladen and is the only commercial vehicle for which I have requested this exemption.  ☒ **Yes**  ☐ **No**

## D. IMPORTANT INFORMATION (PLEASE READ)

**IT IS ILLEGAL**

- To allow someone to use your placard, if you are not in the vehicle.
- For an individual to have more than one permanent placard.
- To provide false information to obtain a placard or disabled person plates.
- To possess or display a counterfeit placard.
- To alter a placard or placard identification card.
- To forge a doctor's signature.

**IMPORTANT**

- The only legal use of a placard is its display by the person to whom it is issued. The disabled person does not have to own or drive the vehicle to use the placard.
- Placard abuse or misuse can result in the **cancellation** and **revocation** of the placard and loss of the privileges it provides.
- Placard and disabled person license plate abuse is a misdemeanor punishable by a fine of not less than $250, not more than $1,000, or by imprisonment in a county jail for not more than 6 months, or by both fine and imprisonment. The court may also impose a civil penalty of not more than $1,500, for each conviction.
- To alter, forge, counterfeit or falsify a plate is a felony punishable by 16 months to 3 years in a state prison or up to 1 year in the county jail.
- A person who forges, counterfeits, falsifies or passes, attempts to pass, acquires, possesses, sells, or attempts to sell a genuine or counterfeit placard, or a person who displays with fraudulent intent, or causes or permits to be displayed a forged, counterfeit or false placard is guilty of a misdemeanor and upon conviction shall be punished by imprisonment in the county jail for 6 months or by a fine of not less than $500 or more than $1,000, or by both fine and imprisonment. The court may also impose a civil penalty of not more than $3,500 for each conviction.
- The plate and/or placard must be surrendered to DMV within 60 days of the death of the disabled person.
- Any information contained in this application will be available to local public law enforcement or the local agencies responsible for the enforcement of parking regulations.

## E. APPLICANT'S SIGNATURE AND CERTIFICATION

☒ I have read the "Important Information" in section D and I fully understand and take responsibility for the use of the disabled person placard or plates that are issued to me.

I certify under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct and that I am a disabled person per CVC 295.5 (as defined in section F) and that I am

☒ Permanently or ☐ Temporarily disabled due to: ___Total Disability___

| EXECUTED AT (CITY, STATE) | DATE | SIGNATURE OF APPLICANT |
|---|---|---|
| Oakland Ca | 1-29-07 | Jimmie Stringer |

REG 195 (REV. 5/2005)

PLICATION FOR
SON PLACARD OR PLATES

sabled veteran license plates or placard, please complete an Application For
156 available on DMV Web]).

☒ Disabled Person License Plates   No Fee
☐ Travel Parking Placard   No Fee

ermanent disabilities. A California resident, applying for a Travel Parking
bled person or disabled veteran license plates, but not both. Travel Parking
days and to California residents for no more that 30 days.

ed Person License Plate applicants must also complete section C.

| ATION NAME | DATE OF BIRTH (NOT REQUIRED FOR ORGANIZATIONS) | | |
|---|---|---|---|
| | Month | Day | Year |
| | DRIVER LICENSE/ID NUMBER (NOT REQUIRED FOR ORGANIZATIONS) | | |
| | 5 WEH527 | | |
| E   ZIP CODE | DAYTIME TELEPHONE NUMBER | | |
| 94604 | (510) 355-2273 | | |
| SPACE   CITY   Oakland | | STATE   Ca | ZIP CODE   94604 |

Veteran License Plates or a Permanent Parking Placard in California

red, unless the placard was canceled by the department or is no longer on
is or permanent placard number is  675489  .
must complete sections F and G on the reverse side.

LICENSE PLATES...

| UMBER | | MAKE |
|---|---|---|
| 59 MCO19350 | | Acura Viagr 92 |

CIAL VEHICLE EXEMPTION

ehicle described above. It weighs less than 8,001 pounds unladen and is the
exemption.  ☒ Yes  ☐ No

INFORMATION - PLEASE READ

| the vehicle. | • To possess or display a counterfeit placard. |
|---|---|
| acard. | • To alter a placard or placard identification card. |
| bled person plates. | • To forge a doctor's signature. |

on to whom it is issued. The disabled person does not have to own or drive the

n and **revocation** of the placard and loss of the privileges it provides.
misdemeanor punishable by a fine of not less than $250, not more than $1,000,
months, or by both fine and imprisonment. The court may also impose a civil

unishable by 16 months to 3 years in a state prison or up to 1 year in the county

attempts to pass, acquires, possesses, sells, or attempts to sell a genuine or
dulent intent, or causes or permits to be displayed a forged, counterfeit or false
n shall be punished by imprisonment in the county jail for 6 months or by a fine
of not less than $500 or more than $1,000, or by both fine and imprisonment. The court may also impose a civil penalty of not more
than $3,500 for each conviction.

• The plate and/or placard must be surrendered to DMV within 60 days of the death of the disabled person.
• Any information contained in this application will be available to local public law enforcement or the local agencies responsible for the
enforcement of parking regulations.

**APPLICANT'S SIGNATURE AND CERTIFICATION**

☑ – I have read the "Important Information" in section D and I fully understand and take responsibility for the use of the
disabled person placard or plates that are issued to me.

I certify under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct and
that I am a disabled person per CVC 295.5 (as defined in section F) and that I am
☑ Permanently or ☐ Temporarily disabled due to: Total Disability

| EXECUTED AT (CITY, STATE) | DATE | SIGNATURE OF APPLICANT |
|---|---|---|

(handwritten margin notes) Mr Jimmie Shoper ... Need ... Complete ... Dr I'll do ... neuro sees pt ... medicated ... My advise pt. White 2/9/07





Exhibit C

Part - 1, 2, 3, 4

Exhibit
Part-3          PAGE 1
AS OF: 01/23/2008

```
REPORT-ID: PTS650-A
RUN-DATE : 01/23/2008
RUN-TIME : 10:31   $IMC
```

CITY OF OAKLAND-PARKING
MULTIPLE TICKET LIST

LICENSE   5WEH527 CA A AUTOMOBILE        VIN NO: JH4CC2559NC019350    DMV: 92 ACUR   4D EXP:08/14/2007

OWNER'S NAME:  STRINGER JIMMIE

| TICKET NO | DATE | TIME | OFFCR | VIOLATION(S) | LOCATION | MAKE | TYPE | COLOR | CD DESC | STATUS DATE | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00153018693 | 01/16/2007 | 12:48 | 10 | 10.28.240 | 2341 VALLEY ST | ACUR | 4DR | WHT | 44 DSMD | 02/26/2007 | .00 |
| 00828573174 | 01/18/2007 | 09:41 | 18 | 10.28.240 | 3732 ALLENDALE AVE | ACUR | 4D | WHI | 33 LNRM | 08/07/2007 | 162.00 |
| 00154902545 | 02/06/2007 | 12:34 | 12 | 10.28.240 | 620 14TH ST | ACUR | 4DR | WHT | 32 LNFL | 11/20/2007 | 162.00 |
| 00828890205 | 02/21/2007 | 11:57 | 346 | 10.36.050 | 1404 MLK | ACUR | 4D | WHI | 32 LNFL | 11/14/2007 | 118.00 |
| 00828024813 | 02/23/2007 | 11:11 | 345 | 10.36.050 | 1413 MLK JR WAY | ACUR | 4D | WHI | 32 LNFL | 11/13/2007 | 118.00 |
| 00828948978 | 02/24/2007 | 14:01 | 256PC | 10.36.050 | 610 14TH ST | ACUR | 4D | WHI | 32 LNFL | 11/14/2007 | 118.00 |
| 00828976093 | 02/27/2007 | 09:53 | 328PC | 10.36.050 | 1402 MARTIN LUTHER K | ACUR | 4D | WHI | 32 LNFL | 12/10/2007 | 118.00 |
| 00153335232 | 03/02/2007 | 09:47 | 328 | 10.36.050 | MARTIN LUTHER KING JR WY | ACUR | 4DR | WHT | 32 LNFL | 11/16/2007 | 118.00 |
| 00153335294 | 03/03/2007 | 10:43 | 328 | 10.36.050 | MARTIN LUTHER KING JR WY | ACUR | 4DR | WHT | 32 LNFL | 11/16/2007 | 118.00 |
| 00153335347 | 03/03/2007 | 16:56 | 328 | 10.36.050 | 1401 MARTIN LUTHER KING J | ACUR | 4DR | WHT | 32 LNFL | 11/16/2007 | 118.00 |
| 00828204256 | 03/06/2007 | 16:00 | 329PC | 10.36.050 | 1416 MLK JR WAY | ACUR | 4D | WHI | 32 LNFL | 11/13/2007 | 118.00 |
| 00828933908 | 03/08/2007 | 09:20 | 170 | 10.36.050 | 1404 MLKJRWAY | ACUR | 4D | WHI | 32 LNFL | 12/07/2007 | 135.00 |
| 00828933919 | 03/08/2007 | 12:35 | 170 | 10.28.190 | 1404 MLK JR WAY | ACUR | 4D | WHI | 32 LNFL | 12/07/2007 | 118.00 |
| 00828934030 | 03/09/2007 | 08:07 | 170 | 10.36.050 | 1404 MLK JR WAY | ACUR | 4D | WHI | 32 LNFL | 12/07/2007 | 118.00 |
| 00828934546 | 03/14/2007 | 08:43 | 170 | 10.36.050 | 1411 MLKJRWAY | ACUR | 4D | WHI | 32 LNFL | 12/07/2007 | 118.00 |
| 00829207511 | 03/16/2007 | 10:23 | 170 | 10.36.050 | 1411 MLKSRWAY | ACUR | 4D | WHI | 32 LNFL | 11/12/2007 | 118.00 |
| 00829207522 | 03/16/2007 | 10:25 | 170 | 10.28.190 | 1411 MLKJRWAY | ACUR | 4D | WHI | 32 LNFL | 11/12/2007 | 135.00 |

TOTAL TKTS/DUE:    17                                                                 2,010.00

OWNER'S NAME:  5WEH527

| TICKET NO | DATE | TIME | OFFCR | VIOLATION(S) | LOCATION | MAKE | TYPE | COLOR | CD DESC | STATUS DATE | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00150923817 | 03/23/2007 | 14:40 | 328 | 10.36.050 | MARTIN LUTHER KING JR WY | ACUR | 4DR | WHT | 50 LINV | 05/08/2007 | 35.00 |
| 00153929325 | 03/26/2007 | 09:14 | 323 | 10.36.050 | MARTIN LUTHER KING JR WY | ACUR | 2DR | WHT | 50 LINV | 03/29/2007 | 35.00 |
| 00153929359 | 03/26/2007 | 14:25 | 323 | 10.36.060 | MARTIN LUTHER KING JR WY | ACUR | 2DR | WHT | 50 LINV | 03/29/2007 | 35.00 |
| 00150624881 | 03/27/2007 | 14:19 | 325 | 10.28.190 | 154 10TH ST | ACUR | 4DR | WHT | 50 LINV | 04/02/2007 | 40.00 |
| 00829313584 | 04/05/2007 | 10:36 | 170 | 10.36.050 | 1410 MLKJRWAY | ACUR | 4D | WHI | 50 LINV | 05/03/2007 | 35.00 |

TOTAL TKTS/DUE:    5                                                                   180.00

REPORT-ID: PTS650-A
RUN-DATE : 01/23/2008
RUN-TIME : 10:30  $IMC

CITY OF OAKLAND-PARKING
MULTIPLE TICKET LIST

AS OF: 01/23/2008     PAGE 1

LICENSE  ARS701  GA A AUTOMOBILE          VIN NO: 9350          DMV:

| TICKET NO | ISSUED DATE | TIME | OFFCR | VIOLATION(S) | LOCATION | MAKE | TYPE | COLOR | STATUS CD DESC DATE | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| OWNER'S NAME: ARS701 | | | | | | | | | | |
| 00154326372 | 05/02/2006 | 14:09 | 308 | 10.40.020 | 2000 SAN PABLO AV | ACUR | 4DR | WHT | 40 PAID 05/19/2006 | .00 |
| 00150611160 | 06/05/2006 | 04:08 | 21 | 10.28.240 | 722 WASHINGTON ST | ACUR | 4DR | WHT | 40 PAID 06/09/2006 | .00 |
| | | | | | | | | | TOTAL TKTS/DUE: 2 | .00 |
| OWNER'S NAME: STRINGER JIMMIE | | | | | | | | | | |
| 00152715943 | 08/18/2006 | 16:36 | 313 | 10.40.070 | 1517 MARTIN LUTHER KING J | ACUR | 4DR | WHT | 28 LNBL 11/13/2006 | 169.00 |
| 00828185039 | 10/31/2006 | 04:28 | 48 | 5204 | 5800 INTERNATIONAL | ACURA | 4DR | WHT | 28 LNBL 05/17/2007 | 198.00 |
| 00828185040 | 10/31/2006 | 04:28 | 48 | 10.28.240 | 5800 INTERNATIONAL | ACUR | 4D | WHI | 28 LNBL 05/17/2007 | 162.00 |
| | | | | | | | | | TOTAL TKTS/DUE: 3 | 529.00 |

# PERALTA COMMUNITY COLLEGE DISTRICT
Notice of Parking Violation

No. JC 207863

Peralta Community College District VS.

| Vehicle License | Exp | State | VIN (4 digits) | Make | Model | Color |
|---|---|---|---|---|---|---|

☐ Laney College
☐ Merritt College
☐ Col. of Alameda

**DID UNLAWFULLY VIOLATE PERALTA C. C. D. PARKING REGULATIONS AND/OR CALIFORNIA VEHICLE CODE SECTION:**

| Section | Penalty Amount |
|---|---|
| ☐ 21113(a) CVC - $20 Parked in Handicap Area Without Valid Permit Displayed | ☐ 22514 CVC - $20 Stopping, Standing, Parking Within 15 Feet of Fire Hydrant (No Driver in Vehicle) | $ 20 |
| ☐ 21113(d) CVC - $20 Parked in Staff Area Without Valid Permit Displayed | ☐ 22500(d) CVC - $20 Stopping, Standing, Parking Crosswalk |  |
| ☐ 21113(a) CVC - $20 Parked in Restricted Area Without Required Permit Displayed | ☐ 22500(e) CVC - $20 Stopping, Standing, Parking Blocking Driveway |  |
| ☐ 21113(a) CVC - $20 Parked in 2 Stalls | ☐ 22500(f) CVC - $25 Unattended Vehicle (Motor Running/Brake Not Set) | $275 |
| ☐ 21113(a) CVC - $20 Parked Out of Marked Stall/Area | ☐ 22500.1 CVC - $20 Stopping, Standing, Parking Fire Lane (Red Zone) |  |
| ☐ 22507.8 (A) CVC - $275 Parked in Disabled Space Without Valid Permit (Required) | Notes: |  |
| ☐ 22507.8 (B) CVC - $275 Obstructing/Blocking Disabled Parking Space | ☐ STUDENT  ☐ STAFF ☐ OTHER  ☐ DAILY |  |
| ☐ 22507.8 (C) CVC - $275 1. Parking on Boundaries/Lines of Disabled Stall 2. Parking in Disabled Space | PERMIT #  |  |
| ☐ 21113(a) CVC - $20 Parking Permit Improperly Displayed | ☐ Expired daily permit (Explain) ☐ Improper permit display (Explain) ☐ Checked stub/window ☐ Backed into space |  |

**PAYMENT OF PENALTY MAY BE MADE BY MAIL**
Penalty for violation is indicated. CLOSE PAYMENT IN ATTACHED ENVELOPE
ENCLOSE PAYMENT IN ATTACHED ENVELOPE
Note Citation Number on Check/Money Order and Make
Payable to Peralta Community College District

I hereby declare under penalty of perjury that the foregoing complaint is true
and correct. Executed at the place and date shown above.

Issuing Officer _____    ID Number _____

For additional information please call (510) 466-7237 (800)1-7275, Enforcement Technology.

Parking fee must be paid within 21 calendar days by 7/n the attached envelope to the Office of Enforcement Technology, Parking Citation Cr, P.O. Box 5010, San Ramon, CA 94583-0810. To pay online, go to www.paybyweb.com contest citation number.

You may contest (appeal) the citation by mail or in son by contacting the issuing agency and request an administrative review as the conduct. FAILURE TO REQUEST AN ADMINISTRATIVE REVIEW WITHIN 21 CALENDAR AYS WILL RESULT IN THE LOSS OF YOUR RIGHT TO APPEAL.

UNPAID VIOLATIONS MAY RESULT IN IMPOUNDING THE VEHICLE.
RESPOND WITHIN 21 CALENDAR DAYS TO THIS CITA WILL RESULT IN ADDITIONAL PENALTIES AND POSSIBLE WITH-HOLDING OF VEHICLE REGISTRATION REPEATED vehicle license number, your name and address to ensurepar processing. FAILURE TO

---

JIMMIE TARUS STRINGER

## IMPORTANT:
...TAIN THIS PHOTO RECEIPT UNTIL ALL DL/ID
...AIN PAYMENT
APPLICATION REQUIREMENTS ARE COMPLETED

NOT A LICENSE OR PERMIT

DL/ID:          D8368827
OFFICE ID:      504
Photo Date/Seq #:  11062006      5325
Type:           D
Receipt Date:   11062006      1248

NOT A VERIFIED IDENTIFICATION

Peralta Community College District VS.

PERALTA COMMUNITY COLLEGE DISTRICT
Notice of Parking Violation

No. JC ___

| Vehicle License | Exp | State | VIN (4 digits) | Make | Model | Color |
|---|---|---|---|---|---|---|

☐ Laney College
☐ Merritt College
☐ Col. of Alameda

| Date/Day | Time (24 hour) | Location |
|---|---|---|

**DID UNLAWFULLY VIOLATE PERALTA C. C. D. PARKING REGULATIONS AND/OR CALIFORNIA VEHICLE CODE SECTION:**   Penalty Amount

☐ 21113(a) CVC - $20
Parked in Student Area
Without Valid Permit Displayed

☐ 21113(a) CVC - $20
Parked in Staff Area
Without Valid Permit Displayed

☐ 21113(a) CVC - $20
Parked in Restricted Area
Without Required Permit Displayed

☐ 21113(a) CVC - $20
Parked Out of Marked Stall/Area
Parked in 2 Stalls

☐ 21113(a) CVC - $20
Parked in Excess of Posted
Time Limit   ☐ 15 min   ☐ 30 min

☐ 21113(a) CVC - $20
Parking Permit
Improperly Displayed

☐ 22500(b) CVC - $20
Stopping, Standing, Parking
Crosswalk

☐ 22500(e) CVC - $20
Stopping, Standing, Parking
Blocking Driveway

☐ 22500.1 CVC - $20
Stopping, Standing, Parking
Fire Lane (Red Zone)

☐ 22507.8 (A) CVC - $275
Parked in Disabled Space
Without Valid Permit (Required)

☐ 22507.8 (B) CVC - $275
Obstructing/Blocking
Disabled Parking Space

☐ 22507.8 (C) CVC - $275
1. Parking on Boundaries/Lines of
Disabled Stall 2. Parking in
Disabled

☐ 22514 CVC - $20
Stopping, Standing, Parking:
Within 15 Feet of Fire Hydrant
- No Driver in vehicle -

☐ 22516(a) CVC - $25
Unattended vehicle
(Motor Running/Brake Not Set)

☑ ___ CVC - $275

✓ $ 20

☐ $275

☐ $

**Notes:**
☐ STUDENT   ☐ STAFF   ☐ DAILY
☐ OTHER
☐ FALL ☐ SPRING ☐ SUMMER ☐ ANNUAL
PERMIT # ___   YEAR ___
☐ Expired daily permit (Explain)
☐ Improper permit display (Explain)
☐ Checked dash/window
☐ Backed into space
☐ Time limit checked at ___   Hrs

**PAYMENT OF PENALTY MAY BE MADE BY MAIL**
Penalty for Violation is Indicated Above
ENCLOSE PAYMENT IN ATTACHED ENVELOPE
Note Citation Number on Check/Money Order and Make
Payable to Peralta Community College District

I hereby declare under penalty of perjury that the foregoing complaint is true and correct. Executed at the place and the date shown above.

___   Issuing Officer   ___   ID Number

Parking fee must be paid within 21 calendar days by mail in the attached envelope to the **Peralta Community College District, Parking Enforcement Center,** P.O. Box 5010, San Ramon, CA 94583-0810. Or pay online, go to www.ezpaycorp.com. Please include the citation number, vehicle license number, your name and address to ensure proper processing. FAILURE TO RESPOND WITHIN 21 CALENDAR DAYS TO THIS CITATION WILL RESULT IN ADDITIONAL PENALTIES AND POSSIBLE WITHHOLDING OF VEHICLE REGISTRATION. REPEATED UNPAID VIOLATIONS MAY RESULT IN IMPOUNDING OF THE VEHICLE.

You may contest (appeal) the citation by mail or in person by contacting the issuing agency and request an administrative review be conducted. FAILURE TO REQUEST AN ADMINISTRATIVE REVIEW WITHIN 21 CALENDAR DAYS WILL RESULT IN THE LOSS OF YOUR RIGHT TO APPEAL.

For additional information please call (510) 466-7237 **Peralta Police Services** or 1 (866)-424-8546 (toll free), **Parking Enforcement Center.**

**PERALTA COMMUNITY COLLEGE DISTRICT**

**Notice of Parking Violation**

Peralta Community College District VS.

No. JC 21 2023

| Vehicle License | Exp | State | VIN (4 digits) | Make | Model | Color |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | ☐ Laney College ☐ Merritt College ☐ Col. of Alameda |

| Date/Day | Time (24 hour) | Location |
| --- | --- | --- |

**DID UNLAWFULLY VIOLATE PERALTA C. C. D. PARKING REGULATIONS AND/OR CALIFORNIA VEHICLE CODE SECTION:** Penalty Amount

| | |
| --- | --- |
| ☐ 21113(a) CVC - $20<br>Parked in Student Area<br>Without Valid Permit Displayed | ☐ 22500(b) CVC - $20<br>Stopping, Standing, Parking<br>Crosswalk |
| ☐ 21113(a) CVC - $20<br>Parked in Staff Area<br>Without Valid Permit Displayed | ☐ 22500(e) CVC - $20<br>Stopping, Standing, Parking<br>Blocking Driveway |
| ☐ 21113(a) CVC - $20<br>Parked in Restricted Area<br>Without Required Permit Displayed | ☐ 22500.1 CVC - $20<br>Stopping, Standing, Parking<br>Fire Lane (Red Zone) |
| ☐ 21113(a) CVC - $20<br>Parked Out of Marked Stall/Area<br>Parked in 2 Stalls | ☐ 22507.8 (A) CVC - $275<br>Parked in Disabled Space<br>Without Valid Permit (Required) |
| ☐ 21113(a) CVC - $20<br>Parked in Excess of Posted<br>Time Limit ☐ 15 min ☐ 30 min | ☐ 22507.8 (B) CVC - $275<br>Obstructing/Blocking<br>Disabled Parking Space |
| ☐ 21113(a) CVC - $20<br>Parking Permit<br>Improperly Displayed | ☐ 22507.8 (C) CVC - $275<br>1. Parking on Boundaries/Lines of<br>Disabled Stall 2. Parking in<br>Disabled |

| | Penalty Amount |
| --- | --- |
| ☐ 22514 CVC - $20<br>Stopping, Standing, Parking:<br>Within 15 feet of fire hydrant<br>No Driver in vehicle | ☐ $ 20 |
| ☐ 22515(a) CVC - $25<br>Unattended vehicle<br>(Major Running/Brake Not Set) | ☐ $275 |
| | ☐ $ |
| | ☐ |
| | ☐ |
| | |

Notes:
☐ STUDENT ☐ STAFF ☐ DAILY
☐ OTHER
☐ FALL ☐ SPRING ☐ SUMMER ☐ ANNUAL
YEAR
PERMIT #
☐ Expired daily permit (Explain)
☐ Improper permit display (Explain)
☐ Checked dash/window
☐ Backed into space
☐ Time limit checked at. _____ Hrs

PAYMENT OF PENALTY MAY BE MADE BY MAIL
Penalty for Violation is indicated Above
ENCLOSE PAYMENT IN ATTACHED ENVELOPE
Note Citation Number on Check/Money Order and Make
Payable to Peralta Community College District

I hereby declare under penalty of perjury that the foregoing complaint is true
and correct. Executed at the place and the date shown above.

Issuing Officer _____    ID Number _____

Parking fee must be paid within 21 calendar days by mail in the attached envelope to the **Peralta Community College District, Parking Enforcement Center,** P.O. Box 5010, San Ramon, CA 94583-0810. Or pay online, go to www.ezpaycorp.com. Please include the citation number, vehicle license number, your name and address to ensure proper processing. FAILURE TO RESPOND WITHIN 21 CALENDAR DAYS TO THIS CITATION WILL RESULT IN ADDITIONAL PENALTIES AND POSSIBLE WITHHOLDING OF VEHICLE REGISTRATION. REPEATED UNPAID VIOLATIONS MAY RESULT IN IMPOUNDING OF THE VEHICLE.

You may contest (appeal) the citation by mail or in person by contacting the issuing agency and request an administrative review be conducted. FAILURE TO REQUEST AN ADMINISTRATIVE REVIEW WITHIN 21 CALENDAR DAYS WILL RESULT IN THE LOSS OF YOUR RIGHT TO APPEAL.

For additional information please call (510) 466-7237 **Peralta Police Services** or 1 (866)-424-8546 (toll free), **Parking Enforcement Center.**

## NOTICE OF ILLEGAL PARKING

06497  0+99+0

CITATION
00828185039

CONTESTING ADDRESS
CITY OF OAKLAND -PARKING
CITATION ASSISTANCE CENTE
250 FRANK H OGAWA PL STE
OAKLAND CA 94612

WRITE THIS NUMBER
ON CHECK OR MONEY
ORDER

**AMOUNT NOW DUE $60.00**

DUE AFTER 03/26/2007 $120.00
DUE AFTER 04/16/2007 $153.00

PLEASE DISREGARD THIS
NOTICE IF TICKET HAS
BEEN PAID

FAILURE TO PAY THIS TICKET
MAY RESULT IN THE
IMPOUNDING OF YOUR VEHICLE

1-(800) 500-6484

CITATION INFORMATION

**DO NOT MAIL CASH**

PAY ONLINE AT: www.oaklandnet.com/government/fwawebsite/parking/parking_home.htm

A vehicle registered in your name has been illegally parked.
Please send payment to the "REMIT TO" address printed on
the other side of this form.   You may contest this citation
at the "CONTESTING ADDRESS" in person or by mail.
You have 21 calendar days from date of issuance or 14
calendar days from mailing of this notice to contest.   For
contesting information, call the "CITATION INFORMATION"
number.

If you have sold this vehicle you must obtain a declaration
of non-ownership from a DMV office and return this notice
together with the declaration.

Failure to make payment, or contest the citation by the due
date will result in any of the following action: increase in
penalties including collection fees, withholding of vehicle
registration, assignment to collection agency, negative credit
reporting, vehicle impoundment, and garnishment of tax or
Lottery winnings.



| CITATION | | LIC. NO. | STATE |
|---|---|---|---|
| 00828185039 | | ARS701 | GA |
| | ISSUED | 10/31/2006 | 04:28 |
| | VIOLATION | 5204 | |
| | CURRENT | TAB NOT ATTACHED | |
| MAKE-TYPE-CLR | | ACURA  4DR WHT | |

VIOLATION ADDRESS
5800 INTERNATIONAL

50008281850390605

# NOTICE OF ILLEGAL PARKING

06496  0·99·0

CITATION
00828185040

CONTESTING ADDRESS
CITY OF OAKLAND -PARKING
CITATION ASSISTANCE CENTE
250 FRANK H OGAWA PL STE
OAKLAND CA 94612

WRITE THIS NUMBER
ON CHECK OR MONEY
ORDER

**PLEASE DISREGARD THIS
NOTICE IF TICKET HAS
BEEN PAID**

**FAILURE TO PAY THIS TICKET
MAY RESULT IN THE
IMPOUNDING OF YOUR VEHICLE**

**CITATION INFORMATION**

1-(800) 500-6484

**DO NOT MAIL CASH**

AMOUNT NOW DUE  $48.00

DUE AFTER 03/26/2007  $96.00
DUE AFTER 04/16/2007  $125.00

PAY ONLINE AT: www.oaklandnet.com/government/fwawebsite/parking/parking_home.htm

A vehicle registered in your name has been illegally parked.
Please send payment to the "REMIT TO" address printed on
the other side of this form. You may contest this citation
at the "CONTESTING ADDRESS" in person or by mail.
You have 21 calendar days from date of issuance or 14
calendar days from mailing of this notice to contest. For
contesting information, call the "CITATION INFORMATION"
number.

If you have sold this vehicle you must obtain a declaration
of non-ownership from a DMV office and return this notice
together with the declaration.

Failure to make payment or contest the citation by the due
date will result in any of the following action: increase in
penalties including collection fees, withholding of vehicle
registration, assignment to collection agency, negative credit
reporting, vehicle impoundment, and garnishment of tax or
Lottery winnings.

| CITATION | LIC. NO. | STATE |
|---|---|---|
| 00828185040 | ARS701 | GA |
| ISSUED | 10/31/2006 | 04:28 |
| VIOLATION | 10.28.240 | |
| NO PARKING CERTAIN HOURS | | |
| MAKE-TYPE-CLR: | ACUR  4D  WHI | |

VIOLATION ADDRESS
5800 INTERNATIONAL

5000828185040040



**County of Alameda – AC Transit**
# PARKING VIOLATION NOTICE
**CODE: 2017**

| Vehicle License Number | Last 6 Vin # | Make | Model |
|---|---|---|---|
| *AES7UL3* | *019950* | *PLem* | *7700* |

| Body Type | Color | Year | State | Registration Exp. Date |
|---|---|---|---|---|
| *4dr* | *white* | *19-1* | *CA* | *04/04/7* |

| Date | Time  AM PM | Location |
|---|---|---|
| *05/04/* | *1:00* | *22nd ST* |

| City | Issued By | Badge |
|---|---|---|
| *Oakland* | *T. Haines* | *1117* |

|  |  | VIOLATION | DESCRIPTION | FEE AMOUNT |
|---|---|---|---|---|
| 1 | ☐ | CVC 5200 | No front / rear license plate | $ |
| 2 | ☐ | CVC 5204(a) | Display of expired registration tabs | $ |
| 3 | ☐ | CVC 21113(a) | Parking in an unathorized space | $ |
| 4 | ☐ | CVC 22500(b) | Parking in crosswalk | $ |
| 5 | ☐ | CVC 22500(h) | Double parking | $ |
| 6 | ☑ | CVC 22500(i) | Parking/stopping in a bus zone | $ *250* |
| 7 | ☐ | CVC 22500.1 | Parking in a fire lane | $ |
| 8 | ☐ | CVC 22507.8(a) | Unauthorized parking in a handicap space | $ |
| 9 | ☐ | CVC 22507.8(c) | Parking cross hatch lines | $ |
| 10 | ☐ | CVC 22514 | Parking 15' of fire hydrant | $ |
| 11 | ☐ | BMC:14.36.030C | Red curb/No parking | $ |
| 12 | ☐ | BRT 2495-5A | Red Zone | $ |
| 13 | ☐ | EMV 4-9.04(A) | Red curb/No parking | $ |
| 14 | ☐ | EMV 4-9(B) | Commercial loading/Yellow zone | $ |
| 15 | ☐ | OTC 10.40.020(b) | Parking in red,yel.,grn.,white zones | $ |
| 16 | ☐ | OTC 10.28.240 | No parking certain hours | $ |
| 17 | ☐ | OTC 10.28.250 | No parking any time | $ |
| 18 | ☐ | OTC 10.40.110 | No parking  - Taxi zone | $ |
| 19 | ☐ | OTC 10.16.110 | Failure to obey posted sign | $ |
|  | ☐ |  |  | $ |
|  | ☐ |  |  | $ |

| ☐ Unoccupied | Comments: |
|---|---|
| ☐ Driver | *1007 in Parked bus* |
| ☐ Passenger only | |

SEE REVERSE FOR FURTHER INFORMATION AND DETA

CITATION NUMBER

RECEIPT - NOT A LICENSE OR PERMIT

NOT A VERIFIED IDENTIFICATION

APPLICATION FOR DL ORIGINAL

D8388827          CLASS: C

JIMMIE TARUS STRINGER
P O BX 1421
OAKLAND          CA  94621

AMOUNT DUE  - CASH:          26.00
AMOUNT RCVD - CHCK:          30.00
             - CRDT:
             - CARD:

CASH BACK                     4.00

IF THIS APPLICATION IS NOT COMPLETED
BY 11-06-07, IT WILL BE CANCELLED

110606    OFFICE -504   110606   ...

PARKING CITATION ASSISTANCE CENTER
Administrative Review-Notice of Final Decision

(510) 451-0423
FAX (510) 986-2699
TDD (510) 839-6451

January 23, 2007

Stringer Jimmie
PO Box 1421
Oakland CA 94604

Tick · :: 828185040
Issued ~~:ate 10/31/2006
License: AR8701 GA
Violation: 10.28.240

An Administrative Review of your submission relating to citation number 828185040 has been completed by City of Oakland staff. After investigation, we found that the citation was properly issued. You must now pay the penalty by the due date. If you want to appeal this decision, follow the instructions detailed below. The explanation of our findings is as follows.

Your request for an administrative review contained insufficient evidence to warrant a dismissal. Therefore, we are unable to dismiss this citation.

TO REQUEST AN ADMINISTRATIVE HEARING:

Please indicate which type of hearing you would like on the portion below. Return it along with the full amount due as a deposit for the hearing (CVC40215). Your Administrative Hearing Request and deposit MUST be postmarked by the deadline below or the penalty will be increased and you will NOT have another opportunity to be heard before an independent Hearing Examiner. If you choose to have a written hearing, include all relevant information and documents. You may defer payment until your hearing if you meet the City's approved poverty income level. Obtain a "Deposit Waiver Application" from the address listed below; it must be submitted along with your request for an Administrative Hearing by the deadline below. You will be notified by mail of the date and time of your hearing.

PARKING CITATION ASSISTANCE CENTER
Administrative Review-Notice of Final Decision

(510) 451-0423
FAX (510) 986-2699
TDD (510) 839-6451

January 23, 2007

Jimmie Stringer
PO Box 1421
Oakland CA 94604

Ticket: 82818S039
Issued on: 10/31/2006
License: ARS701 GA
Violation: 5204

An Administrative Review of your submission relating to citation number 82818S039 has been completed by City of Oakland staff. After investigation, we found that the citation was properly issued. You must now pay the penalty by the due date. If you want to appeal this decision, follow the instructions detailed below. The explanation of our findings is as follows.

Your request for an administrative review contained insufficient evidence to warrant a dismissal. Therefore, we are unable to dismiss this citation.

TO REQUEST AN ADMINISTRATIVE HEARING:
Please indicate which type of hearing you would like on the portion below. Return it along with the full amount due as a deposit for the hearing (CVC40215). Your Administrative Hearing Request and deposit MUST be postmarked by the deadline below or the penalty will be increased and you will NOT have another opportunity to be heard before an independent Hearing Examiner. If you choose to have a written hearing, include all relevant information and documents. You may defer payment until your hearing if you meet the City's approved poverty income level. Obtain a "Deposit Waiver Application" from the address listed below; it must be submitted along with your request for an Administrative Hearing by the deadline below. You will be notified by mail of the date and time of your hearing.

## PARKING CITATION — CITY OF OAKLAND

### Citation No. 82207522

ʰᵖI 225i026280 5ᵘⁱ

| Field | Value |
|---|---|
| ISSUE DATE (MM DO YY) | 03 07 07 |
| RPT DIST | 133 |
| STATE LICENSE NUMBER | 5WEN547 |
| MAKE | ACURA |
| BODY TYPE | 4DR |
| STATE | CA |
| COLOR | WHT |
| EXP (MM YY) | 0007 |
| TIME ISSUED | 1025 |
| VIN LAST 4 DIGITS | 4350 |
| STREET NAME / LOCATION | MCL SWEENEY |
| BADGE # | 170 |
| STREET/METER # | 1411 |
| OFFICER | |
| COMPLAINANT | |

**CALIFORNIA VEHICLE CODE VIOLATION**
- 5204 ( ) Current Tags Not Attached
- 22500 Improper Parking
- 10.16.070 Vehicles on Private Property
- 10.16.110 Obedience to Barriers & Signs
- 10.28.190 Vehicles on Two Hour Zone
- ☒ 10.28.240 No Parking Certain Hours
- 10.28.250 No Parking Anytime
- 10.36.050 Meter Expired (On Street)
- 10.36.100 Meter Expired (Off Street)
- 10.40.020 No Parking Red Zone
- 10.40.060 No Parking Yellow Zone
- 10.40.070 No Parking White Zone

**OAKLAND MUNICIPAL CODE VIOLATION**

COMMENTS/VIN NUMBER
OTHER  OMC  VC

RETURN CITATION WITH PAYMENT

---

### Citation No. 82207511

ʰᵖI 1150262805ᵘⁱⁱ

| Field | Value |
|---|---|
| ISSUE DATE (MM DO YY) | 03 07 07 |
| RPT DIST | 133 |
| STATE LICENSE NUMBER | 5WEN537 |
| MAKE | ACURA |
| BODY TYPE | 4DR |
| STATE | CA |
| COLOR | WHT |
| EXP (MM YY) | 0607 |
| TIME ISSUED | 1023 |
| VIN LAST 4 DIGITS | 4350 |
| STREET NAME / LOCATION | MCL SWEENEY |
| BADGE # | 170 |
| STREET/METER # | 1411 |
| OFFICER | |
| COMPLAINANT | |

**CALIFORNIA VEHICLE CODE VIOLATION**
- 5204 ( ) Current Tags Not Attached
- 22500 Improper Parking
- 10.16.070 Vehicles on Private Property
- 10.16.110 Obedience to Barriers & Signs
- 10.28.190 Vehicles on Two Hour Zone
- 10.28.240 No Parking Certain Hours
- 10.28.250 No Parking Anytime
- ☒ 10.36.050 Meter Expired (On Street)
- 10.36.100 Meter Expired (Off Street)
- 10.40.020 No Parking Red Zone
- 10.40.060 No Parking Yellow Zone
- 10.40.070 No Parking White Zone

**OAKLAND MUNICIPAL CODE VIOLATION**

COMMENTS/VIN NUMBER
OTHER  OMC  VC

RETURN CITATION WITH PAYMENT

**PARKING CITATION**
CITY OF OAKLAND

828976093

| Field | Value |
|---|---|
| ISSUE DATE (MM DD YY) | 02 27 07 |
| RPT DIST | 35 |
| TIME ISSUED | 0915 |
| STATE LICENSE NUMBER | 5WEH5 |
| STATE | CA |
| EXP (MM YY) | 08 07 |
| MAKE | ACUR |
| BODY TYPE | 4DR |
| COLOR | WHT |
| 2 TONE | |
| VIN LAST 4 DIGITS | 0135 |
| STREET METER # | 1403 |
| STREET NAME / LOCATION | MacARTHUR / LUTHER |
| BADGE # | 328 |
| OFFICER | |
| COMPLAINANT | |

**CALIFORNIA VEHICLE CODE VIOLATION**
- [ ] 5204 ( ) Current Tags Not Attached
- [ ] 10.16.070 Vehicles on Private Property
- [ ] 22500 Improper Parking
- [ ] 10.16.110 Obedience to Barriers & Signs

**OAKLAND MUNICIPAL CODE VIOLATION**
- [ ] 5.28.190 Two Hour Zone
- [ ] 10.28.240 No Parking Certain Hours
- [ ] 10.36.050 Meter Expired (On Street)
- [ ] 10.36.250 Parking Anytime
- [ ] 10.36.100 Meter Expired (Off Street)
- [ ] 10.40.020 No Parking Red Zone
- [X] 10.40.060 No Parking Yellow Zone
- [ ] 10.40.070 No Parking White Zone

OTHER [ ]
OMC [ ]  VC [ ]
COMMENTS/VIN NUMBER

RETURN CITATION WITH PAYMENT

‖ 508 28976093 ‖

---

**PARKING CITATION**
CITY OF OAKLAND

828933908

| Field | Value |
|---|---|
| ISSUE DATE (MM DD YY) | |
| RPT DIST | |
| TIME ISSUED | 0120 |
| STATE LICENSE NUMBER | 5WEN527 |
| STATE | CA |
| EXP (MM YY) | |
| MAKE | |
| BODY TYPE | |
| COLOR | |
| 2 TONE | |
| VIN LAST 4 DIGITS | |
| STREET METER # | |
| STREET NAME / LOCATION | |
| BADGE # | 170 |
| OFFICER | |
| COMPLAINANT | |

**CALIFORNIA VEHICLE CODE VIOLATION**
- [ ] 5204 ( ) Current Tags Not Attached
- [ ] 10.16.070 Vehicles on Private Property
- [ ] 22500 Improper Parking
- [ ] 10.16.110 Obedience to Barriers & Signs

**OAKLAND MUNICIPAL CODE VIOLATION**
- [ ] 10.28.190 Two Hour Zone
- [ ] 10.28.240 No Parking Certain Hours
- [X] 10.36.050 Meter Expired (On Street)
- [ ] 10.36.250 No Parking Anytime
- [ ] 10.36.100 Meter Expired (Off Street)
- [ ] 10.40.020 No Parking Red Zone
- [ ] 10.40.060 No Parking Yellow Zone
- [ ] 10.40.070 No Parking White Zone

OTHER [ ]
OMC [ ]  VC [ ]
COMMENTS/VIN NUMBER

RETURN CITATION WITH PAYMENT

‖ 508 28933908 ‖

---

**PARKING CITATION**
CITY OF OAKLAND

828933919

| Field | Value |
|---|---|
| ISSUE DATE (MM DD YY) | |
| RPT DIST | |
| TIME ISSUED | 1235 |
| STATE LICENSE NUMBER | |
| STATE | CA |
| EXP (MM YY) | |
| MAKE | |
| BODY TYPE | |
| COLOR | |
| 2 TONE | |
| VIN LAST 4 DIGITS | |
| STREET METER # | |
| STREET NAME / LOCATION | |
| BADGE # | 170 |
| OFFICER | |
| COMPLAINANT | |

**CALIFORNIA VEHICLE CODE VIOLATION**
- [ ] 5204 ( ) Current Tags Not Attached
- [ ] 10.16.070 Vehicles on Private Property
- [ ] 22500 Improper Parking
- [ ] 10.16.110 Obedience to Barriers & Signs

**OAKLAND MUNICIPAL CODE VIOLATION**
- [X] 10.28.190 Two Hour Zone
- [ ] 10.28.240 No Parking Certain Hours
- [ ] 10.36.050 Meter Expired (On Street)
- [ ] 10.36.250 No Parking Anytime
- [ ] 10.36.100 Meter Expired (Off Street)
- [ ] 10.40.020 No Parking Red Zone
- [ ] 10.40.060 No Parking Yellow Zone
- [ ] 10.40.070 No Parking White Zone

OTHER [ ]
OMC [ ]  VC [ ]
COMMENTS/VIN NUMBER

RETURN CITATION WITH PAYMENT

‖ 508 28933919 ‖

**PARKING CITATION**
CITY OF OAKLAND
**82893454 6**

| | |
|---|---|
| ISSUE DATE (MM DD YY) | RPT DIST |
| STATE LICENSE NUMBER | STATE | EXP (MM YY) | TIME ISSUED |
| MAKE | BODY TYPE | COLOR | 2 TONE |
| VIN LAST 4 DIGITS | | | |
| STREET NAME / LOCATION | STREET/METER # | | |
| BADGE # | | | |

COMPLAINANT   OFFICER

**CALIFORNIA VEHICLE CODE VIOLATION**

**OAKLAND MUNICIPAL CODE VIOLATION**

- 5204 Current Tags
- 22500 Improper Parking
- Not Attached
- 10.16.070 Vehicles on Private Property
- 10.16.110 Obedience to Barriers & Signs
- 10.28.190 Two Hour Zone
- 10.28.240 Certain Hours
- 10.28.250 No Parking Anytime
- 10.36.050 No Parking (On Street)
- 10.36.100 Meter Expired (On Street)
- 10.40.020 No Parking Red Zone
- 10.40.060 Meter Expired Yellow Zone
- 10.40.070 No Parking White Zone

COMMENTS/VIN NUMBER
OMC   VC
OTHER

RETURN CITATION WITH PAYMENT

---

**PARKING CITATION**
CITY OF OAKLAND
**82894897 8**

| | |
|---|---|
| ISSUE DATE (MM DD YY) | RPT DIST |
| STATE LICENSE NUMBER | STATE | EXP (MM YY) | TIME ISSUED |
| MAKE | BODY TYPE | COLOR | 2 TONE |
| VIN LAST 4 DIGITS | | | |
| STREET NAME / LOCATION | STREET/METER # | | |
| BADGE # | | | |

COMPLAINANT   OFFICER

**CALIFORNIA VEHICLE CODE VIOLATION**

**OAKLAND MUNICIPAL CODE VIOLATION**

- 5204 Current Tags
- 22500 Improper Parking
- Not Attached
- 10.16.070 Vehicles on Private Property
- 10.16.110 Obedience to Barriers & Signs
- 10.28.190 Two Hour Zone
- 10.28.240 Certain Hours
- 10.28.250 No Parking Anytime
- 10.36.050 No Parking (On Street)
- 10.36.100 Meter Expired (On Street)
- 10.40.020 No Parking Red Zone
- 10.40.060 Meter Expired Yellow Zone
- 10.40.070 No Parking White Zone

COMMENTS/VIN NUMBER
OMC   VC
OTHER

RETURN CITATION WITH PAYMENT

---

**PARKING CITATION**
CITY OF OAKLAND
**82893403 0**

| | |
|---|---|
| ISSUE DATE (MM DD YY) | RPT DIST |
| STATE LICENSE NUMBER | STATE | EXP (MM YY) | TIME ISSUED |
| MAKE | BODY TYPE | COLOR | 2 TONE |
| VIN LAST 4 DIGITS | | | |
| STREET NAME / LOCATION | STREET/METER # | | |
| BADGE # | | | |

COMPLAINANT   OFFICER

**CALIFORNIA VEHICLE CODE VIOLATION**

**OAKLAND MUNICIPAL CODE VIOLATION**

- 5204 Current Tags
- 22500 Improper Parking
- Not Attached
- 10.16.070 Vehicles on Private Property
- 10.16.110 Obedience to Barriers & Signs
- 10.28.190 Two Hour Zone
- 10.28.240 Certain Hours
- 10.28.250 No Parking Anytime
- 10.36.050 No Parking (On Street)
- 10.36.100 Meter Expired (On Street)
- 10.40.020 No Parking Red Zone
- 10.40.060 Meter Expired Yellow Zone
- 10.40.070 No Parking White Zone

COMMENTS/VIN NUMBER
OMC   VC
OTHER

RETURN CITATION WITH PAYMENT

## Citation 1

**PARKING CITATION**
**CITY OF OAKLAND**

**82857314**

⑆7⑘9⑈1⑈E⑈5⑇8⑇2⑈8⑇0⑇5⑆

| Field | |
|---|---|
| ISSUE DATE (MM DD YY) | |
| STATE LICENSE NUMBER | RPT DIST |
| MAKE | BODY TYPE | TIME ISSUED |
| VIN LAST 4 DIGITS | STATE |
| STREET NAME / LOCATION | COLOR | EXP (MM YY) |
| BADGE # | 2 TONE |
| STREET METER # |

COMPLAINANT

OFFICER

**CALIFORNIA VEHICLE CODE VIOLATION**
5204 (_) 22500
Current Tags    Improper Parking
Not Attached
**OAKLAND MUNICIPAL CODE VIOLATION**
Vehicles on    10.16.070    10.16.110
Private Property    Obedience to Barriers & Signs
10.28.190    10.28.240
Two Hour    Certain Hours
Zone
10.28.250    10.36.050
No Parking    Meter Expired
Anytime    (On Street)
10.36.100    10.40.020
Meter Expired    No Parking
(Off Street)    Red Zone
10.40.060    10.40.070
No Parking    No Parking
Yellow Zone    White Zone

OTHER
OMC    VC
COMMENTS/VIN NUMBER

RETURN CITATION WITH PAYMENT

## Citation 2

**PARKING CITATION**
**CITY OF OAKLAND**

**82802481**

⑆1⑈9⑇8⑈7⑇2⑈0⑇8⑇2⑈8⑇0⑇5⑆

| Field | |
|---|---|
| ISSUE DATE (MM DD YY) | |
| STATE LICENSE NUMBER | RPT DIST |
| MAKE | BODY TYPE | TIME ISSUED |
| VIN LAST 4 DIGITS | STATE |
| STREET NAME / LOCATION | COLOR | EXP (MM YY) |
| BADGE # | 2 TONE |
| STREET METER # |

COMPLAINANT

OFFICER

**CALIFORNIA VEHICLE CODE VIOLATION**
5204 (_) 22500
Current Tags    Improper Parking
Not Attached
**OAKLAND MUNICIPAL CODE VIOLATION**
Vehicles on    10.16.070    10.16.110
Private Property    Obedience to Barriers & Signs
10.28.190    10.28.240
Two Hour    Certain Hours
Zone
10.28.250    10.36.050
No Parking    Meter Expired
Anytime    (On Street)
10.36.100    10.40.020
Meter Expired    No Parking
(Off Street)    Red Zone
10.40.060    10.40.070
No Parking    No Parking
Yellow Zone    White Zone

OTHER
OMC    VC
COMMENTS/VIN NUMBER

RETURN CITATION WITH PAYMENT

## Citation 3

**PARKING CITATION**
**CITY OF OAKLAND**

**82889020**

⑆5⑇0⑈2⑈0⑇6⑈8⑇8⑈2⑇8⑇0⑇5⑆

| Field | |
|---|---|
| ISSUE DATE (MM DD YY) | |
| STATE LICENSE NUMBER | RPT DIST |
| MAKE | BODY TYPE | TIME ISSUED |
| VIN LAST 4 DIGITS | STATE |
| STREET NAME / LOCATION | COLOR | EXP (MM YY) |
| BADGE # | 2 TONE |
| STREET METER # |

COMPLAINANT

OFFICER

**CALIFORNIA VEHICLE CODE VIOLATION**
5204 (_) 22500
Current Tags    Improper Parking
Not Attached
**OAKLAND MUNICIPAL CODE VIOLATION**
Vehicles on    10.16.070    10.16.110
Private Property    Obedience to Barriers & Signs
10.28.190    10.28.240
Two Hour    Certain Hours
Zone
10.28.250    10.36.050
No Parking    Meter Expired
Anytime    (On Street)
10.36.100    10.40.020
Meter Expired    No Parking
(Off Street)    Red Zone
10.40.060    10.40.070
No Parking    No Parking
Yellow Zone    White Zone

OTHER
OMC    VC
COMMENTS/VIN NUMBER

RETURN CITATION WITH PAYMENT

## City of Oakland
## Parking Violation

**Citation Number**
15335232

Payment Questions:   1-800-500-6484

**Location:**
MARTIN LUTHER KING JR WY

| | |
|---|---|
| VIN: | 9350 |
| Make: | ACUR 4DR WHT |
| License: | SWEH527 CA 08/07 |
| Officer: | 328 S00380 |
| Date: | 03/02/07 09:47 AM |

**Violation:**
10.36.050
METER VIOLATION - EXPIRED

**Fine Amount:**
$35.00

**If Delinquent:**
If paid after: 21 days: $70

no dp visible

∴∵∴ : 1415

15335232

Failure to respond to 5 or more outstanding violations may result in the immobilization and/or towing of your vehicle pursuant to C.V.C. 22651 (i) Pursuant to G.C. 76000 a surcharge has been added to the penalty. Registration and equipment violations require proof of correction. Verification by a police officer, a California Highway Patrol Officer, or by any Department of Motor Vehicles representative.

## City of Oakland
## Parking Violation

**Citation Number**
15335294

Payment Questions:   1-800-500-6484

**Location:**
MARTIN LUTHER KING JR WY

| | |
|---|---|
| VIN: | 9350 |
| Make: | ACUR 4DR WHT |
| License: | SWEH527 CA 08/07 |
| Officer: | 328 S00380 |
| Date: | 03/03/07 10:43 AM |

**Violation:**
10.36.050
METER VIOLATION - EXPIRED

**Fine Amount:**
$35.00

**If Delinquent:**
If paid after: 21 days: $70

no dp visible

∴∵∴ : 1402

15335294

Failure to respond to 5 or more outstanding violations may result in the immobilization and/or towing of your vehicle pursuant to C.V.C. 22651 (i) Pursuant to G.C. 76000 a surcharge has been added to the penalty. Registration and equipment violations require proof of correction. Verification by a police officer, a California Highway Patrol Officer, or by any Department of Motor Vehicles representative.

## PARKING CITATION
## CITY OF OAKLAND
82820 4256

‖‖ 952 402 82 805 ‖‖

| | |
|---|---|
| ISSUE DATE (MM DD YY) | RPT DIST   TIME ISSUED |
| STATE LICENSE NUMBER | EXP (MM YY) |
| MAKE | BODY TYPE   COLOR   2 TONE |
| VIN LAST 4 DIGITS | STREET METER # |
| STREET NAME / LOCATION | |
| BADGE # | OFFICER |
| COMPLAINANT | |

**CALIFORNIA VEHICLE CODE VIOLATION**

☐ 5204 (a) Current Tags Not Attached   ☐ 22500 Improper Parking

**OAKLAND MUNICIPAL CODE VIOLATION**

☐ 10.16.070 Vehicles on Private Property   ☐ 10.16.110 Obstructed to Barriers & Signs

☐ 10.28.190 Two Hour Zone   ☐ 10.28.240 No Parking Certain Hours

☐ 10.28.250 No Parking Anytime   ☐ 10.36.050 Meter Expired (On Street)

☐ 10.36.160 Meter Expired (Off Street)   ☐ 10.40.020 No Parking Red Zone

☐ 10.40.060 No Parking Yellow Zone   ☐ 10.40.070 No Parking White Zone

COMMENTS/VIN NUMBER

☐ OTHER   ☐ CMC   ☐ VC

RETURN CITATION WITH PAYMENT

# City of Oakland
## Parking Violation

**Citation Number**
153929325

Payment Questions: 1-800-500-6484

| | |
|---|---|
| **Date:** | 03/26/07  09:14 AM |
| **Officer:** | 323   S00388 |
| **License:** | 5WEH527   CA  08/07 |
| **Make:** | ACUR  2DR   WHT |
| **VIN:** | 9350 |

**Location:**
MARTIN LUTHER KING JR WY

**Violation:**
10.36.050
METER VIOLATION - EXPIRED

**Fine Amount:**
$35.00

**If Delinquent:**
If paid after 21 days: $70



153929325

Failure to respond to 5 or more outstanding violations may result in the immobilization and/or towing of your vehicle pursuant to C.V.C. 22651 (i). Pursuant to G.C. 76000 a surcharge has been added to the penalty. Registration and equipment violations require proof of correction, verification by a police officer, a California Highway Patrol Officer, or by any Department of Motor Vehicles representative.

: 1407

---

# City of Oakland
## Parking Violation

**Citation Number**
153614165

Payment Questions: 1-800-500-6484

| | |
|---|---|
| **Date:** | 03/24/07  03:48 PM |
| **Officer:** | 328   S00384 |
| **License:** | 5WEH527   CA  08/07 |
| **Make:** | ACUR  2DR   WHT |
| **VIN:** | NV |

**Location:**
MARTIN LUTHER KING JR WY

**Violation:**
10.36.050
METER VIOLATION - EXPIRED

**Fine Amount:**
$35.00

**If Delinquent:**
If paid after 21 days: $70

no dp visible

: 1403



153614165

Failure to respond to 5 or more outstanding violations may result in the immobilization and/or towing of your vehicle pursuant to C.V.C. 22651 (i). Pursuant to G.C. 76000 a surcharge has been added to the penalty. Registration and equipment violations require proof of correction, verification by a police officer, a California Highway Patrol Officer, or by any Department of Motor Vehicles representative.

---

# City of Oakland
## Parking Violation

**Citation Number**
153929350

Payment Questions: 1-800-50

| | |
|---|---|
| **Date:** | 03.26.07  02:25 |
| **Officer:** | 323   S00388 |
| **License:** | 5WEH527 |
| **Make:** | ACUR  2DR |
| **VIN:** | 9350 |

**Location:**
MARTIN LUTHER KING

**Violation:**
10.36.060
METER - OVERTIME

**Fine Amount:**

**If Delinquent:**
If paid after 21 days: $70

NO 2HRS METER 1407

no dp over 2 hours

153929350

Failure to respond to 5 or more outstanding violations may result in the immobilization and/or towing of your vehicle pursuant to C.V.C. 22651 (i). Pursuant to G.C. 76000 a surcharge has been added to the penalty. Registration and equipment violations require proof of correction, verification by a police officer, a California Highway Patrol Officer, or by any Department of Motor Vehicles representative.

---

# City of Oakl
## Parking Vio

**Citation Num**
150624

| | |
|---|---|
| **Date:** | 03/27/07  02:19 |
| **Officer:** | 325   S00333 |
| **License:** | 5WEH527   CA |
| **Make:** | ACUR  4DR   WH |
| **VIN:** | 9350 |

**Location:**
154 10TH ST

**Violation:**
10.28.190
TWO HOUR ZONE

**Fine Amount:**

**If Delinquent:**
If paid after 21 days: $8

150624881

Failure to respond to 5 or more outstand immobilization and/or towing your Pursuant to G.C. 76000 a surcharge h Registration and equipment violation verification by a police officer, a Californ any Department of Motor Vehicles repres

# City of Oakland
## Parking Violation

Citation Number
150624881

Payment Questions:    1-800-500-6484

Date:         03/27/07 02:19 PM
Officer:      325    S00333
License:      5WEH527    CA 08/07
Make:         ACUR 4DR    WHT
VIN:          9350

Location:
154 10TH ST

Violation:
10:28.190
TWO HOUR ZONE
Fine Amount:                    $40.00
If Delinquent:
If paid after 21 days: $80.00

03/27/07 11:54AM

no dp over 2 hours

150624881

Failure to respond to 5 or more outstanding violations may result in the immobilization and/or towing of your vehicle pursuant to C.V.C 22651 (i). Pursuant to G.C. 76000 a surcharge has been added to the penalty. Registration and equipment violations require proof of correction verification by a police officer, a California Highway Patrol Officer, or by any Department of Motor Vehicles representative.

---

# City of Oakland
## Parking Violation

Citation Number
153335347

Payment Questions:    1-800-500-6484

Date:         03/03/07 04:56 PM
Officer:      328    S00380
License:      5WEH527    CA 08/07
Make:         ACUR 4DR    WHT
VIN:          9350

Location:
1401 MARTIN LUTHER KING JR WY

Violation:
10:36.050
METER VIOLATION - EXPIRED
Fine Amount:                    $35.00
If Delinquent:
If paid after 21 days: $70

no dp visible

153335347

Failure to respond to 5 or more outstanding violations may result in the immobilization and/or towing of your vehicle pursuant to C.V.C 22651 (i). Pursuant to G.C. 76000 a surcharge has been added to the penalty. Registration and equipment violations require proof of correction verification by a police officer, a California Highway Patrol Officer, or by any Department of Motor Vehicles representative.

---

# City of Oakland
## Parking Violation

Citation Number
150923817

Payment Questions:    1-800-500-6484

Date:         03/23/07 10:40 PM
Officer:      328    S00341
License:      5WEH527    CA 08/07
Make:         ACUR 4DR    WHT
VIN:          9350

Location:
MARTIN LUTHER KING JR WY

Violation:
10:36.050
METER VIOLATION - EXPIRED
Fine Amount:                    $35.00
If Delinquent:
If paid after 21 days: $70

no dp visible

1416

150923817

Failure to respond to 5 or more outstanding violations may result in the immobilization and/or towing of your vehicle pursuant to C.V.C 22651 (i). Pursuant to G.C. 76000 a surcharge has been added to the penalty. Registration and equipment violations require proof of correction verification by a police officer, a California Highway Patrol Officer, or by any Department of Motor Vehicles representative.

RECEIPT - NOT A LICENSE OR PERMIT

NOT A VERIFIED IDENTIFICATION

APPLICATION FOR DL ORIGINAL

D8388827          CLASS: C

JIMMIE TARUS STRINGER
P O BX 1421
OAKLAND          CA  94621

AMOUNT DUE    :  CASH:       26.00
AMOUNT RCVD  -   CHCK:       30.00
             -   CRDT:
             -   CARD:

CASH BACK    :               4.00

IF THIS APPLICATION IS NOT COMPLETED
BY 11-06-07, IT WILL BE CANCELLED

110606    OFFICE -504    110606  E1/5020   192

***CUSTOMER RECEIPT COPY***

*** D I S A B L E D   P E R S O N   P L A C A R D ***

EXPIRES: 02/17/2007

PLACARD NUMBER: I675489        PIC: 1        TV: 91

DATE ISSUED: 08/17/06

MO/YR: MV

STRINGER JIMMIE T
1446 FRANKLIN ST

DT FEES RECVD: 08/17/06

OAKLAND
CA                  94601

AMT DUE     -   CASH :
AMT RECVD   -   CHCK :          6.00
            -   CRDT :          6.00

CO: 01

E10  504 34 0000600 0028 CS  E10 081706 N2  I675489

```
FEE1  B01 A LEF  P  GFEE1 PCDS  50433816   39 VF01E      0 120406 1645 VDAP
                    *** G E N E R A T E D   F E E S ***
01 CURR RF          31.00   16                    31
02 CURR CHP          9.00   17                    32
03 CURR VLF         15.00   18                    33
04 CURR SAFE         1.00   19                    34
05 CURR FID          1.00   20                    35
06 CUR AUTO/DUI      1.00   21                    36
07 CURR ABN VEH      1.00   22                    37
08 CURR AIR QLT      6.00   23                    38
09 USE TAX         201.00   24                    39
10 N/R ORIG SF      16.00   25                    40
11 RLP FEE           1.00   26                    41
12  REG PEN         30.00   27                    42
13   VLF PEN         6.00   28                    43
    X PEN           20.00   29                    44
                            30

                                          TOTAL FEES DUE:      339.00

MT-        REASON-           PASSWORD-           CURR EXP DATE:
 0-        VESSEL TAX BYPASS-                    NEW EXP DATE: 08/14/07
                             VIN- JH4CC2559NC019350
PF1   NO RENEWAL-PF2   KEY FEES-PF3   FALLBACK   RESTART   CANCEL
```

# VOTER REGISTRATION FORM RECEIPT

(NOT A VERIFIED IDENTIFICATION OR RECORDED VOTER REGISTRATION)

---

**NOTICE: IF YOU CHANGE YOUR ADDRESS, NAME, OR POLITICAL PARTY YOU MUST REREGISTER TO VOTE**

---

DL/ID#: D8388827

JIMMIE TARUS STRINGER

5725 INTERNATIONAL BLVD

OAKLAND                     CA

DOB: 11-19-71              Y: NEW REGISTRATION

PRIOR INFO:

---

**ATTENTION VOTER APPLICANT**

THIS IS THE ONLY RECEIPT YOU WILL RECEIVE TO VERIFY YOUR REQUEST TO REGISTER TO VOTE FROM DMV. KEEP THIS RECEIPT UNTIL YOU RECEIVE A VOTER NOTIFICATION CARD FROM THE COUNTY ELECTIONS OFFICE. IF YOU DO NOT RECEIVE THE VOTER NOTIFICATION CARD WITHIN FOUR WEEKS, CONTACT YOUR LOCAL COUNTY ELECTIONS OFFICE.

**THIS RECEIPT IS FOR TRACKING PURPOSES**

OFFICE - 504                                TRANSACTION DATE: 110606                                P1

R60999335H 4VJH4CC2559NC019350

DATE: 11/03/06   TIME: 14:38
PENDING RECORD INSURANCE STATUS NOT CHECKED
PENDING MASTER FILE RECORD
LIC#:2915515 YRMD:92 MAKE:ACUR BTM :4D VIN :JH4CC2559NC019350
R/O :STRINGER JIMMIE, 5725 INTERNATIONAL BLVD CITY:OAKLAND C.C.:01
ALCO:07 ZIP#:94621
RCID:10/05/06 LOCD:0
TYPE:00 POWR:G VEH :13 BODY:0 CLAS:AP *-YR:06
REC STATUS:
10/05/06 REFLECTORIZED LICENSE PLATE
10/05/06           VEHICLE VALUE: 0002300

RIP OFC:504 D:10/05/06 ID/S:340034 T:B00 V:0000000 R:04       RT:

END

TEST RESULTS - NOT A LICENSE TO DRIVE - NOT A VERIFIED IDENTIFICATION

TYPE APP: DL ORIGINAL
FEE DUE YEAR:
REST:                          ATT:              PREV CLASS:        DL #: D8388827        DL EXP DATE: NONE
                                                 END/CERT:          APP CLASS: F

JIMMIE TARUS STRINGER
P O BX 1421
M H:BLK HZL  6-00  170  *BD:11-19-71*              OAKLAND              CA    94621

APP DATE: 11-06-06   O/S LIC: GA                    LIC LOC: A           R/P:
    MINOR:         DRIVER ED:                   DRIVER TRNG:        M/C TRNG:
    IP ISS:          IP CL:                       TEMP ISS:          TEMP CL:
LAW FAIL:

CL F        -----DRIVE-----        CL M          --MC/SKILL--          W/P        SIGNS
    0

VISION: P     ORAL:              F/L:            # OF LT YEARS:
RESTR:                          ATTCH:           MEDICAL EXP:

INCOMPLETE APP: WF              504    111506    21    641

CALIFORNIA DEPARTMENT OF MOTOR VEHICLES
***CUSTOMER RECEIPT COPY***
REGISTRATION
INFORMATION REQUEST
12/11/06

R6299933504429155LS

DATE: 12/11/06  TIME: 10:32
PENDING RECORD INSURANCE STATUS NOT CHECKED
PENDING MASTER FILE RECORD
LIC#:2915515 YRMD:92 MAKE:ACUR BTM :4D VIN :JH4CC2559NC019350
R/O :STRINGER JIMMIE, 5725 INTERNATIONAL BLVD CITY:OAKLAND C.C.:01
ALCO:07 ZIP#:94621
RCID:11/06/06 LOCD:0
TYPE:00 POWR:G VEH :13 BODY:0 CLAS:AP *-YR:06
RBC STATUS:
11/06/06 REFLECTORIZED LICENSE PLATE
12/04/06 ELECTRONIC SMOG CERT VALID UNTIL 03/04/07
11/06/06 VEHICLE VALUE: 0002300
TIP OFC:504 D:12/04/06 ID/S:164510 T:B00

* * * END * * *



A Public Service Agency

## VEHICLE MOVING PERMIT

(Sections 4002, 4604, 11716 V.C.)

**VEHICLE MUST HAVE A VALID PLANNED NON-OPERATION STATUS ON RECORD, BE EXEMPT FROM THE PLANNED NON-OPERATION LAW, OR HAVE REGISTRATION FEES ON DEPOSIT.**

VEHICLE LICENSE NUMBER (IF ANY)

_A45 7019_

VEHICLE IDENTIFICATION NUMBER (VIN)    MAKE OF VEHICLE

_5 H4CC2559_    _Accura Vigor_

The above vehicle will be moved *(check one item only)*:

☐ From dealer's, distributor's, or manufacturer's place of business for alteration.

☐ From current storage to a new storage location.

☐ For repair or alteration.

☐ To be permanently wrecked or dismantled.

☒ For inspection, smog inspection, or weighing.

☐ For construction (incomplete vehicle).

☐ From vessel, railroad depot or warehouse to a manufacturer's, re-manufacturer's, distributor's, transporter's, or dealer's warehouse or salesroom.

***This permit must be carried with the vehicle when it is moved and presented to the department when the vehicle is registered. This permit is issued for ONE DAY ONLY.***

**NOTE:** This permit does not exempt you from applicable liability insurance laws.

SIGNATURE OF APPLICANT    DAYTIME TELEPHONE NUMBER

_Jimmie Stringer_    _510·353-2273_

PRINTED NAME OF APPLICANT OR BUSINESS

_5225 International    Oakland Ca· 94621_

ADDRESS    CITY

VALID ONLY FOR MOVEMENT ON THIS DATE:    _11/15-16/06_

APPROVED BY (Authorized Employee Department of Motor Vehicles or California Highway Patrol)

OFFICE    DATE ISSUED

504 NOV 15 2006

REG 172 (REV. 9/99)

DEPARTMENT OF MOTOR VEHICLES PLACARD IDENTIFICATION CARD

THIS IDENTIFICATION CARD OR FACSIMILE COPY IS TO BE CARRIED BY THE PLACARD
OWNER. PRESENT IT TO ANY PEACE OFFICER UPON DEMAND. IMMEDIATELY NOTIFY DMV
BY PHONE OR MAIL OF ANY CHANGE OF ADDRESS. WHEN PARKING, HANG THE PLACARD
FROM THE REAR VIEW MIRROR. REMOVE IT WHEN DRIVING.

PLACARD HOLDER:    STRINGER JIMMIE T
                   1446 FRANKLIN ST

PLACARD#:    I675489
EXPIRES:     02/17/2007
DOB:         01/19/1971
ISSUED:      08/17/06
TYPE:        N2

                   OAKLAND
                   CA        94601

PURCHASE OF FUEL (BUSINESS & PROFESSIONS CODE 13660):
STATE LAW REQUIRES SERVICE STATIONS TO REFUEL A DISABLED PERSON'S VEHICLE
AT SELF-SERVICE RATES, EXCEPT SELF-SERVICE FACILITIES WITH ONLY ONE CASHIER.

WHEN YOUR PLACARD IS PROPERLY DISPLAYED, YOU MAY PARK IN/ON:
*DISABLED PERSON PARKING SPACES (BLUE ZONES) *METERED ZONES WITHOUT PAYING
*GREEN ZONES WITHOUT RESTRICTIONS TO TIME LIMITS *STREETS WHERE
PREFERENTIAL PARKING PRIVILEGES ARE GIVEN TO RESIDENTS AND MERCHANTS.

YOU MAY NOT PARK IN/ON: *RED ZONES *TOW AWAY ZONES *WHITE OR YELLOW ZONES
*SPACES MARKED BY CROSSHATCH LINES NEXT TO DISABLED PERSON PARKING SPACES.

IT IS CONSIDERED MISUSE: *TO DISPLAY A PLACARD UNLESS THE DISABLED OWNER
IS BEING TRANSPORTED *TO DISPLAY A PLACARD WHICH HAS BEEN CANCELLED OR
REVOKED *TO LOAN YOUR PLACARD TO ANYONE, INCLUDING FAMILY MEMBERS.
MISUSE IS A MISDEMEANOR (SECTION 4461VC) AND CAN RESULT IN CANCELLATION OR
REVOCATION OF THE PLACARD, LOSS OF PARKING PRIVILEGES, AND/OR FINES.



**Alameda County Sheriff's Office/Peralta Police Services**
333 East 8th Street
Oakland, California  94606
(510)466-7237

November 22, 2006

Jimmie Stringer
5725 International Blvd
Oakland, California  94621

Agency Name:    Peralta Community College District
Citation Number:  JC207863

**We have completed the Level I Appeal, the results are as follows:**

☒    **Citation Valid**            ☐    **Citation Dismissed**

**Explanation of results:**

☐    A one time dismissal has already been granted.

☐    To park in the Laney College parking lot: you must have a student I.D. decal _and_ a
     current daily parking permit _or_ a current semester parking permit.

☐    The parking regulations for Peralta Community College District are: in the class schedule,
     online, in the Personal Safety Handbook and posted throughout all Peralta Community College
     District parking lots.

☐    Signs and/or regulations are posted throughout all Peralta Community College District
     parking lots.

☐    Vehicles must be parked within marked stalls and/or spaces.

☐    Parking permits must be properly displayed at all times.

☒    It is past the 21 day appeal process.

☐    Other:

_____

_____

☐    Dismissed in the interest of justice.

☐    One time dismissal.

**SGT. K.T. GUMS, #1268** ✗
_____
**Examiner's Signature**

        11  27  06
        _____
        Date of results

        11 27 06        SH
        _____
        Date mailed

If you are dissatisfied with the Level I results, you may file a Level II Appeal; however, this _must_ be done within
21 calendar days following the mailing of the results of the Level I Appeal.  You may pick up a
Level II Appeal from: Peralta Police Services, 333 East 8th Street, Oakland, CA  94606, between the hours of 7:00
a.m. and 7:00 p.m.

cc:  Reino Enforcement Technology/Duncan Solutions
     Peralta Police Services file                                                                      10/03/2006

Exhibit-C



# *Auto Glass Experts*

P.O. Box 792 • Oakland, CA 94604
**1-800-970-2024** • Fax: 510-532-6115
TAX ID: 87-0714740

**Work Order No.**

8710

Schedule Date: _____ Time: _____     Account No.: _____ Salesman: _____

Name: ___Timmy Stringer___

Address: _____

Home No. _____

Bus. No. _____

Year: ____112____

Make: ___Acura___

Model: ___Vigor___

Style: _____

VIN No. _____

Mileage: _____

License: _____

Bill to: _____

Address: _____

Office. No. _____

Fax No. _____

Policy Name: _____

Policy No. _____

Claim No. _____

Agent Name: _____

Agent No. _____

Date of Loss: _____

Deductible Amount: _____

| ❑ Cash | ❑ Retail | ❑ Wholesale | ❑ Charge Card | ❑ Insurance | ❑ On Account | ❑ Return/Credit |
|---|---|---|---|---|---|---|

## *SORRY, PERSONAL CHECKS NOT ACCEPTED*

| QTY. | PART NO. | DESCRIPTION | LABOR | MATERIAL |
|---|---|---|---|---|
| 1 | FD4710 | LKD | | 120 0 |
| | | | | |
| | | D / cash · | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 4 |
| | | | | |

I hereby authorize repair work to be done. Signature _____

The work has been completed to my satisfaction. I authorize my Insurance Company to pay direct to Auto Glass Experts the full amount due to me under the terms of my policy. I understand if, for any reason, the insurance company does not pay this claim, I will be responsible for the payment of the same. I hereby grant to Auto Glass Experts Power of Attorney to sign or endorse any checks and/or drafts made payable to me, and any releases thereto, as settlement for this claim.

Signature _____  Date _____

| SUB TOTAL | | |
|---|---|---|
| TAX | | |
| LABOR | | |
| TOTAL | 120 | 00 |
| DEPOSIT/DED. | | |
| **BALANCE DUE** | | |

# VEHICLE REPORT 536-254 (4/04)
## OAKLAND POLICE DEPARTMENT    DO NOT SEPARATE PAGES

**RD NO.** 0100 378 77

| 65. ROUTING | 1. CP Beat | 2. Incident No. | 3. Current Owner | 4. License No. | State |
|---|---|---|---|---|---|
| ☐ CID | 26Y | 13415 | Herndon, Tri'xty | AE 57019 | GA |

| 5. Current Owner's Sex Race DOB | 6. Current Owner's Home Address | ☐ Oakland | Home Ph ( 706 ) |
|---|---|---|---|
| ☐ YSD | 1116 Rawell ~~Back~~ | Columbus Georgia | 687·0108 |

| 7. # of Persons in Custody | 8. Cont. of Offense Report ☐ Yes ☑ No | 9. Current Owner's Business Address ☐ Oakland | City/Zip | Bus. Ph ( 404 ) 227·823 |
|---|---|---|---|---|

10. If Yes, Crime or Charge(s)

11. Phonetically Spell All Letters and Numbers of License OR V.I.N. if No Plates
Whiskey four charles charles two five five three nine zero charles zero nine one three five zero

| 12. Complainant | 13. V.I.N. |
|---|---|
| | JH4CC2559NC019350 |

| 14. Vehicle Involved in Another Reported Crime ☐ Yes ☐ No ☑ Unk | 15. Year 92 | Make Acur | Model Vig | Body Type 4D | Color(s) whi | Vehicle Type ☑ Auto ☐ Truck ☐ Other |
|---|---|---|---|---|---|---|

| 16. Nature of Incident | 17. Address Where Lost/Stolen | 18. Date of Theft Time |
|---|---|---|
| Stolen 10851 | IFO 5725 E.14th | 8 May 06 2230 1930 |

| 19. Date/Time Report Taken | 20. Address Where Recovered/Towed | 21. Date/Time Recovered/Towed |
|---|---|---|
| 8 May 06 / 0005 | | |

| 22. Reporting Party – Name | Sex Race Age | Home Address ☐ Oakland | City/Zip | Home Ph ( ) | Bus. Ph ( ) |
|---|---|---|---|---|---|
| | | | | | |

| 23. Witness – Name | Sex Race Age | Home Address ☐ Oakland | City/Zip | Home Ph ( ) | Bus. Ph ( ) |
|---|---|---|---|---|---|
| | | | | | |

| **STOLEN OR LOST VEHICLE** | 24. Original Plates on Vehicle ☐ Front ☑ Rear ☐ Both ☐ None | 25. Plates Other Than Original on Vehicle | 26. Owner Applied No. |
|---|---|---|---|

| 27. Legal Owner | 28. Insurance Company | 29. Policy No. |
|---|---|---|
| Herndon, Tri'xty | State Farm | T07 2930 - C16-11 |

| 30. Keys in Ignition ☐ Yes ☑ No | 31. All Keys Accounted For ☑ Yes ☐ No | 32. Engine No. | 33. ☑ Theft Phoned In  Date/Time 7 May 06 | ☐ Clear Tow/Repo. Serial No. 447700 |
|---|---|---|---|---|

| 34. Last Person Drivin Vehicle – Name | Sex Race Age M B 35 | Home Address 1843 Makone St. | ☐ Oakland NU Atlanta | Home Ph ( 404 ) 227·8231 | Bus. Ph ( ) |
|---|---|---|---|---|---|
| Stringer, Jimmie | | | | | |

| 35. Detailed Description of Custom Accessories, Markings or Cargo | 36. Damage to Vehicle at Time of Incident |
|---|---|
| Sunroof, 18 inch rims | |

| 37. Describe Location of Theft Street | 38. Area Searched By W. Percy | Serial No. 83460 | 39. How Long Owned unk Yr(s) Mo(s) | 40. Value of Vehicle/Cargo |
|---|---|---|---|---|

| 41. SUSPECT In Custody ☐ Yes ☐ No | Name | Sex Race Age (DOB) | Height | Weight | Build | Hair | Eyes | Clothing |
|---|---|---|---|---|---|---|---|---|

| 42. Suspect's Home Address | ☐ Oakland | City/Zip | Home Phone ( ) | Bus. Phone ( ) |
|---|---|---|---|---|

| **RECOVERED OR TOWED VEHICLE** | 43. Original Plates on Vehicle ☐ Front ☐ Rear ☐ Both ☐ None | 44. Plates Other Than Original on Vehicle | 45. Owner Applied No. |
|---|---|---|---|

| 46. Keys in Ignition ☐ Yes ☐ No | 47. Condition of Ignition (Check One or More) ☐ Engine Hot-Wired ☐ Punched/Removed ☐ Forced ☐ Ignition Hot-Wired | ☐ Master/Jingle Keys ☐ Secondary Ignition | ☐ No Apparent Tampering |
|---|---|---|---|

| 48. VIN Physically Verified ☐ Yes ☐ No | 49. Outside Agency | 50. Outside Agency Report No. |
|---|---|---|

| 51. Detailed Description of Damage/Missing Parts | 52. ☐ Record Cleared ☐ RTO | HOLD ☐ Yes ☐ No ☐ Towed/No. |
|---|---|---|

| 53. Describe Location of Recovery | 54. Tech at Scene ☐ Yes ☐ No | 55. Prints Obtained ☐ Yes ☐ No | 56. Tech Tag Left ☐ Yes ☐ No | 57. Value of Recovered Vehicle |
|---|---|---|---|---|

58. If a criminal complaint is issued as a result of this police report, I hereby agree to sign said complaint and to cooperate fully in the prosecution of the case. I further agree that neither restitution nor an offer of restitution shall release me from this agreement. I hereby affirm to the best of my knowledge that the information on this form is true and accurate. I understand that when my vehicle is recovered, I am responsible for all tow and storage charges.

| Signature | Date 5-7-06 |
|---|---|

| 59. Reporting Officer/Clerk W. Percy | Serial No. 83460 | 60. Second Officer | Serial No. | 61. Approving Supervisor Shannon | Serial No. | 62. Area 3 | 63. Watch 1 | 64. Page 1 of 1 |
|---|---|---|---|---|---|---|---|---|

**VEHICLE REPORT** 536-254 (4/04)
**OAKLAND POLICE DEPARTMENT**          **DO NOT SEPARATE PAGES**

**RD NO.** 0160 3 78 77

| 1. CP Beat | 2. Incident No. | 3. Current Owner | 4. License No. | State |
|---|---|---|---|---|
| 26y | 1345 | Herndon Trixty | 19257019 | GA |

| 5. Current Owner's Sex Race DOB | 6. Current Owner's Home Address | Home Ph ( 706 |
|---|---|---|
| | 1116 Rowell East ☐ Oakland City/Zip Adams, Georgia | 687·0108 |

| 7. # of Persons in Custody | 8. Cont. of Offense Report | 9. Current Owner's Business Address ☐ Oakland City/Zip | Bus. Ph ( 404 |
|---|---|---|---|
| 0 | ☐ Yes ☑ No | | 227·8231 |

| 10. If Yes, Crime or Charge(s) |
|---|
| John henfair charles char les two-five five nine nine four clever les re oo ur ine three five zero |

| 11. Phonetically Spell All Letters and Numbers of License OR V.I.N. if No Plates |

| 12. Complainant | 13. V.I.N. |
|---|---|
| | JH4CC2559NC019350 |

| 14. Vehicle Involved in Another Reported Crime | 15. Year | Make | Model | Body Type | Color(s) | Vehicle Type |
|---|---|---|---|---|---|---|
| ☐ Yes  ☐ No  ☑ Unk | 92 | Acur | Via | 4D | Whi | ☑ Auto ☐ Truck ☐ Other |

**NARRATIVE INSTRUCTIONS**

- Identify additional suspects/witnesses as outlined above.
- List statements taken, and by whom they were taken.
- Itemize additional loss and all property/evidence confiscated.
- Summarize the circumstances of the incident.

- **Lost/Stolen/Embezzled Vehicles:** Describe any property in the vehicle at the time of the incident which might be pawned/sold. Have complainant sign agreement on page 1.
- **Recovered Vehicles:** Indicate how and where vehicle was entered and list disposition of any physical evidence.
- **Impounded Vehicles:** Describe any physical evidence which might connect the vehicle with a crime.

Upon my arrival, I spoke w/ R/p Stringer, Jimmy. He told me that he had bought his vehicle from his sister (R/o) and then drove it out to California w/ out registering it in his name. The vehicle is a 92 Acur Vig 4D whi'. unk Georgia license plates. R/p Stringer, Jimmy told me that he had parked the vehicle RFO 5725 E. 14th tonight at 1730hrs. When he come out at 2230hrs, the vehicle was missing.

The R/p has all of his keys.

I had service enter the vehicle into SVS.

Per Sgt. Armstrong, I took the report from the reporting person.

**VEHICLE REPORT** 536-254 (4/04)

**OAKLAND POLICE DEPARTMENT**     **DO NOT SEPARATE PAGES**

**RD NO.** 0 6 0 3 7 8 7 7

| 65. ROUTING | 1. CP Beat | 2. Incident No. | 3. Current Owner | 4. License No. | State |
|---|---|---|---|---|---|
| ☐ CID | 26X | 3M5 | HERDON TRIXTY | ARS 7019 | GA |

☐ YSD | 5. Current Owner's Sex Race DOB | 6. Current Owner's Home Address ☐ Oakland City/Zip | Home Ph ( 706 )
1116 ROWELL ST COLUMBUS, GA 31907 | 687-0108

☐ VICE
☐ CSD | 7. # of Persons in Custody: 02 | 8. Cont. of Offense Report ☐ Yes ● No | 9. Current Owner's Business Address ☐ Oakland City/Zip | Bus. Ph ( 404 )
227-8283

☐ TRAF
☐ D/A Vict/Wit | 10. If Yes, Crime or Charge(s) | 11. Phonetically Spell All Letters and Numbers of License OR V.I.N. if No Plates
ADAM ROBERT SAM SEVEN ZERO ONE NINE

| 12. Complainant | 13. V.I.N. |
|---|---|
| CURRENT OWNER | J H 4 C C 2 5 5 9 N C 0 1 9 3 5 0 |

| 14. Vehicle Involved in Another Reported Crime | 15. Year | Make | Model | Body Type | Color(s) | Vehicle Type |
|---|---|---|---|---|---|---|
| ☐ Yes ☐ No ☒ Unk | 92 | ACUR | VIG | 4 D | WHI | ☒ Auto ☐ Truck ☐ Other |

| 16. Nature of Incident REC | 17. Address Where Lost/Stolen | 18. Date of Theft | Time |
|---|---|---|---|
| STOLEN VEH 10851(a)V.C | | 06 MAY 06 | |

| 19. Date/Time Report Taken | 20. Address Where Recovered/Towed | 21. Date/Time Recovered/Towed |
|---|---|---|
| 11 MAY 06 / 0950 | 5401 COLISEUM WY | 11 MAY 06 / 0950 |

| 22. Reporting Party – Name | Sex Race Age | Home Address ☐ Oakland City/Zip | Home Ph ( ) | Bus. Ph ( ) |
|---|---|---|---|---|
| F. MENDOZA | 81 78 P | O.P.D | | |

| 23. Witness – Name | Sex Race Age | Home Address ☐ Oakland City/Zip | Home Ph ( ) | Bus. Ph ( ) |
|---|---|---|---|---|
| | | | | |

| **STOLEN OR LOST VEHICLE** | 24. Original Plates on Vehicle ☐ Front ☐ Rear ☐ Both ☐ None | 25. Plates Other Than Original on Vehicle | 26. Owner Applied No. |
|---|---|---|---|

| 27. Legal Owner | 28. Insurance Company | 29. Policy No. |
|---|---|---|

| 30. Keys in Ignition ☒ Yes ☐ No | 31. All Keys Accounted For ☐ Yes ☐ No | 32. Engine No. | 33. ☐ Theft Phoned in Date/Time ☐ Clear Tow/Repo. Serial No. |
|---|---|---|---|

| 34. Last Person Driving Vehicle – Name | Sex Race Age | Home Address ☐ Oakland City/Zip | Home Ph ( ) | Bus. Ph ( ) |
|---|---|---|---|---|

| 35. Detailed Description of Custom Accessories, Markings or Cargo | 36. Damage to Vehicle at Time of Incident |
|---|---|

| 37. Describe Location of Theft | 38. Area Searched By | Serial No. | 39. How Long Owned ___ Yr(s) ___ Mo(s) | 40. Value of Vehicle/Cargo |
|---|---|---|---|---|

| **41. SUSPECT In Custody** ☐ Yes ☒ No | Name unk | Sex Race Age (DOB) | Height Weight Build Hair Eyes | Clothing |
|---|---|---|---|---|

| 42. Suspect's Home Address | ☐ Oakland City/Zip | Home Phone ( ) | Bus. Phone ( ) |
|---|---|---|---|

| **RECOVERED OR TOWED VEHICLE** | 43. Original Plates on Vehicle ☐ Front ☒ Rear ☐ Both ☐ None | 44. Plates Other Than Original on Vehicle N/A | 45. Owner Applied No. N/A |
|---|---|---|---|

| 46. Keys in Ignition ☐ Yes ☒ No | 47. Condition of Ignition (Check One or More) ☐ Engine Hot-Wired ☐ Master/Jingle Keys ☐ No Apparent Tampering ☐ Punched/Removed ☐ Forced ☐ Ignition Hot-Wired ☐ Secondary Ignition |
|---|---|

| 48. VIN Physically Verified ☒ Yes ☐ No | 49. Outside Agency | 50. Outside Agency Report No. |
|---|---|---|

51. Detailed Description of Damage/Missing Parts NO TIRES OR RIMS, RIGHT SIGNAL LIGHT GONE, NO STEREO, NO ANTENNA, DRIVER SIDE WINDOW OFF TRACK.

| 52. ☒ Record Cleared  HOLD ☐ Yes ☒ No   ☐ RTO   ☒ Towed/No. |
|---|

| 53. Describe Location of Recovery PARKING LOT | 54. Tech at Scene ☐ Yes ☒ No | 55. Prints Obtained ☐ Yes ☒ No | 56. Tech Tag Left ☐ Yes ☒ No | 57. Value of Recovered Vehicle UNK |
|---|---|---|---|---|

58. If a criminal complaint is issued as a result of this police report, I hereby agree to sign said complaint and to cooperate fully in the prosecution of the case. I further agree that neither restitution nor an offer of restitution shall release me from this agreement. I hereby affirm to the best of my knowledge that the information on this form is true and accurate. I understand that when my vehicle is recovered, I am responsible for all tow and storage charges.

Signature _____     Date _____

| 59. Reporting Officer/Clerk | Serial No. | 60. Second Officer | Serial No. | 61. Approving Supervisor | Serial No. | 62. Area | 63. Watch | 64. Page 1 |
|---|---|---|---|---|---|---|---|---|
| F. MENDOZA | 8178P | | | | 7313 | 3 | 2 | of 2 |

- **VEHICLE REPORT** 536-254 (4/04)
- **OAKLAND POLICE DEPARTMENT**

**DO NOT SEPARATE PAGES**

RD NO. **0 1 6 0 3 7 8 7 7**

| 1. CP Beat | 2. Incident No. | 3. Current Owner | | | 4. License No. | State |
|---|---|---|---|---|---|---|
| ZEX | 3 4 5 | HERDON TRIXTY | | | ARS 70 19 | GA |
| 5. Current Owner's Sex Race DOB | | 6. Current Owner's Home Address  ☐ Oakland   City/Zip | | | | Home Ph ( 706 ) |
| | | 1116 ROWELL ST   COLUMBUS, GA 31907 | | | | 687-0108 |
| 7. # of Persons in Custody | 8. Cont. of Offense Report | 9. Current Owner's Business Address  ☐ Oakland   City/Zip | | | | Bus. Ph ( 404 ) |
| 0 | ☐ Yes  ☑ No | | | | | 227-8283 |
| ☑ 10. If Yes, Crime or Charge(s) | | 11. Phonetically Spell All Letters and Numbers of License OR V.I.N. if No Plates | | | | |
| | | ADAM ROBERT SAM SEVEN ZERO ONE NINE | | | | |
| 12. Complainant | | 13. V.I.N. | | | | |
| CURRENT OWNER | | J H 4 C C 2 5 5 9 N C 0 1 9 3 5 0 | | | | |
| 14. Vehicle Involved in Another Reported Crime | | 15. Year | Make | Model | Body Type | Color(s) | Vehicle Type |
| ☐ Yes  ☐ No  ☒ Unk | | 92 | ACUR | VIG | 4 D | WHI | ☒ Auto  ☐ Truck  ☒ Other |

**NARRATIVE INSTRUCTIONS**

- Identify additional suspects/witnesses as outlined above.
- List statements taken, and by whom they were taken.
- Itemize additional loss and all property/evidence confiscated.
- Summarize the circumstances of the incident.

- **Lost/Stolen/Embezzled Vehicles:** Describe any property in the vehicle at the time of the incident which might be pawned/sold. Have complainant sign agreement on page 1.
- **Recovered Vehicles:** Indicate how and where vehicle was entered and list disposition of any physical evidence.
- **Impounded Vehicles:** Describe any physical evidence which might connect the vehicle with a crime.

SUMMARY: ON 11 MAY 06, AT ABOUT 0942 HRS, I WAS WORKING PATROL AS O.P.D UNIT 2L26. I WAS JUST CLEARING A DISPATCH CALL AT 5401 COLISEUM WY WHEN I WAS ADVISED BY HOUSE MANAGER WILSON, LEROY OF A POSSIBLE STOLEN VEH LEFT IN COLISEUM SWAPMEET PARKING LOT. I NOTICED VEH LIC PLT ARS7019 (GA) 92 ACUR VIG 40 WHI WAS PARKED UNOCCUPIED WITH NO WHEELS. I CHECKED STOLEN VEH LIST "HOT SHEET" AND NOTICED VIC VEH LISTED AS REPORTED STOLEN VEH. I CONFIRMED VEH VIN# ON PATROL VEH 1426 COMPUTER TO BE REPORTED STOLEN ON 06 MAY 06. I NOTICED IGNITION SWITCH WAS PULLED AND A PIECE OF METAL (BROKEN OFF) INSERED VIC VEH STEREO WAS GONE. THE BATTERY AND RADIO ANTENNA WAS MISSING. THE DRIVER SIDE WINDOW WAS OFF TRACK AND SLIGHTLY OPEN AND DOORS ON LEFT SIDE WERE UNLOCKED. UNK SUSP(S) USED UNK MEANS TO TAKE VIC VEH. UNK SUSP(S) STRIPPED VIC VEH AND LEFT IT AT COLISEUM SWAPMEET PARKING LOT. I DID A CANVASS OF THE AREA W/ NEG RESULTS. NO WIT'S LOCATED OR CONTACTED. I NOTIFIED O.P.D COMM DIV. AND HAD VIC VEH TOWED (A-19) AS RECOVERED/STORED STOLEN VEH. VIC VEH WAS LEFT AT FRONT ENTRANCE OF COLISEUM SWAPMEET NORTH WEST CORNER FACING WEST.

# STORED /TOWED VEHICLE REPORT
## Oakland Police Department   536-928 (7-04)

| 1. License No. | State | Mo./Yr. Exp. | 2. RD No. |
|---|---|---|---|
| ARS 7019 | GA | 01 /07 | 06-037877 |

| ROUTING | | 10. Incident No. | CP Beat |
|---|---|---|---|
| ☐ | AIU/CID | 345 | 76X |

| ☐ | YSD |
|---|---|

**11. Reporting Person**
F. MENDOZA  8178P

| ☐ | VICE |
|---|---|

**12. Address**
O.P.D

| ☐ | TRAFFIC |
|---|---|

| ☐ | D/A VIC/WIT |
|---|---|

**13. City** ☐ Oakland   **State/Zip**

**3. Registered Owner** - Print LAST Name, First, MI (Include Jr. or Sr., if applicable)
HERDON, TRIXTY

**4. Registered Owner's Residence Address**   City ☐ Oakland   State/Zip
1116 ROWELL ST   COLUMBUS   GA 31907

| 5. Year | Make | Model | Body Type | Color(s) |
|---|---|---|---|---|
| 92 | ACUR | VIG | 4D | WHI |

| ☐ | TOW UNIT |
|---|---|

**6. Vehicle Identification No.**   **Physically Checked?**  ☒ Y  ☐ N
JH4CC2559NC011935 0

| ☐ | | 14. Res. Ph ( ) | 15. Bus. Ph ( ) |
|---|---|---|---|

| 16. Time Tow Ordered | 17. Arrival Time | 18. LATE TOW ☐ (Over 20 Minutes) |
|---|---|---|
| 0950 | 1008 | |

**7. Location From Where Towed**
5401 COLISEUM WY

| 8. Reported Date | Day | Time |
|---|---|---|
| 11MAY06 | THU | 0950 |

| 19. Tow Company | 20. Tow No. | 21. Storage Location |
|---|---|---|
| A&B | A-19 | A&B G ST |

**9. VC TOWING AUTHORITY** ☐ 22651(k) - (Illegally Parked) ☐ 22651(o) - (Exp Reg) ☐ 22669 ___
☐ 22651(i) - (Over 5 Park'g Cites) ☒ 22651(c) - (Rec. Stolen Veh) Other Tow ___

| 22. IGNITION TAMPERING  ☐ No Apparent Tampering | 23. Odometer Reading | 24. Doors Locked | 25. Windows Closed | 26. Trunk Locked |
|---|---|---|---|---|
| ☐ Hot-wired   ☐ Punched/Removed   ☒ Forced | 147 816 | ☐ Y  ☒ N | ☒ Y  ☐ N | ☒ Y  ☐ N |

**27. REPRINT THE LICENSE NUMBER PHONETICALLY FOR ALL TOWS**
LICENSE NO. (Print) ADAM ROBERT SAM SEVEN ZERO ONE NINE

ORIGINAL PLATES ON VEHICLE  ☐ Front  ☒ Rear  ☐ Both  ☐ None

**CITATION NO.**    **CITATION ISSUED FOR VIOLATION OF**

**28. COMPLETE FOR VEHICLES ILLEGALLY PARKED ON THE STREET**  ☐ 22523 (a) VC Citation issued for vehicle parked more than 72 hours on the street.

Date Marked _____   Mileage _____   Marked By _____
WARNING STICKER REMOVED  ☐ Y  ☐ N   MARKING IN ALIGNMENT  ☐ Y  ☐ N   Serial No. _____

**29. COMPLETE FOR VEHICLES ILLEGALLY PARKED ON PRIVATE PROPERTY** – Towing Authority 22658(a) VC   **Signature**
"This vehicle has been abandoned on property under my control and I request that it be removed."  X _____

**30. LIST ALL VIOLATIONS IN CONNECTION WITH THIS INCIDENT**
☐ Construction Zone 22651L VC   ☐ Hold for Records Section
☐ Date No Parking Sign Posted   ☐ 30 Day Hold

☐ Explanation of Tow (If more space needed, attach Additional Information Report)   ☐ 22651 (p) VC

**32. VEHICLE DRIVER (If Different From Registered Owner)**   Address   City ☐ Oakland   State/Zip   Driver's License | State

**33. VEHICLE INVENTORY**   Overall Condition: ☐ Minor Dents/Scratches  ☒ Moderate Damage  ☐ Major Damage

**LIST ALL PERSONAL PROPERTY** (Including trunk, if accessible)
MISC PAPERS AND TRASH

| | Y | N | | | Y | N | | CONDITION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Flat | Good | Fair | Poor | None |
| Motor | ☒ | | Radio | | | ☒ | L.F. Tire | | | | | ☒ |
| Battery | | ☒ | Tape Deck | | | ☒ | R.F. Tire | | | | | ☒ |
| Radiator | ☒ | | Speakers Custom (# ) | | | ☒ | R.R. Tire | | | | | ☒ |
| Transmission | ☒ | | Keys w/ Vehicle | | | ☒ | L.R. Tire | | | | | ☒ |
| Motor Parts Missing | | | Police Seals Affixed | | | | Bumpers | | | | | |
| | | | R. View Mirror | | ☒ | | Seats, Front | | | ☒ | | |
| | | | S. View Mirror(s) | | ☒ | | Seats, Rear | | | ☒ | | |
| | | | Trunk Punched | | | ☒ | Hub Caps (# ) | | | | | |
| | | | Spare Tire | ☒ | | | Windshield (Circle)  Fair  Chipped  Cracked  Smashed | | | | | |
| | | | Jack | | | | Wheels – Type | | | | | |

Reason Under Hood Not Inventoried _____
Reason Trunk Not Inventoried _____

Misc. Accessories _____

Garage Representative  J. SCOTT

**Damaged Area**  X = Scratches  O = Dents



Front   Left Side   Right Side   Rear   Top

**34. Additional Vehicle Damage (Describe)**
RIGHT SIGNAL LIGHT GONE, NO ANTENNA, DRIVER SIDE WINDOW OFF TRACK

**35. Evidence Hold for Unit/Section**   Investigator   **36. Supervisor Approving Evidence Hold**

| DEPARTMENTAL APPRAISER USE ONLY | ☐ $300 or Less | ☐ $301 - $4000 | ☐ Over $4000 | Appraised By | Serial No. |
|---|---|---|---|---|---|

| 37. Reporting Officer/Employee | Serial No. | 38. Supervisor | Serial No. | Watch | Area | 39. Page 1 of |
|---|---|---|---|---|---|---|
| E. MENDOZA | 8178 | SGT. B. GARBUTT | | 2 | 3 | 1 |



| | | | | |
|---|---|---|---|---|
| **RRY** | **STRINGER** | | | |
| **1 TROY ST** | | **ATLANTA** | **GA** | **142131  5 SPEED** |
| MAKE  MODEL  COLOR  VEHICLE IDENTIFICATION NO (VIN)  LIC PLATE NO  STATE  BUSINESS PHONE | | | | |
| **2  ACURA  VIGOR  WHITE  JH4CC2550NC01935  0  AR57019** | | | | |
| | | | PROD. DATE  ENGINE SIZE  CELL PHONE | |
| | | **2/16/2006  9/L11  2.5  678-663-5860** | | |

# 1305

**Enterprises, Inc**
806 N ... 'side Dr.
Atlanta, ... 30318
404-873-11c

**AAMCO TRANSMISSIONS**  **Service Plus**

An Independently owned and operated AAMCO Center

| SERVICE DESCRIPTION | PRICE |
|---|---|
| AAMCO EXTERNAL DIAGNOSTIC SERVICE | 49.00 |
| SERVICE RECOMMENDATION | |
| AAMCO MAY OPERATE THIS VEHICLE FOR THE PURPOSE OF TESTING AND DELIVERY AT MY OWN RISK. I UNDERSTAND THAT THE EXAMINATION CHARGES BELOW ARE FOR REMOVAL, EXAMINATION, REASSEMBLY AND INSTALLATION ONLY. THE CHARGES DO NOT INCLUDE THE PARTS NEEDED TO REPAIR ANY OF THESE COMPONENTS. THE COST OF THE PARTS AND ANY ADDITIONAL LABOR NECESSARY TO COMPLETE THE REPAIR OF THESE COMPONENTS WILL BE ADDED TO THIS CHARGE. I HAVE THE RIGHT TO AUTHORIZE THE ADDITIONAL COST OR TO REQUEST REASSEMBLY AND INSTALLATION OF THE UNSERVICED COMPONENTS AT A TOTAL EXAMINATION CHARGE OF $ | |
| AUTHORIZATION FROM:  PHONE:  DATE:  TIME:  BY:  MTP VERIFICATION: | |
| RECONDITIONED SERVICE $0      HARD PARTS AND OTHER COMPONENTS ADDITIONAL COST (AS NEEDED) TORQUE CONVERTOR (ADDITIONAL COST, IF REQUIRED $ | |
| TRANSMISSION SERVICE | |
| AAMCO CLUTCH SERVICE WITH A 12 MONTH/12,000 MILE WARRANTY ON PARTS AND 1 - N - CLUTCH SET | 595.00 |
| LABOR TO INSTALL | |
| 1 - N - LABOR TO INSTALL | 560.00 |
| CREDIT - EXTERNAL DIAGNOSTIC SERVICE | -49.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | TOTAL LABOR | 560.00 |
| | | | | TOTAL PARTS | 595.00 |
| | | | | SERVICE AGREEMENT | |
| | | | | SUBTOTAL | 155.00 |
| | | | | TAX | 47.60 |
| | | | | TOTAL | 1,202.60 |

PARTS SHOWN AS EXCHANGE ARE NOT RETURNABLE

| **SMISSION** TS: 595.00 | **LABOR: 560.00** | **SUBTOTAL: 1,155.00** | **SERVICE PLUS** PARTS: 0.00 | **LABOR: 0.00** | **SUBTOTAL: 0.00** |
|---|---|---|---|---|---|

| CERTIFICATION | COMPLETION CERTIFICATE |
|---|---|
| ...rtifies that the automotive components described above have been properly repaired and ...d to sound working condition. | I acknowledge receipt of the vehicle and a copy of this Repair Order. |

14-2004. All Rights Reserved. Printed in the U.S.A. Form No. 704-0001-DSC REV. (5/04)

Exhibit-D
Parts 1,2,3,4,5,6,7,8

NOTTE & KREYLING, P.C.
*ATTORNEYS AT LAW*
11770 HAYNES BRIDGE ROAD 205 - 104
ALPHARETTA, GEORGIA 30004

July 10, 2007

OP
JIMMIE STRINGER
P O BOX 1421
OAKLAND, CA 94604-

Re:     Georgia Power Company ("Georgia Power")  Account No.: 4130745045
        Amount Due: $ 260.08

Dear JIMMIE STRINGER,

Your account with Georgia Power is seriously past due and has been referred to my firm. It is imperative that you take prompt action to clear this balance. I strongly urge you to contact Georgia Power and make arrangements to voluntarily pay your past due debt.

Unless you notify Georgia Power that you dispute the validity of the debt or any portion of it, within thirty (30) days after receiving this notice, Georgia Power will assume this debt is valid and shall continue its pursuit of this account even during the thirty (30) day period. If you notify Georgia Power in writing within thirty (30) days of receiving this notice, Georgia Power will provide you with verification of the debt, if it has not already been done. There has been no judgment to date and none is currently being sought.

Please be advised that Georgia Power, the original and current creditor on this debt, is attempting to collect this debt and will use any information acquired for that purpose. Finally, if payment arrangements are not made with Georgia Power within thirty (30) days, additional steps may be taken by Georgia Power to collect this debt. If the debt remains unpaid, then litigation on the claim may be undertaken by Georgia Power. Should such court action prevail, you may be subject to court costs and, in some cases, attorney's fees.

Georgia 30348, Phone 1-800-494-0385. GEORGIA POWER COMPANY, P.O. Box 105537, Atlanta,

Any checks or payments must go directly to GEORGIA POWER COMPANY, 96 Annex, Atlanta, Georgia 30396-0001

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Very truly yours,

Gregg Notte

GN/kk

PO BOX 15636
DEPT 12
WILMINGTON DE 19850-5630

|||||||| ||||| ||||| ||||| |||||||| ||||| ||||||| ||||||| |||||| |||||

Calls to or from this company may be monitored
or recorded for quality assurance.

UXG000                    508-12217
JIMMIE STRINGER
PO BOX 1421
OAKLAND CA 94604-1421

||..|..|.|.||.||....|..|..||.|.|.|.|..||.||..||.||.|

**NCO FINANCIAL SYSTEMS, INC**

507 Prudential Road
Horsham, PA 19044

1-866-849-2443
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-6PM FRIDAY
8AM-1PM SATURDAY
May 17, 2007

FORMER CREDITOR:  THE MEDICAL CENTER. INC.
ACCOUNT #: 70453693 74751236
REGARDING:STRINGER JIMMIE TIN
BALANCE:$ 322.05

## * * * SETTLEMENT OFFER * * *

THE MEDICAL CENTER, INC. sold certain accounts owed to it, including the above account to MEDCLR, INC. NCO
Financial Systems, Inc. is the servicer of this account.

You can settle this account for a lump sum payment of 241.54.  This offer may expire without notice.  Before making
payment, please confirm with one of our representatives that this offer has not expired.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is CUXG0001-
2KQDWC.

If you have any further questions or need assistance, please contact us at 1-866-849-2443.

*510 395-5723*

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a
communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

As required by the California Consumer Credit Reporting Agencies Act,
you are hereby notified that a negative credit report reflecting on your
credit record may be submitted to a credit reporting agency if you fail
to fulfill the terms of your credit obligations.

### PLEASE SEE IMPORTANT INFORMATION
### ON REVERSE SIDE

Check here if your address or phone number has
changed and provide the new information below.

| Account # | Total Balance |
|-----------|---------------|
| UXG000 | $ 322.05 |

JIMMIE STRINGER
Payment Amount     ⬇

$                      •

Make Payment To:

|..|||.|.|.|.|.|.||.||..|..||||..|..|..|.|.|.|..|.|..|.||
NCO FINANCIAL SYSTEMS
PO BOX 17095
WILMINGTON, DE 19850-7095

NCO E2
12217

011200UXG000500000009000000000000322055

# Law Offices of Mitchell N. Kay, P.C.

**\*\*N.Y. Office\*\***
7 Penn Plaza - 18th Floor
New York, NY 10001
\*\*Admitted in New York & Washington D.C.\*\*

*Call Toll Free:*
*(800) 275-4860*

*Office Hours:*
*Mon.-Thurs. 8:00 am to 9:00 pm EST*
*Friday 8:00 am to 6:00 pm EST*
*Saturday 8:00 am to 12:00 Noon EST*

November 6, 2007

### Reference Number ▶ 63860766-11

| Account Number ▶ 211010137775064 | RE ▶ JIMMIE STRINGER | |
|---|---|---|
| | Balance ▶ $722.47 | |
| Creditor ▶ WACHOVIA BANK | | |

Please be advised that your account, as referenced above, is being handled by this office.

We have been authorized to offer you the opportunity to settle this account with a lump sum payment, equal to 45% of the balance due – which is $325.11!

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.

If you notify this office in writing within 30 days from receiving this notice, this office will: Obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.

If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

You are invited to visit our website **resolve.mitchellnkaylaw.com** to make a settlement offer and payment online. You will need your Invitation Code, which is **MNK99MS163860766**

## PLEASE ADDRESS ALL PAYMENTS TO:

Law Offices of Mitchell N. Kay, P.C.
7 Penn Plaza, New York, NY 10001-3995

---

### Notice: Please see reverse side for important information.

74CSMNKP02MS1

\*\*\*Please Detach Lower Portion and Return with Payment\*\*\*

WACHOVIA BANK



*Law Offices of Mitchell N. Kay, P.C.*
PO Box 9006
Smithtown, NY 11787-9006
RETURN SERVICE REQUESTED
63860766M21106070.000000FUTMS1

Reference #: 63860766-11
Balance:      $722.47
**Amount Enclosed: $_____**

☐ Check here if new address information listed on back

November 6, 2007

6386076611-MS1    0234679    0029271
|l|ı|ıı|ı|l|l|ı|ıl|ıı|ı|ı|ı|ı|l|l|ı|ı|ı|ı|ı|l|l|ı|ı|l|ı|l|ıl
**PERSONAL AND CONFIDENTIAL**
JIMMIE T STRINGER
PO Box 1421
Oakland CA 94604-1421

| SEE REVERSE
SIDE FOR
REMITTANCE ADDRESS |
|---|



# P.O. Box Service Fee Notice

## CIVIC CENTER OAKLAND
### 201 13TH ST OFC
### OAKLAND, CA 94612
### (510) 251-3010

BAT710B1

## PAYMENT NOTICE

JIMMIE STRINGER
PO BOX 1421
OAKLAND, CA 94604

**Date of Notice: 2/11/2008**
**Box Number: # 1421**
**6 Months: $35.00**
**12 Months: $70.00**

**Due Date: 2/29/2008**

Dear JIMMIE STRINGER:

This is to remind you that your post office box service or caller service fee is due. Payments can be accepted for one year or six months service and can be made by cash, check, money order, or credit/debit card to a Retail Associate at the window. Alternatively, payment can be mailed to the attention of the Postmaster at the address indicated above. If paying by check or money order, please indicate your P.O. Box number and the station's ZIP Code. Also, please include this notice with your remittance. Make your check or money order payable to: US Postal Service

When payment is made you will receive a receipt to confirm the transaction. If paying at the window, you will receive a receipt after the transaction is complete and if paying through the mail, a receipt will be left in your P.O. Box.

If payment is not received by the due date, your access to the P.O. Box will be blocked. If payment is not received by the 10th day after the due date, your service will be terminated, the lock will be changed, and incoming mail will be returned to sender. To avoid this inconvenience, we encourage you to submit your payment by the due date.

If your address or other pertinent information has changed, you are required to update the application form you submitted to us. If information has changed, please request and resubmit an:

## APPLICATION FOR POST OFFICE BOX OR CALLER SERVICE (PS FORM 1093).

You are a valued customer and we appreciate your business.

Thank You,

WEBBATS

POSTMASTER, OAKLAND

P.O. Box 27087
Greenville, SC 29616-2087

Address Service Requested

Tel    : 800-859-3170 • 864-987-9481
Hours: M-Th 8:00 AM • 10:00 PM EST.
Friday 8:00 AM • 5:00 PM EST.

#BWNGTXF 0
#57817272#
30/8468 ****************************SINGLE-PIECE
JIMMIE STRINGER
1612 187TH ST
PO BOX 1421
OAKLAND CA 94604

| | |
|---|---|
| Date: | September 20, 2007 |
| Client: | **SMART AND FINAL** |
| Reference Number: | 5781727 |
| Check Amount: | $24.13 |
| Service Charge(s): | $25.00 |
| Payments Applied: | $0.00 |
| **Pay this Amount:** | **$49.13** |

### Dear: JIMMIE STRINGER

This letter is written to inform you that your bank has returned the above referenced check marked unpaid. An image of the check is presented below.

The merchant's attempt to collect this debt has failed and your account has been assigned to ClearCheck Payment Solutions, LLC for collection. This debt has been entered in a national database. Until this is resolved, you may not be able to write checks or open a checking account.

Our client insists on being paid for goods and services. Please remit full payment for $49.13 by Money Order, Cashier's Check or Visa/MasterCard in the courtesy envelope provided. We do not accept personal checks.

Please Note: You may pay online at www.clearcheck.com/paynow or by using QuickCollect, Money Gram, or Phone Pay. There is an additional charge for these services. For details regarding these services, please visit our website at www.clearcheck.com/paynow

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

**ClearCheck Payment Solutions**
135 Interstate Blvd.
Greenville, SC 29615
Tel: 800-859-3170 Opt. 3

---

IF PAYING BY CREDIT CARD, PLEASE FILL OUT AND RETURN IN ENVELOPE PROVIDED

| | |
|---|---|
| Date: September 20, 2007 | |
| Client: **SMART AND FINAL** | |
| Reference Number: | 5781727 |
| Check Amount: | $24.13 |
| Service Charge(s): | $25.00 |
| Payments Applied: | $0.00 |
| **Pay this Amount:** | **$49.13** |

METHOD OF PAYMENT

**VISA** [ ]    **MasterCard** [ ]

Payment Amount

$_____

Card Holder Name:_____

Card Number:_____  Exp. Date_____

Signature:_____

Phone Number:_____

ClearCheck Payment Solutions, LLC
P.O. BOX 27087
Greenville, SC, 29616-2087

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
*800-859-3170 • 864-987-9481*

CPS1IMG1
5966162

PO. Box 18072
Hauppauge, NY 11788-8872

26 59 6619

474906

786723

RETURN SERVICE REQUESTED
*Personal & Confidential*

Dollar Financial Group, Inc.

**doing business through its wholly owned subsid.**

Loan Mart®, Money Mart®, Mo.

Corner® and Money Mart Expres

August 15, 2007

**Re: Loan♦ 255276925**

Date of Loan♦ June 27, 2007
**Amount Due♦ $235.29**

JIMMIE STRINGER
644 14TH ST
OAKLAND CA 94612-1253

Dear JIMMIE STRINGER,

Dollar Financial Group, Inc., through its wholly owned subsidiaries (doing business as LOAN MART®, MONEY MART®, MONEY CORNER® and MONEY MART EXPRESS®), has serviced your loan from Dollar Financial Group, Inc. since your loan's inception.

Your account remains delinquent. We have previously notified you of this situation, with no positive results. Please contact us immediately to make payment arrangements.

Surely your continued good credit standing with Dollar Financial Group, Inc. is important to you. Prompt payment of your account will enable you once again to take advantage of the Cash 'Til Payday® loan program.

In order to avoid further collection efforts on behalf of Dollar Financial Group, Inc., it is essential that you contact us immediately to make payment arrangements.

Thank you for your prompt attention to this matter.

Sincerely,

1-866-683-4255
Dollar Financial Group, Inc.
Collections Department

This is an attempt to collect a debt, and any information obtained will be used for that purpose. If you have already remitted payment in full on this loan, please disregard this letter.

For notice of bankruptcy filing, use this address: 1355 S. 4700 W., Ste#200, Salt Lake City, UT 84104-4434.

| Amount Due♦ | $235.29 |
|---|---|
| Loan Number♦ | 255276925 |
| Date of Loan♦ | June 27, 2007 |

JIMMIE STRINGER
644 14TH ST
OAKLAND, CA 94612-1253

IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW

| | VISA | MASTERCARD | MasterCard | DISCOVER | |
|---|---|---|---|---|---|
| CARD NUMBER | | | AMOUNT | | |
| PHONE | | | EXP. DATE | | |
| SIGNATURE | | | 3 DIGIT SECURITY CODE FROM BACK OF CARD | | |

**1-866-683-4255**

Monday – Friday 6:00 a.m. – 8:00 p.m.
MST, Saturday 6:00 a.m. – 2:30 p.m. MST

DFG13

001-G-8744149-G1-0104-046074940
PO Box 6030
Hauppauge, NY 11788-0154



ER Solutions, Inc. 800 SW 39th St.
PO Box 9004 - Renton, WA 98057
Mon-Fri 7am-7pm PST

G-8744149-G1
Jimmie Stringer
PO Box 1421
Oakland, CA 94604-1421

Date: 01/05/08
Creditor: BANK OF AMERICA-RMS
Client Account #: 0539940568
ERS Account #: G-8744149
Total Balance: $1,151.38

Principal: $1,151.38

Dear Jimmie Stringer,

This notice is being sent to you by a collection agency. The records of BANK OF AMERICA-RMS show that your balance of $1,151.38 is due in full. Please contact this office so we can help you resolve your account.

If you fail to resolve this collection account, we may report your delinquent account to Equifax, Trans Union and Experian. This may affect your universal credit score.

If you have any questions about this account please contact Joseph Lewellen toll free at 800-320-9347 EXT 2768.

Sincerely,

Joseph Lewellen, 800-320-9347 EXT 2768
Debt Collector

**NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION**
Please detach the bottom portion of this letter and return it with your payment. An envelope has been enclosed for your convenience.

01/05/08
Creditor: BANK OF AMERICA-RMS
Client Account #: 0539940568
ERS Acct #: G-8744149

Email our office or
You may pay your bill online with a Credit Card
Or Checking Account at www.erspay.com. Your
Temporary identification number is 1.8744149.468.

Total Balance: $1,151.38

Amt Enclosed: US $_____

New Address:
Address _____

City _____ ST _____ Zip _____

Daytime Phone (_____) _____

Evening Phone (_____) _____

G-8744149-G1
E R SOLUTIONS, INC.
PO BOX 9004
RENTON WA 98057-9004

A3C1109L(20031001)

# CCS Inc.

P.O.BOX 17800 ~ LAS VEGAS, NV 89114-7800

## 1-800-731-0121

August 9, 2007

JIMMY STRINGER
PO BOX 1421
OAKLAND, CA 94604-1421

RE:    Member #2369094
       Acct #7300-0300-0184-0697

Dear JIMMY STRINGER:

This letter is in response to your conversation with our Customer Service Department on 8/9/07. Our records indicate that your account is currently closed and that you have an outstanding balance due of $846.95 for the following:

| 5/13/06  | Membership Fee                  | $199.99   |
|----------|---------------------------------|-----------|
| 5/25/06  | Checking Auto Debit-MSF         | -$199.99  |
| 7/27/06  | Purchase Security Guard         | $99.99    |
| 7/27/06  | Credit Protection Shield        | $99.99    |
| 7/27/06  | Annual Fee                      | $99.00    |
| 7/27/06  | Rush Processing                 | $29.99    |
| 8/4/06   | Checking Auto Debit-PSG         | -$99.99   |
| 8/4/06   | Checking Auto Debit-CPS         | -$99.99   |
| 8/4/06   | Checking Auto Debit-A/F         | -$99.00   |
| 8/17/06  | Payment Reversal-A/F            | +$99.00   |
| 8/17/06  | Payment Reversal-PSG            | +$99.00   |
| 8/18/06  | Payment Reversal-CPS            | +$99.99   |
| 8/24/06  | 2nd 1/2 Annual Fee         | $99.00    |
| 9/27/06  | Late Charge                     | $15.00    |
| 10/27/06 | Late Charge                     | $15.00    |
| 1/29/07  | Late Charge                     | $15.00    |
| 2/26/07  | Late Charge                     | $15.00    |
| 3/28/07  | Late Charge                     | $15.00    |
| 4/26/07  | Late Charge                     | $15.00    |
| 5/29/07  | Late Charge                     | $15.00    |
| 5/29/07  | Purchase Security Guard         | $99.99    |
| 5/29/07  | Credit Protection Shield        | $99.99    |

# CCS Inc.

P.O.BOX 17800 ~ LAS VEGAS, NV 89114-7800

## 1-800-731-0121

| | | |
|---|---|---|
| 5/29/07 | Annual Fee | $99.00 |
| 6/27/07 | Late Charge | $15.00 |

If you have any questions of concerns, please don't hesitate to call our Customer Service department toll free at 1-800-731-0121.

Sincerely,

CCS, Inc.
Customer Service Department



*11101285E*
01/07/2008
0000085304128 49

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-A
NOT SUFFICIENT
FUNDS

*19000001*
*1202*
*4*
*00326*

#311

# RECEIPT



No. 151506

DATE _____

RECEIVED FROM _____ Timmy Stringer

POSTED
644-14th Street Assoc.
C. L. Dellums Apts.

$272

DOLLARS

○ OR RENT
○ FOR

Date _____

#31

ACCOUNT    272.00    ○ CASH    FROM 8-1-07    TO 8-31-07
PAYMENT    272.00    ○ CHECK
BAL. DUE    ⊗ MONEY ORDER    BY Michele Barnes

1182