1 | Pro Se JIMMY T.STRINGER
P.O. Box 1421
2 | Oakland, Ca. 94604
HP#510-451-3052
3 |
JACOBS,SLAWSKY & BARNETT LAW FIRM
4 | 1950 EQUITABLE BUILDING
100 PEACHTREE STREET NW.
5 | ATLANTA, GA 30303
PHONE:(404)522-4280
6 | FAX:   (404)527-5907

7 | LIFELONG ADMINISTRATIVE GRIEVANCE OFFICE
P.O. Box 1421 Berkeley, California 94712
8 |
UNITED STATES
9 | JOSEPH P. RUSSONIELLO
U.S. Attorney
10 | JOANN M. SWANSON
Chief, Civil division
11 | MELISSA K. BROWN
Assistant United States
12 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
13 | Telephone:(415)436-6962
Fax:(415)436-6748
14 |

UNITED STATES DISTRICT COURT
15 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

16 |

JIMMIE T.STRINGER                     ) Case No.: C-07 5516SI
17 |                                    )
          Plaintiff,                   ) DISABLE PETITIONER SEEK MOTION FOR
18 |                                    ) DECOVERY AND DISPOSITION TO BE PLACE
     vs.                               ) ON THE NEXT SCHEDULE CALENDAR DATE.IN
19 |                                    ) COURT ROOM 10
LIFELONG MEDICAL ADULT CLINIC, of     ) THE 19 FLOOR
20 |                                    ) DATE:03-28-08
OAKLAND,CALIFORNIA, Defendant         ) TIME:2:00PM
21 |                                    ) AGAINST THE FOLLOWING DEFENDANTS TO
JACOBS, SLAWSKY & BARNETT law firm,     REPSOND TO CIVIL PROCEDURE RULES.
22 |
of  ATLANTA,GEORGIA  Defendant
23 |
UNITED STATES, Defendant
24 |

25 | _____

[Summary of pleading] - 1

# BRIEF

NOW COME JIMMY T. STRINGER,PLAINTIFF IN THE ABOVE-STYLED ACTION, AND STATES

COMPLAINT AS FOLLOW:DUE TO THE OVERWHELMING DISIBILITATING PHYSCAL PAIN

PLAINTIFF PLEAD THAT THE PRESIDING HONORABLE JUDGE ALLOW SUMMONS TO BE SERVED

ON THE FOLLOWING DEFENANT IN ABOVE CAPTION, BY THE PROPER ENTITY APPOINTED BY

THE COURT TO AVOID UNWANTED NONCOMPLIANCE OF PROCEDURE BY THE DEFENDANTS TO

RESPONED. DUE TO LOWER BACK PAIN THAT IS CAUSING SEVRE BOWEL PROBLEMS AS WELL

AS TIME OUT OF SCHOOL. IT IS VERY CLEAR THAT PLAINTIFF IS VERY MUCH TRYING TO

BRING ACTION IN ACCORD WITH RULES. BUT IT HAS BECOME DIFFICULT ESPECIALLY

WHEN OPPOSING PARTY REFUSE TO FOLLOWING PROCEDURES, WHICH IS WHY WE ARE HERE

NOW DUE TO NONCOMPLIANCE OF PROFESSIONAL DUTY.


JACOBS,SLAWSKY & BARNETT LAW FIRM
1950 EQUITABLE BUILDING
100 PEACHTREE STREET NW.
ATLANTA, GA 30303
PHONE:(404)522-4280
FAX:   (404)527-5907

LIFELONG ADMINISTRATIVE GRIEVANCE OFFICE
P.O. Box 1421 Berkeley, California 94712

UNITED STATES
JOSEPH P. RUSSONIELLO
U.S. Attorney
JOANN M. SWANSON
Chief, Civil division
MELISSA K. BROWN
Assistant United States
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:(415)436-6962
Fax:(415)436-6748

                    Dated this 03-10-08
                                        JIMMY T. STRINGER
                                        P.O.Box 1421
                                        OAKLAND, Ca. 94604
                                        510-451-3052

                    [Summary of pleading] - 2