IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JIMMIE T. STRINGER,   No. C 07-05516 SI

    Plaintiff,   **JUDGMENT**

    v.

DR. VANEIDA WHITE, et al.,

    Defendants.
_____/

Plaintiff's complaint has been dismissed without leave to amend. Judgment in this action is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 24, 2008

SUSAN ILLSTON
United States District Judge