**United States District Court**
For the Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   JIMMIE STRINGER,                          No. C 07-05516 SI

9          Plaintiff,                         **ORDER RE: PLAINTIFF'S**
                                              **"SETTLEMENT AGREEMENT"**
10     v.

11  VANEIDA WHITE,

12        Defendant.
                                         /
13

14        Plaintiff Jimmie Stringer has filed a document captioned "Settlement Agreement Under ADA

15  Title II Civil Right Act § 1964, 1990 &14th Amend. Article 3 § 2 Between the Parties."  It is not at all

16  clear to the Court what purpose this document serves.  However, as plaintiff is aware this case was

17  closed in March 2008, when the Court issued an order dismissing plaintiff's complaint without leave

18  to amend and informing plaintiff that he could file a new complaint regarding his tort claims after/if he

19  has exhausted his administrative remedies.  *See* March 24, 2008 Order, Docket No. 25.

20        This action is closed and nothing further should be filed in it.

21

22        **IT IS SO ORDERED.**

23

24  Dated: September 30, 2008          _____
                                      SUSAN ILLSTON
25                                    United States District Judge

26

27

28