**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JIMMIE STRINGER,

    Plaintiff,

v.

VANEIDA WHITE,

    Defendant.
                                 /

No. C 07-05516 SI

**ORDER RE: PLAINTIFF'S "MOTION FOR JUDGMENT ON ATTORNEY FEES AND COSTS"**

    Plaintiff Jimmie Stringer has filed two identical documents entitled "Motion for Judgment on Attorney Fees & Cost Under 28 U.S.C. § 2412 & Settlement Agreement Under ADA Title II, III (2008)." (Docket Nos. 29, 30). This action was closed in March 2008, when the Court issued an order dismissing plaintiff's complaint without leave to amend. The Court has twice informed plaintiff that he may file a new complaint regarding his tort claims if and when he exhausts his administrative remedies. Until that time, no further filings will be accepted in this closed case. Plaintiff's motions are hereby terminated as improperly filed.

**IT IS SO ORDERED.**

Dated: May 6, 2010

*Susan Illston*

SUSAN ILLSTON
United States District Judge